IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | Case No. 20-11570 (LSS) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP and Wachtell, Lipton, Rosen & Katz hereby appear as counsel for the Ad Hoc Crossholder Group pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **WACHTELL, LIPTON, ROSEN & KATZ** | **MORRIS, NICHOLS, ARSHT & TUNNELL, LLP** |
|---|---|
| Joshua A. Feltman | Derek C. Abbott (No. 3376) |
| Angela K. Herring | Paige N. Topper (No. 6470) |
| Benjamin S. Arfa | 1201 Market Street, 16th Floor |
| Elyssa C. Eisenberg | Wilmington, DE 19801 |
| 51 West 52nd Street | Telephone: (302) 658-9200 |
| New York, NY 10019 | dabbott@mnat.com |
| Telephone: (212) 403-1000 | ptopper@mnat.com |
| JAFeltman@wlrk.com | |
| AKHerring@wlrk.com | |
| BSArfa@wlrk.com | |
| ECEisenberg@wlrk.com | |

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and/or Local Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Ad Hoc Crossholder Group or any of its members: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or

discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Crossholder Group or any of its members are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, consent by the Ad Hoc Crossholder Group or any of its members to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Ad Hoc Crossholder Group or any of its members, as applicable, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated:  June 15, 2020<br>Wilmington, Delaware | */s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Paige N. Topper (No. 6470)<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>            ptopper@mnat.com<br><br>-and-<br><br>Joshua A. Feltman<br>Angela K. Herring<br>Benjamin S. Arfa<br>Elyssa C. Eisenberg<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Email:  JAFeltman@wlrk.com<br>            AKHerring@wlrk.com<br>            BSArfa@wlrk.com<br>            ECEisenberg@wlrk.com |