**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PYXUS INTERNATIONAL, INC. et al., | Case No. 20-11570 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ROBERT E. NIES

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert E. Nies of Chiesa Shahinian & Giantomasi PC to represent International Fidelity Insurance Company in the above-captioned matter.

Dated: June 23, 2020

/s/ *Thomas J. Francella, Jr.*
Thomas J. Francella, Esq. (DE No. 3835)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000; Email: tfrancella@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 23, 2020

/s/ *Robert E. Nies*
Robert E. Nies, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
T: (973) 530-2012; Email: rnies@csglaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.