# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PYXUS INTERNATIONAL, INC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11570 (LSS)<br>(Jointly Administered)<br><br>**Re: D.I. 96** |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that, Wilmington Trust, National Association in its capacity as Indenture Trustee for the 9.875% Senior Secured Second Lien Notes due 2021 ("Wilmington Trust"), in the above-captioned cases, hereby appears with Kilpatrick Townsend & Stockton LLP and Morris James LLP, pursuant to 11 U.S.C. Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Delaware Bankruptcy Local Rule 2002-1 and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and email addresses:

| | |
|---|---|
| Eric J. Monzo, Esquire<br>Brya M. Keilson, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com | Todd C. Meyers, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>E-mail: tmeyers@kilpatricktownsend.com<br><br>and |

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

11754362/1

Todd C. Meyers, Esquire  
Gianfranco Finizio, Esquire  
Kelly E. Moynihan, Esquire  
Kilpatrick Townsend & Stockton LLP  
1114 Avenue of the Americas  
New York, NY 10036  
Telephone: (212) 775-8700  
Facsimile: (212) 775-8800  
E-mail: tmeyers@kilpatricktownsend.com  
E-mail: gfinizio@kilpatricktownsend.com  
E-mail: kmoynihan@kilpatricktownsend.com  

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive the rights of Wilmington Trust: (1) to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Wilmington Trust may be entitled under agreements, in law or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Wilmington Trust expressly reserves.

Dated: June 23, 2020
MORRIS JAMES LLP

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Todd C. Meyers, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: tmeyers@kilpatricktownsend.com

and

Todd C. Meyers, Esquire
Gianfranco Finizio, Esquire
Kelly E. Moynihan, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
E-mail: tmeyers@kilpatricktownsend.com
E-mail: gfinizio@kilpatricktownsend.com
E-mail: kmoynihan@kilpatricktownsend.com

*Counsel for Wilmington Trust, National Association in its capacity as Indenture Trustee for the 9.875% Senior Secured Second Lien Notes due 2021*