IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PYXUS INTERNATIONAL, INC., *et al.*, | ) | Case No. 20-11570 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Pamela W. McAfee, Esquire of Ellis & Winters LLP to represent the ad hoc committee of certain retired executives and surviving spouses thereof of Pyxus International, Inc., and certain affiliated and predecessor entities.

Dated: June 23, 2020  
    Wilmington, Delaware

    */s/ Gregory W. Werkheiser*  
Gregory W. Werkheiser (DE #3553)  
Benesch, Friedlander, Coplan & Aronoff LLP  
1313 N. Market Street, Suite 1201  
Wilmington, DE 19801

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina (N.C. Bar No. 21096) and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 23, 2020  
    Raleigh, North Carolina

    */s/ Pam McAfee*  
Pam McAfee  
Ellis & Winters LLP  
4131 Parklake Avenue, Suite 400  
Raleigh, NC 27612

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

LAURIE SELBER SILVERSTEIN  
UNITED STATES BANKRUPTCY JUDGE

**Dated: June 24th, 2020**  
**Wilmington, Delaware**