UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                         Chapter 11

Pyxus International, Inc.

    Debtor-in-Possession                          Case No. 20-11570-LSS

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( X )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(  )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

                                                ANDREW R. VARA,
                                                **UNITED STATES TRUSTEE REGION THREE**

                                                /s/ David L. Buchbinder
                                                Thomas Patrick Tinker
                                                Assistant United States Trustee

DATED:  June 25, 2020

Trial Attorney Assigned to Case:  David L. Buchbinder
Attorney for Debtor:  Kara Hammond Coyle, Young Conaway Stargatt & Taylor, LLP