IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*[1], | Case No. 20-11570 (LSS) |
|  | (Joint Administration Requested) |
| Debtors. |  |

**VERIFIED STATEMENT OF ELLIS & WINTERS LLP AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In these chapter 11 cases of Pyxus International, Inc. ("Pyxus") and its affiliated debtors and debtors-in-possession (collectively with Pyxus, the "Debtors"), Ellis & Winters LLP ("Ellis Winters") and Benesch, Friedlander, Coplan & Aronoff LLP ("BFCA," and together with Ellis Winters, "Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019") in connection with their joint representation in the above-captioned chapter 11 cases (collectively, the "Bankruptcy Cases") of an ad hoc group (the "Ad Hoc Former Executives Group") of certain former executives and surviving spouses of former executives of Pyxus, certain affiliates of Pyxus and certain predecessors in interest to the foregoing (collectively, the "Pyxus Entities"), and respectfully state as follows:

1. In April 2020, certain former executives of the Pyxus Entities and surviving spouses of former executives of the Pyxus Entities retained Ellis Winters as counsel with respect to the potential restructuring of the Debtors. From time to time thereafter, additional former executives

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

13539981

and surviving spouses of former executives of the Pyxus Entities joined the Ad Hoc Former Executives Group.  In late May 2020, the Ad Hoc Former Executives Group retained BFCA to act as Delaware counsel.

2. The members of the Ad Hoc Former Executives Group have indicated to Counsel that they hold disclosable economic interests in relation to the Debtors that arise from or relate to their respective rights and claims as participants under, and/or beneficiaries of, certain non-qualified retirement plans, including, without limitation, claims for future payments of non-qualified retirement benefits and post-retirement medical benefits.  The table attached hereto as **Exhibit A** identifies each member of the Ad Hoc Former Executives Group.

3. As of the date of this Statement, each member of the Ad Hoc Former Executives Group is a creditor of one or more of the Debtors.  The members of the Ad Hoc Former Executives Group are unable to estimate the liquidated amounts of their respective claims at this time.

4. As of the date of this Statement, Counsel represent the Ad Hoc Former Executives Group and do not represent or purport to represent any entities other than the Ad Hoc Former Executives Group in connection with the Debtors' cases.  In addition, neither the Ad Hoc Former Executives Group nor any member of the Ad Hoc Former Executives Group represents or purports to represent any other entities in connection with these cases.

5. Nothing contained in this Statement (or **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Former Executives Group to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these cases.  The information contained herein is provided only for the purpose of complying with Rule 2019 and is not intended for any other use or purpose.

6. At this time, neither Ellis Winters nor BFCA is aware of any claims against or interests in the Debtors, or any of them, held by Counsel.

7. Counsel reserve the right to amend this Statement as may be necessary in accordance with the requirements set forth in Rule 2019.

8. The undersigned hereby verifies that this Statement is true and accurate to the best of the undersigned's knowledge and belief.

Dated: July 2, 2020
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ Gregory W. Werkheiser
Gregory W. Werkheiser (DE #3553)
Noelle B. Torrice (DE # 5957)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  gwerkheiser@beneschlaw.com
            ntorrice@beneschlaw.com

-and-

ELLIS & WINTERS LLP

 /s/ Pamela W. McAfee
Pamela W. McAfee (Admitted *pro hac vice*)
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Telephone: (919) 865-7019
Facsimile: (919) 865-7010
Email: pam.mcafee@elliswinters.com

*Counsel to the ad hoc committee of certain retiree executives and surviving spouses thereof of Pyxus International, Inc., and certain affiliated and predecessor entities*

## EXHIBIT A

| Name | Address |
| --- | --- |
| Adams, Hugh D. | c/o Pamela W. McAfee, Esq. ELLIS & WINTERS LLP 4131 Parklake Avenue, Suite 400 Raleigh, NC 27612 |
| Cooley, James A. | |
| Corbett, Larry R. | |
| Crane, Donald | |
| Daniels, Steven B. | |
| Denny, James Henry | |
| Dibrell, Louis N. III | |
| Faucett, Thomas H. | |
| Green, H. Peyton III | |
| Green, Richard C. | |
| Griffin, Elijah Shelton | |
| Harker, Brian J. | |
| Harrison, Robert Edward | |
| Hines, John M. | |
| Horton, Joseph Loyd III | |
| Hunnicutt, John O. III | |
| Hywood, Anthony James | |
| Knott, Douglas E. | |
| Lang, Roland Scott | |
| Lloyd, William L. | |
| Monk, Albert C. III | |
| Monk, Robert T. Jr. | |
| Oakes, T. Wayne | |
| Owen, Claude | |
| Pappas, William D. | |
| Parker, Jerry L. | |
| Parrish, Thomas C. | |
| Reynolds, Thomas G. | |
| Roberts, Michael John Mills | |
| Schneeberger, James M. | |
| Scott, John Martin Jr. | |
| Taberer, Paul | |
| Tilley, Randall E. | |
| Van Lelyveld, Dudley | |
| Williams, Allen Warren | |