**Exhibit B**

**Results of Connections Check**

Results of Connections Check

| S.No | EY Category | Entity Name (Full Name as per PIIL) | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|---|
| 1 | Debtor | A.C. Monk and Company, Inc. | | | X |
| 2 | Debtor | Adams International Limited | | | X |
| 3 | Debtor | Alliance One (Beijing) Enterprise Management and Consulting Services Co. Ltd. | | | X |
| 4 | Debtor | Alliance One Brasil Exportadora de Tabacos Ltda. | | | X |
| 5 | Debtor | Alliance One Industries India Pvt Ltd. | | | X |
| 6 | Debtor | Alliance One International GmbH f/k/a Alliance One International AG | | | X |
| 7 | Debtor | Alliance One International Holdings, Ltd. | | | X |
| 8 | Debtor | Alliance One International Services, Inc. | | | X |
| 9 | Debtor | Alliance One International Singapore Pte. Ltd. | | | X |
| 10 | Debtor | Alliance One International Tabak B.V. | | | X |
| 11 | Debtor | Alliance One International, LLC f/k/a AOI, LLC | | | X |
| 12 | Debtor | Alliance One Macedonia AD | | | X |
| 13 | Debtor | Alliance One Myanmar Company Limited | | | X |
| 14 | Debtor | Alliance One North America, LLC | | | X |
| 15 | Debtor | Alliance One Rotag AG | | | X |
| 16 | Debtor | Alliance One Services (Thailand) Ltd. | | | X |
| 17 | Debtor | Alliance One Specialty Products, LLC | | | X |
| 18 | Debtor | Alliance One Tabaco Guatemala, S. A. | | | X |
| 19 | Debtor | Alliance One Tobacco (Malawi) Limited | | | X |
| 20 | Debtor | Alliance One Tobacco (Uganda) Limited | | | X |
| 21 | Debtor | Alliance One Tobacco Argentina S.A. | | | X |
| 22 | Debtor | Alliance One Tobacco Bulgaria EOOD | | | X |
| 23 | Debtor | Alliance One Tobacco Canada, Inc. | | | X |
| 24 | Debtor | Alliance One Tobacco d.o.o. (Serbia) | | | X |
| 25 | Debtor | Alliance One Tobacco Kenya Limited | | | X |
| 26 | Debtor | Alliance One Tobacco Tanzania Ltd | | | X |
| 27 | Debtor | Alliance One Tutun Anonim Sirketi | | | X |
| 28 | Debtor | Alliance One Zambia Limited | | | X |
| 29 | Debtor | Anthos Botanical DOOEL | | | X |
| 30 | Debtor | AOI Relief Fund | | | X |
| 31 | Debtor | AOSP Investments, LLC | | | X |
| 32 | Debtor | Association of Tanzania Tobacco Traders | | | X |
| 33 | Debtor | Austin-Carolina Company | | | X |
| 34 | Debtor | British Leaf Tobacco Company of Canada, Inc. | | | X |
| 35 | Debtor | Canada's Island Garden Inc. a/k/a FIGR East | | | X |
| 36 | Debtor | Carolina Leaf Tobacco Co., Inc. | | | X |
| 37 | Debtor | Carrington & Michaux A.G. | | | X |
| 38 | Debtor | Chiengmai Commercial Co., Ltd. | | | X |
| 39 | Debtor | China American Tobacco Company | | | X |
| 40 | Debtor | China Brasil Tabacos Exportadora S.A. | | | X |
| 41 | Debtor | Criticality, LLC | | | X |
| 42 | Debtor | Dibrell Brothers, Incorporated | | | X |
| 43 | Debtor | DIMON Hellas | | | X |
| 44 | Debtor | DIMON Hellas Tobacco S.A. | | | X |
| 45 | Debtor | Dimon International AG | | | X |
| 46 | Debtor | Dimon International, Inc. | | | X |
| 47 | Debtor | DIMON South Africa (PTY) Ltd. | | | X |
| 48 | Debtor | Dimon Tanzania Limited | | | X |
| 49 | Debtor | Eastern Carolina Packaging, LLC | | | X |
| 50 | Debtor | FIGR East Canada Holding ULC f/k/a FIGR Canada Holding, Inc. f/k/a FIGR Inc. f/k/a FIGR Cannabis Inc. f/k/a Canadian Cultivated Products Ltd. | | | X |
| 51 | Debtor | FIGR Norfolk Inc. f/k/a Goldleaf Pharm Inc. | | | X |
| 52 | Debtor | Gadora International CO LTD | | | X |
| 53 | Debtor | Gadora Tobacco P.S.C. | | | X |
| 54 | Debtor | Global Leaf Services Hong Kong Limited | | | X |
| 55 | Debtor | Global Leaf Trading FZE | | | X |
| 56 | Debtor | Global Specialty Products LLC | | | X |
| 57 | Debtor | GSP Properties, LLC | | | X |
| 58 | Debtor | Humble Juice Co. | | | X |
| 59 | Debtor | Humble Juice Co. LLC | | | X |
| 60 | Debtor | Humble Specialty Products, LLC f/k/a Humble CBD Company, LLC | | | X |
| 61 | Debtor | Impala Farming Company | | | X |
| 62 | Debtor | Intabex AG | | | X |
| 63 | Debtor | Intabex Netherlands B.V. | | | X |
| 64 | Debtor | Kaypacha SAU | | | X |
| 65 | Debtor | Kingolwira Tobacco Company Limited | | | X |
| 66 | Debtor | Kingolwira Tobacco Company Limited | | | X |
| 67 | Debtor | Leaf Trading Company, Ltd. | | | X |
| 68 | Debtor | Li Fu Heng Lian (Beijing) Consulting Co., Limited | | | X |
| 69 | Debtor | Mashonaland Tobacco Company (Private) Limited | | | X |
| 70 | Debtor | Mashonaland Tobacco Holdings (Private) Limited | | | X |
| 71 | Debtor | Mauritius Tobacco Investments Limited | | | X |
| 72 | Debtor | Monk-Austin International, Inc. | | | X |
| 73 | Debtor | Nicotine River, LLC | | | X |
| 74 | Debtor | Oryantal Tutun Paketleme Sanayi ve Ticaret A.Ş. | | | X |
| 75 | Debtor | PT. Alliance One Indonesia | | | X |
| 76 | Debtor | PT. Indonesia Tri Sembilan | | | X |
| 77 | Debtor | PUREAG-NC, LLC | | | X |
| 78 | Debtor | Purilum, LLC | | | X |
| 79 | Debtor | Pyxus Agriculture | | | X |
| 80 | Debtor | Pyxus Agriculture Canada, Ltd. | | | X |
| 81 | Debtor | Pyxus Agriculture Holdings Limited [UK] | | | X |
| 82 | Debtor | Pyxus Agriculture Ltd. (Malawi) | | | X |
| 83 | Debtor | Pyxus Agriculture Tanzania Limited | | | X |
| 84 | Debtor | Pyxus Agriculture USA, LLC | | | X |
| 85 | Debtor | Pyxus International Inc. (f/k/a Alliance One International Inc.) | | | X |
| 86 | Debtor | Rio Grande Tabacos Ltda. | | | X |
| 87 | Debtor | Sena Investments (Private) Limited | | | X |
| 88 | Debtor | Siam Tobacco Export Corporation Limited | | | X |
| 89 | Debtor | Sinovest Enterprises Limited | | | X |
| 90 | Debtor | Southerton Holdings Limited | | | X |
| 91 | Debtor | Stancom Tobacco (Private) Limited | | | X |
| 92 | Debtor | Stancom Tobacco (Private) Ltd. | | | X |
| 93 | Debtor | Standard Commercial SA | | | X |
| 94 | Debtor | Standard Commercial Tobacco Company (U.K.) Limited | | | X |
| 95 | Debtor | Standard Commercial Tobacco Company (UK) Limited | | | X |
| 96 | Debtor | Stanfrie (Private) Limited | | | X |
| 97 | Debtor | Tabagri (2003) Limited | | | X |
| 98 | Debtor | Tabmarc Limited | | | X |
| 99 | Debtor | The Austin Tobacco Company, Incorporated | | | X |
| 100 | Debtor | Tobacco Processors Association Limited | | | X |
| 101 | Debtor | Trans-Continental Leaf Tobacco Corporation Limited | | | X |
| 102 | Debtor | Trans-Continental Leaf Tobacco Corporation Limited [Liechtenstein] | | | X |
| 103 | Debtor | Trans-Continental Leaf Tobacco Corporation Ltd./SA/AG [Switzerland] | | | X |
| 104 | Debtor | Twelfth State Brands, LLC d/b/a Bantam Vape, LLC | | | X |
| 105 | Debtor | W.A. Adams Company | | | X |
| 106 | Debtor | WA Adams International AG | | | X |
| 107 | Debtor | WLT - Africa | | | X |
| 108 | Debtor | World Leaf Trading Cayman | | | X |
| 109 | Debtor | World Leaf Trading FZE | | | X |
| 110 | Debtor | Worldleaf Trading (WLT -) Africa | | | X |
| 111 | Debtor | Zip Fulfillment, LLC | | | X |
| 112 | Debtors Affiliates Other Professionals | Lazard Ltd | X | | |
| 317 | Other Significant Parties-in-Interest | CenturyLink | | X | X |
| 114 | Debtors Affiliates Other Professionals | Prime Clerk LLC | X | | |
| 115 | Debtors Affiliates Other Professionals | RPA Advisors LLC | X | | |
| 116 | Debtors Affiliates Other Professionals | RPA Asset Management Services LLC | X | | |
| 117 | Debtors Affiliates Other Professionals | Simpson Thacher & Bartlett LLP | X | | |
| 118 | Debtors Affiliates Other Professionals | TRS Advisors LLC | X | | |
| 119 | Debtors Affiliates Other Professionals | Wachtell, Lipton, Rosen & Katz | | X | X |
| 120 | Debtors Affiliates Other Professionals | Young Conaway Stargatt & Taylor, LLP | X | | |
| 121 | Debtors Directors | Alexandre Strohschoen | X | | |
| 122 | Debtors Directors | B. Lynne Finney | X | | |
| 123 | Debtors Directors | Bryan T. Mazur | X | | |
| 124 | Debtors Directors | C. Richard Green, Jr. | X | | |
| 125 | Debtors Directors | Carl L. Hausmann | X | | |
| 126 | Debtors Directors | Charles Richard Green Jr. | X | | |
| 127 | Debtors Directors | Christian L. Cypher, III | X | | |
| 128 | Debtors Directors | Cliff Purcell | X | | |
| 129 | Debtors Directors | Crystal H. Ellis | X | | |
| 130 | Debtors Directors | Dale Scheetz | X | | |
| 131 | Debtors Directors | Daniel A. Castle | X | | |
| 132 | Debtors Directors | Donna H. Grier | X | | |
| 133 | Debtors Directors | Dustin L. Styons | X | | |
| 134 | Debtors Directors | Graham J. Kayes | X | | |
| 135 | Debtors Directors | Herbert Weatherford | X | | |
| 136 | Debtors Directors | J. Pieter Sikkel | X | | |
| 137 | Debtors Directors | Jeffrey A. Eckmann | X | | |
| 138 | Debtors Directors | Joel L. Thomas | X | | |
| 139 | Debtors Directors | John D. Rice | X | | |
| 140 | Debtors Directors | Joyce L. Fitzpatrick | X | | |
| 141 | Debtors Directors | Laura D. Jones | X | | |
| 142 | Debtors Directors | Mark W. Kehaya | X | | |
| 143 | Debtors Directors | Martin R. Wade, III | X | | |
| 144 | Debtors Directors | Meredith Wright | X | | |

| S.No | EY Category | Entity Name (Full Name as per PIIL) | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|---|
| 145 | Debtors Directors | Michael Shannon | X | | |
| 146 | Debtors Directors | Nathan A. Richardson | X | | |
| 147 | Debtors Directors | Nigel G. Howard | X | | |
| 148 | Debtors Directors | Philip C. Garofolo | X | | |
| 149 | Debtors Directors | Rick N. Hardy | X | | |
| 150 | Debtors Directors | Ryan H. Stewart | X | | |
| 151 | Debtors Directors | S. Kristin Hale | X | | |
| 152 | Debtors Directors | Todd B. Compton | X | | |
| 153 | Debtors Directors | Tracy G. Purvis | X | | |
| 154 | Debtors Directors | William L. O'Quinn, Jr. | X | | |
| 155 | Debtors Directors | Yralda Cruz | X | | |
| 156 | Debtors Major Shareholder | BlackRock Inc | | X | X |
| 157 | Debtors Major Shareholder | Dimensional Fund Advisors LP | | X | X |
| 158 | Debtors Major Shareholder | Donald Smith & Co Inc | X | | |
| 159 | Debtors Major Shareholder | Mark W. Kehaya | X | | |
| 160 | Debtors Other Professionals | Deloitte & Touche LLP | X | | |
| 161 | Debtors Other Professionals | Robinson Bradshaw & Hinson PA | X | | |
| 162 | Debtors Other Professionals | SGS Consulting | X | | |
| 163 | Debtors Other Professionals | Stroock & Stroock & Lavan LLP | | X | X |
| 164 | All Secured Lenders including DIP lender | Akbank | X | | |
| 165 | All Secured Lenders including DIP lender | Banco Daycoval | X | | |
| 166 | All Secured Lenders including DIP lender | Banco de la Ciudad de Buenos Aires | X | | |
| 167 | All Secured Lenders including DIP lender | Banco de La Nacion | X | | |
| 168 | All Secured Lenders including DIP lender | Banco do Brasil | | X | X |
| 169 | All Secured Lenders including DIP lender | Banco Francis | X | | |
| 170 | All Secured Lenders including DIP lender | Banco Macro | X | | |
| 171 | All Secured Lenders including DIP lender | Banco Votorantim | X | | |
| 172 | All Secured Lenders including DIP lender | Bank of America Merrill Lynch | X | | |
| 173 | All Secured Lenders including DIP lender | Branch Banking & Trust Company | X | | |
| 174 | All Secured Lenders including DIP lender | CBZ Bank Limited | X | | |
| 175 | All Secured Lenders including DIP lender | China Construction Bank | | X | X |
| 176 | All Secured Lenders including DIP lender | Citibank NA | | X | X |
| 177 | All Secured Lenders including DIP lender | Cortland Capital Market Services LLC | | | X |
| 178 | All Secured Lenders including DIP lender | Debbie's Staffing Services Inc | X | | |
| 179 | All Secured Lenders including DIP lender | Delta Dental Plan of NC | X | | |
| 180 | All Secured Lenders including DIP lender | Deutsche Bank AG | | X | X |
| 181 | All Secured Lenders including DIP lender | Deutsche Bank Trust | | X | |
| 182 | All Secured Lenders including DIP lender | Eastern & Southern African Trade & Development Bank (a/k/a "TDB") | X | | |
| 183 | All Secured Lenders including DIP lender | Finacity Corporation | | X | X |
| 184 | All Secured Lenders including DIP lender | Finacity Receivables LLC | X | | |
| 185 | All Secured Lenders including DIP lender | Halkbank AS | X | | |
| 353 | Other Significant Parties-in-Interest | Cornell University | | X | X |
| 187 | All Secured Lenders including DIP lender | Industrial and Commercial Bank of China - Dubai | | | X |
| 360 | Other Significant Parties-in-Interest | De Lage Landen Financial Services, Inc. | | X | X |
| 189 | All Secured Lenders including DIP lender | ING Investment | X | | |
| 190 | All Secured Lenders including DIP lender | Komercijalna Banka | X | | |
| 191 | All Secured Lenders including DIP lender | McGriff Insurance Services Inc | X | | |
| 192 | All Secured Lenders including DIP lender | Mercer (US) Inc | X | | |
| 193 | All Secured Lenders including DIP lender | NBS Bank | X | | |
| 194 | All Secured Lenders including DIP lender | NLB Banka | X | | |
| 195 | All Secured Lenders including DIP lender | Ohridska Banka AD Ohrid | X | | |
| 196 | All Secured Lenders including DIP lender | Oppenheimer & Co Inc | | X | X |
| 197 | All Secured Lenders including DIP lender | Oppenheimer Asset Manager | X | | |
| 198 | All Secured Lenders including DIP lender | Pitt County United Way | X | | |
| 199 | All Secured Lenders including DIP lender | Poyner & Spruill LLP | | X | |
| 400 | Other Significant Parties-in-Interest | Georgia Department of Revenue | | X | X |
| 201 | All Secured Lenders including DIP lender | Sparkasse Bank | X | | |
| 202 | All Secured Lenders including DIP lender | Stanbic Bank | X | | |
| 203 | All Secured Lenders including DIP lender | Standard Bank Group | X | | |
| 204 | All Secured Lenders including DIP lender | Standard Bank Isle of Man | X | | |
| 205 | All Secured Lenders including DIP lender | Standard Bank of Malawi | X | | |
| 206 | All Secured Lenders including DIP lender | Stopanska Banka | X | | |
| 207 | All Secured Lenders including DIP lender | T Rowe Price Agency Account | X | | |
| 208 | All Secured Lenders including DIP lender | The Action Group-HR | X | | |
| 209 | All Secured Lenders including DIP lender | The Bank of New York Mellon | | X | X |
| 210 | All Secured Lenders including DIP lender | United Way of Wilson Co | X | | |
| 211 | All Secured Lenders including DIP lender | Wells Fargo Bank NA | | X | X |
| 212 | All Secured Lenders including DIP lender | Wells Fargo NA | | X | X |
| 213 | All Substantial Bondholders or Lenders | AdvisorShares Trust | X | | |
| 214 | All Substantial Bondholders or Lenders | Aetna Life Insurance Company | | X | |
| 215 | All Substantial Bondholders or Lenders | Aflac | | X | X |
| 216 | All Substantial Bondholders or Lenders | AIG | | X | X |
| 217 | All Substantial Bondholders or Lenders | AIG (National Union Fire) | X | | |
| 218 | All Substantial Bondholders or Lenders | AWAC | X | | |
| 219 | All Substantial Bondholders or Lenders | Chubb Insurance Vietnam Co Ltd | X | | |
| 220 | All Substantial Bondholders or Lenders | CI Investments Inc/Canada | X | | |
| 221 | All Substantial Bondholders or Lenders | Cigna Health & Life Insurance Co | X | | |
| 222 | All Substantial Bondholders or Lenders | Cigna Investments Inc | X | | |
| 223 | All Substantial Bondholders or Lenders | Connecticut General Life Insurance | X | | |
| 224 | All Substantial Bondholders or Lenders | Credit Agricole Group | X | | |
| 225 | All Substantial Bondholders or Lenders | Delta Dental Plan of NC | X | | |
| 226 | All Substantial Bondholders or Lenders | Deutsche Bank Securities Inc | | X | |
| 227 | All Substantial Bondholders or Lenders | Deutsche Bank Trust Company | | X | |
| 228 | All Substantial Bondholders or Lenders | Dimensional Fund Advisors LP | | X | X |
| 229 | All Substantial Bondholders or Lenders | Donald Smith & Co Inc | X | | |
| 230 | All Substantial Bondholders or Lenders | Doubleline Capital LP | | X | X |
| 231 | All Substantial Bondholders or Lenders | Erie Family Life Insurance Co | X | | |
| 232 | All Substantial Bondholders or Lenders | Euler Hermes North America | X | | |
| 233 | All Substantial Bondholders or Lenders | FGL Holdings | X | | |
| 234 | All Substantial Bondholders or Lenders | Flow Investment Services Corp | X | | |
| 235 | All Substantial Bondholders or Lenders | Franklin Resources Inc | | X | X |
| 236 | All Substantial Bondholders or Lenders | Global Underwriters Inc | X | | |
| 237 | All Substantial Bondholders or Lenders | Hartford Specialty Company | X | | |
| 238 | All Substantial Bondholders or Lenders | Humana Insurance Co | X | | |
| 239 | All Substantial Bondholders or Lenders | International SOS Assistance, Inc | | X | X |
| 240 | All Substantial Bondholders or Lenders | Kaizen Advisory LLC | X | | |
| 241 | All Substantial Bondholders or Lenders | Legg Mason Inc | | X | X |
| 242 | All Substantial Bondholders or Lenders | Life Insurance Co of North America | X | | |
| 243 | All Substantial Bondholders or Lenders | London Life Insurance Co | X | | |
| 244 | All Substantial Bondholders or Lenders | Lord Abbett & Co LLC | | X | X |
| 245 | All Substantial Bondholders or Lenders | Lysander Funds Ltd | X | | |
| 246 | All Substantial Bondholders or Lenders | Lyxor International Asset Manageme | X | | |
| 247 | All Substantial Bondholders or Lenders | Nordea Bank ABP | X | | |
| 248 | All Substantial Bondholders or Lenders | Northeast Investors Trust | X | | |
| 186 | All Secured Lenders including DIP lender | Industrial and Commercial Bank of China | | | X |
| 250 | All Substantial Bondholders or Lenders | Principal Financial Group | | X | X |
| 251 | All Substantial Bondholders or Lenders | Purpose Investments Inc | X | | |
| 252 | All Substantial Bondholders or Lenders | Reliastar Life Insurance Company | X | | |
| 253 | All Substantial Bondholders or Lenders | Schroders PLC | X | | |
| 254 | All Substantial Bondholders or Lenders | Sentry Investments Corp | X | | |
| 255 | All Substantial Bondholders or Lenders | Shelton Capital Management | X | | |
| 256 | All Substantial Bondholders or Lenders | Sleepy Hollow Development Co. | X | | |
| 257 | All Substantial Bondholders or Lenders | St James's Place PLC | X | | |
| 258 | All Substantial Bondholders or Lenders | Superior Vision Insurance Inc | X | | |
| 259 | All Substantial Bondholders or Lenders | The Bank of New York Mellon Trust Company, N.A. | X | | |
| 260 | All Substantial Bondholders or Lenders | Utmost Worldwide Limited | X | | |
| 261 | All Substantial Bondholders or Lenders | Vontobel Holding AG | X | | |
| 262 | All Substantial Bondholders or Lenders | Wells Fargo Securities LLC | X | | |
| 263 | All Substantial Bondholders or Lenders | Willis of New York, Inc | X | | |
| 264 | All Substantial Bondholders or Lenders | Willis of NY Premium Trust | X | | |
| 265 | All Substantial Bondholders or Lenders | Willis Towers Watson Northeast, Inc | X | | |
| 266 | All Substantial Bondholders or Lenders | Wilmington Trust | X | | |
| 267 | All Substantial Bondholders or Lenders | WisdomTree Investments Inc | | X | X |
| 268 | All Substantial Bondholders or Lenders | Zuercher Kantonalbank | X | | |
| 269 | Insurance and Surety Bonds | Met Life | | X | X |
| 270 | Insurance and Surety Bonds | Pension Benefit Guaranty | | | X |
| 271 | Other Significant Parties-in-Interest | 363 Advisors LLC | X | | |
| 272 | Other Significant Parties-in-Interest | A Cerny Inc | X | | |
| 273 | Other Significant Parties-in-Interest | ACE Property and Casualty Insurance Company | X | | |
| 274 | Other Significant Parties-in-Interest | Adams and Reese LLP | X | | |
| 275 | Other Significant Parties-in-Interest | ADBAC Limited | X | | |
| 276 | Other Significant Parties-in-Interest | Aerial Center Realty Corporation | X | | |
| 277 | Other Significant Parties-in-Interest | AFL CIO | X | | |
| 278 | Other Significant Parties-in-Interest | AKIJ Tobacco Company | X | | |
| 279 | Other Significant Parties-in-Interest | Alcohol and Tobacco Trade and Tax Bureau | X | | |
| 280 | Other Significant Parties-in-Interest | Allan Holdings Inc | X | | |
| 281 | Other Significant Parties-in-Interest | Allied World Insurance Co. | X | | |
| 282 | Other Significant Parties-in-Interest | Andromeda | X | | |
| 283 | Other Significant Parties-in-Interest | Anything PC Cary LLC | X | | |
| 284 | Other Significant Parties-in-Interest | Aott - Morogoro Plant | X | | |
| 285 | Other Significant Parties-in-Interest | Aquila Soulutions LLC | X | | |
| 286 | Other Significant Parties-in-Interest | Artec IT Solutions LP | X | | |
| 287 | Other Significant Parties-in-Interest | Ascot Group, Ltd. (ASC) | | | X |
| 288 | Other Significant Parties-in-Interest | AT&T | | X | X |

| S.No | EY Category | Entity Name (Full Name as per PIIL) | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|---|
| 289 | Other Significant Parties-in-Interest | AT&T Mobility | X | | |
| 290 | Other Significant Parties-in-Interest | Atlantic-Orient Tobacco, Inc. | X | | |
| 291 | Other Significant Parties-in-Interest | AXIS Insurance Co. | X | | |
| 292 | Other Significant Parties-in-Interest | Bar & Karrer | X | | |
| 293 | Other Significant Parties-in-Interest | BASF Corporation | | X | X |
| 294 | Other Significant Parties-in-Interest | Battelle Memorial Institute | X | | |
| 295 | Other Significant Parties-in-Interest | BCTGM Local #270T | X | | |
| 296 | Other Significant Parties-in-Interest | BCW LLC | X | | |
| 297 | Other Significant Parties-in-Interest | Beleaf Limited | X | | |
| 298 | Other Significant Parties-in-Interest | Bennet Jones LLP | X | | |
| 299 | Other Significant Parties-in-Interest | Bowman Gilfillan Inc | X | | |
| 300 | Other Significant Parties-in-Interest | Boyanov and Company | X | | |
| 301 | Other Significant Parties-in-Interest | Brit Global Specialty USA | X | | |
| 302 | Other Significant Parties-in-Interest | British American Tobacco Limited | X | | |
| 303 | Other Significant Parties-in-Interest | Brooks, Pierce, McLendon, Humphrey & Leonard | X | | |
| 304 | Other Significant Parties-in-Interest | Brownstein Hyatt Farber Schreck LLP | X | | |
| 305 | Other Significant Parties-in-Interest | BT Americas Inc | X | | |
| 306 | Other Significant Parties-in-Interest | C. Papacostopoulos and Associates | X | | |
| 307 | Other Significant Parties-in-Interest | California Department of Justice | | X | X |
| 308 | Other Significant Parties-in-Interest | California Department of Labor and Employment | X | | |
| 309 | Other Significant Parties-in-Interest | California Department of Tax & Fee Administration | X | | |
| 310 | Other Significant Parties-in-Interest | California Franchise Tax Board | X | | |
| 311 | Other Significant Parties-in-Interest | Capgemini America Inc | X | | |
| 312 | Other Significant Parties-in-Interest | Cardno ChemRisk | X | | |
| 313 | Other Significant Parties-in-Interest | Cardno Chemrisk LLC | X | | |
| 314 | Other Significant Parties-in-Interest | Castle Brand Group LLC | X | | |
| 315 | Other Significant Parties-in-Interest | Central Line (HK) Limited | X | | |
| 316 | Other Significant Parties-in-Interest | Central Marketing Inc | X | | |
| 188 | All Secured Lenders including DIP lender | ING Groep NV | | | X |
| 318 | Other Significant Parties-in-Interest | Ceridian | | X | X |
| 319 | Other Significant Parties-in-Interest | Ceridian HCM Inc | | X | X |
| 320 | Other Significant Parties-in-Interest | Challenger Motor Freight Inc | X | | |
| 321 | Other Significant Parties-in-Interest | Chaucer Syndicates, Ltd. | X | | |
| 322 | Other Significant Parties-in-Interest | China Brasil Tabacos | X | | |
| 323 | Other Significant Parties-in-Interest | China TOB Heilongjiang IMP EXP | X | | |
| 324 | Other Significant Parties-in-Interest | China Tobacco Guangdong | X | | |
| 325 | Other Significant Parties-in-Interest | China Tobacco Guizhou | X | | |
| 326 | Other Significant Parties-in-Interest | China Tobacco Henan | X | | |
| 327 | Other Significant Parties-in-Interest | China Tobacco Import and Export | X | | |
| 328 | Other Significant Parties-in-Interest | China Tobacco International (HK) | X | | |
| 329 | Other Significant Parties-in-Interest | China Tobacco International, Inc. | X | | |
| 330 | Other Significant Parties-in-Interest | China Tobacco Intl Group Limited | X | | |
| 331 | Other Significant Parties-in-Interest | China Tobacco Yunnan | X | | |
| 332 | Other Significant Parties-in-Interest | Chubb Global Markets as trading name of Chubb European Group Ltd | X | | |
| 333 | Other Significant Parties-in-Interest | Citibank Europe PLC | X | | |
| 334 | Other Significant Parties-in-Interest | City of Danville | X | | |
| 335 | Other Significant Parties-in-Interest | City of Danville Division of Customer Accounts | X | | |
| 336 | Other Significant Parties-in-Interest | City of King | X | | |
| 337 | Other Significant Parties-in-Interest | City of Kinston | X | | |
| 338 | Other Significant Parties-in-Interest | City of New York | X | | |
| 339 | Other Significant Parties-in-Interest | Clear Bridge LLC | X | | |
| 340 | Other Significant Parties-in-Interest | Clifford Chance Europe LLP | X | | |
| 341 | Other Significant Parties-in-Interest | Clifford Chance LLP | X | | |
| 342 | Other Significant Parties-in-Interest | Clifford Chance LLP Beijing Office | X | | |
| 343 | Other Significant Parties-in-Interest | Clifford Chance PTE Ltd | X | | |
| 344 | Other Significant Parties-in-Interest | Clifford Chance US LLP | X | | |
| 345 | Other Significant Parties-in-Interest | Colorado Department of Agriculture | X | | |
| 346 | Other Significant Parties-in-Interest | Colorado Department of Labor and Employment | X | | |
| 347 | Other Significant Parties-in-Interest | Colorado Department of Revenue | X | | |
| 348 | Other Significant Parties-in-Interest | Comcast | | X | X |
| 349 | Other Significant Parties-in-Interest | Comptroller of Maryland | X | | |
| 350 | Other Significant Parties-in-Interest | Connection | X | | |
| 351 | Other Significant Parties-in-Interest | Continental Leaf Tobacco (Phil) Inc | X | | |
| 352 | Other Significant Parties-in-Interest | Continuant Inc | X | | |
| 481 | Other Significant Parties-in-Interest | Moody's Investors Service | | | X |
| 354 | Other Significant Parties-in-Interest | Couldrey & Cureau del Uruguay S.A. | X | | |
| 355 | Other Significant Parties-in-Interest | Craven AG Services, Inc. | X | | |
| 356 | Other Significant Parties-in-Interest | Crowell & Moring LLP | | X | |
| 357 | Other Significant Parties-in-Interest | CTIEC Sichuan | X | | |
| 358 | Other Significant Parties-in-Interest | Customs Advisory Services (Ach | X | | |
| 359 | Other Significant Parties-in-Interest | CV International Inc | X | | |
| 494 | Other Significant Parties-in-Interest | North Carolina Department of State Treasurer | | X | X |
| 361 | Other Significant Parties-in-Interest | Degesch America Inc | X | | |
| 362 | Other Significant Parties-in-Interest | Delaware Department of State Division of Corporations | X | | |
| 363 | Other Significant Parties-in-Interest | Delta Technology Services | X | | |
| 364 | Other Significant Parties-in-Interest | DGD Holdings LLC | X | | |
| 365 | Other Significant Parties-in-Interest | Dominion Energy North Carolina | X | | |
| 366 | Other Significant Parties-in-Interest | Drug Enforcement Administration | X | | |
| 367 | Other Significant Parties-in-Interest | Drylerakis & Associates | X | | |
| 368 | Other Significant Parties-in-Interest | Duke Energy Progress | X | | |
| 369 | Other Significant Parties-in-Interest | Duke Power | | X | X |
| 370 | Other Significant Parties-in-Interest | DZ Bank AG Deutsche Zentral-Genossenschaftsbank | X | | |
| 371 | Other Significant Parties-in-Interest | Eastern Company S.A.E. | X | | |
| 372 | Other Significant Parties-in-Interest | Eastern Electrical Rocky Mount | X | | |
| 373 | Other Significant Parties-in-Interest | Eastern Instrument Laboratories Inc | X | | |
| 374 | Other Significant Parties-in-Interest | ECOMETRICA | X | | |
| 375 | Other Significant Parties-in-Interest | Edwin Jewell | X | | |
| 376 | Other Significant Parties-in-Interest | Electric Supply & Equipment Company | X | | |
| 377 | Other Significant Parties-in-Interest | Endurance Assurance Co | X | | |
| 378 | Other Significant Parties-in-Interest | Endurance Risk Solutions (Endurance Speciality Holdings, LTD) via W. Brown | X | | |
| 379 | Other Significant Parties-in-Interest | Endurance Risk Solutions Assurance Co. (Sompo) | X | | |
| 380 | Other Significant Parties-in-Interest | Enthalpy Analytical, LLC | X | | |
| 381 | Other Significant Parties-in-Interest | Environmental Protection Agency | | X | X |
| 382 | Other Significant Parties-in-Interest | Etude Badri et Salim El Meouchi | X | | |
| 383 | Other Significant Parties-in-Interest | Eurofins Dr. Specht | X | | |
| 384 | Other Significant Parties-in-Interest | Evergrowing Trading FZCO | X | | |
| 385 | Other Significant Parties-in-Interest | Farella Braun + Martel LLP | X | | |
| 386 | Other Significant Parties-in-Interest | Federal Insurance Co. | X | | |
| 387 | Other Significant Parties-in-Interest | Federal Trade Commission | X | | |
| 388 | Other Significant Parties-in-Interest | Fielder Electric Motor Repair Inc | X | | |
| 389 | Other Significant Parties-in-Interest | Finacity Receivables 2006-2, LLC | X | | |
| 390 | Other Significant Parties-in-Interest | Fishburne Div of Menzel, LP | X | | |
| 391 | Other Significant Parties-in-Interest | Fleetway Transport Inc | X | | |
| 392 | Other Significant Parties-in-Interest | Florida Department of Revenue | X | | |
| 393 | Other Significant Parties-in-Interest | Focus Search Partners LLC | X | | |
| 394 | Other Significant Parties-in-Interest | Forsyth County Tax Collector | X | | |
| 395 | Other Significant Parties-in-Interest | France Tabac U.S.C.A | X | | |
| 396 | Other Significant Parties-in-Interest | Frank's Designs for Peanuts LLC | X | | |
| 397 | Other Significant Parties-in-Interest | FTM Tobacco International | X | | |
| 398 | Other Significant Parties-in-Interest | GDM Enterprises LLC | X | | |
| 399 | Other Significant Parties-in-Interest | Georgia Department of Labor | X | | |
| 249 | All Substantial Bondholders or Lenders | Osterweis Capital Management Inc | | X | X |
| 401 | Other Significant Parties-in-Interest | Georgia Deptment of Agriculture | X | | |
| 402 | Other Significant Parties-in-Interest | Gibson Dunn & Crutcher LLP | X | | |
| 403 | Other Significant Parties-in-Interest | Golden Leaf Tobacco Co Inc | X | | |
| 404 | Other Significant Parties-in-Interest | Grant J. Boatman | X | | |
| 405 | Other Significant Parties-in-Interest | Great American Insurance Group | | X | |
| 406 | Other Significant Parties-in-Interest | Griffis Development, Inc. | X | | |
| 407 | Other Significant Parties-in-Interest | GTL Transport Company Inc | X | | |
| 408 | Other Significant Parties-in-Interest | Hamilton Morrisville LLC | X | | |
| 409 | Other Significant Parties-in-Interest | Harrington Companies LLC | X | | |
| 410 | Other Significant Parties-in-Interest | HAS Enterprises Inc. | X | | |
| 411 | Other Significant Parties-in-Interest | Hawkeye Enterprises Inc | X | | |
| 412 | Other Significant Parties-in-Interest | HDI Global Insurance Co. | X | | |
| 413 | Other Significant Parties-in-Interest | Hoaviet Joint Stock Company | X | | |
| 414 | Other Significant Parties-in-Interest | Hold Fast Vapors, Inc. | X | | |
| 415 | Other Significant Parties-in-Interest | Hope, Duggan & Silva | X | | |
| 416 | Other Significant Parties-in-Interest | Humana Insurance Co | X | | |
| 417 | Other Significant Parties-in-Interest | Hunton Andrews Kurth LLP | | X | X |
| 418 | Other Significant Parties-in-Interest | Hutchison PLLC | X | | |
| 419 | Other Significant Parties-in-Interest | HYG Financial Services, Inc. | X | | |
| 420 | Other Significant Parties-in-Interest | Imperial Brands, PLC | | X | X |
| 421 | Other Significant Parties-in-Interest | Imperial Tobacco Group | X | | |
| 422 | Other Significant Parties-in-Interest | Independent Leaf Tobacco Company | X | | |
| 423 | Other Significant Parties-in-Interest | Indian Harbor Insurance Co. | X | | |
| 424 | Other Significant Parties-in-Interest | Internal Revenue Service | X | | |
| 425 | Other Significant Parties-in-Interest | International Fidelity Insurance Co. | X | | |
| 426 | Other Significant Parties-in-Interest | International Insurance Co. of Hanover SE | X | | |
| 427 | Other Significant Parties-in-Interest | International Paper | | X | X |
| 428 | Other Significant Parties-in-Interest | International SOS Assistance, Inc. | | X | X |
| 429 | Other Significant Parties-in-Interest | IOTO Int'l Industria E Comercio | X | | |
| 430 | Other Significant Parties-in-Interest | Ioto USA E-Liquids, LLC | X | | |
| 431 | Other Significant Parties-in-Interest | ITC Limited | X | | |
| 432 | Other Significant Parties-in-Interest | Itelligence Inc | X | | |

| S.No | EY Category | Entity Name (Full Name as per PIIL) | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|---|
| 433 | Other Significant Parties-in-Interest | ITSAVVY LLC | X | | |
| 434 | Other Significant Parties-in-Interest | J & M Executive Leasing, LLC | X | | |
| 435 | Other Significant Parties-in-Interest | J Walter Thompson Chicago | X | | |
| 436 | Other Significant Parties-in-Interest | Jenner & Block LLP | | X | |
| 437 | Other Significant Parties-in-Interest | John & Company Ltd. | X | | |
| 438 | Other Significant Parties-in-Interest | John Middleton Co. | X | | |
| 439 | Other Significant Parties-in-Interest | Johnson Industrial Machinery | X | | |
| 440 | Other Significant Parties-in-Interest | Jones Day | | X | X |
| 441 | Other Significant Parties-in-Interest | JT International SA | X | | |
| 442 | Other Significant Parties-in-Interest | JV Adams Thai Royalities | X | | |
| 443 | Other Significant Parties-in-Interest | K.R.& Co. | X | | |
| 444 | Other Significant Parties-in-Interest | Kaman Industrial Technologies | X | | |
| 445 | Other Significant Parties-in-Interest | KAP Enterprises Inc. | X | | |
| 446 | Other Significant Parties-in-Interest | Karpas Kooperatif Tutun Satis STI | X | | |
| 447 | Other Significant Parties-in-Interest | Kentucky Department of Labor | X | | |
| 448 | Other Significant Parties-in-Interest | Kentucky Department of Revenue | X | | |
| 449 | Other Significant Parties-in-Interest | Kentucky State Treasurer | X | | |
| 450 | Other Significant Parties-in-Interest | Kilpatrick Townsend | X | | |
| 451 | Other Significant Parties-in-Interest | Kleinfeld Kaplan & Becker LLP | X | | |
| 452 | Other Significant Parties-in-Interest | Kroll Cyber Security | X | | |
| 453 | Other Significant Parties-in-Interest | KT&G Corporation | | X | |
| 454 | Other Significant Parties-in-Interest | La Clinical Trials LLC | X | | |
| 455 | Other Significant Parties-in-Interest | Lancaster Leaf Tobacco Company | X | | |
| 456 | Other Significant Parties-in-Interest | Lenoir County Tax Collector | X | | |
| 457 | Other Significant Parties-in-Interest | Lewis Systems & Service Co | X | | |
| 458 | Other Significant Parties-in-Interest | Lloyd's / Uwrs in London | | X | X |
| 459 | Other Significant Parties-in-Interest | Lloyds | | X | X |
| 460 | Other Significant Parties-in-Interest | Loftware, Inc. | X | | |
| 461 | Other Significant Parties-in-Interest | LOGISTICON INC | X | | |
| 462 | Other Significant Parties-in-Interest | Long Ha Company Ltd | X | | |
| 463 | Other Significant Parties-in-Interest | Lorenz LLC | X | | |
| 464 | Other Significant Parties-in-Interest | M/S Bommidala Brothers | X | | |
| 465 | Other Significant Parties-in-Interest | Machine Tool Products Inc | X | | |
| 466 | Other Significant Parties-in-Interest | Maryland Department of Labor | X | | |
| 467 | Other Significant Parties-in-Interest | Massachusetts Department of Revenue | X | | |
| 468 | Other Significant Parties-in-Interest | Massachusetts Executive Office of Labor and Workforce Development | X | | |
| 469 | Other Significant Parties-in-Interest | Maze Consulting LLC | X | | |
| 470 | Other Significant Parties-in-Interest | MDCentric Technologies | X | | |
| 471 | Other Significant Parties-in-Interest | Microsoft Licensing, GP | X | | |
| 472 | Other Significant Parties-in-Interest | Microsoft Services | X | | |
| 473 | Other Significant Parties-in-Interest | Milbank Tweed Hadley and McCloy LLP | | X | X |
| 474 | Other Significant Parties-in-Interest | Millbank LLP | X | | |
| 475 | Other Significant Parties-in-Interest | Minh Tam (Cambodia) Imex Co., Ltd. | X | | |
| 476 | Other Significant Parties-in-Interest | Minnesota Department of Revenue | X | | |
| 477 | Other Significant Parties-in-Interest | Minnesota Dept of Employment and Economic Development | X | | |
| 478 | Other Significant Parties-in-Interest | Mohammed Enterprises Private | X | | |
| 479 | Other Significant Parties-in-Interest | Montrose Environmental Group Inc | X | | |
| 480 | Other Significant Parties-in-Interest | Monument Strategies LLC | X | | |
| 113 | Debtors Affiliates Other Professionals | Perella Weinberg Partners | | X | X |
| 482 | Other Significant Parties-in-Interest | My Vape Order International, Inc. | X | | |
| 483 | Other Significant Parties-in-Interest | My Vape Order, Inc | X | | |
| 484 | Other Significant Parties-in-Interest | Myers Bigel & Sibley P A | X | | |
| 485 | Other Significant Parties-in-Interest | Nasir Leaf Tobacco Industries Ltd. | X | | |
| 486 | Other Significant Parties-in-Interest | National Union Fire Insurance Co. of Pittsburgh, PA | X | | |
| 487 | Other Significant Parties-in-Interest | Navigators Insurance Co | X | | |
| 488 | Other Significant Parties-in-Interest | New Jersey Department of Treasury - Division of Revenue and Enterprise Services | X | | |
| 489 | Other Significant Parties-in-Interest | Nicotine River, LLC | X | | |
| 490 | Other Significant Parties-in-Interest | North Carolina Department of Environment & Natural Resources | X | | |
| 491 | Other Significant Parties-in-Interest | North Carolina Department of Justice | X | | |
| 492 | Other Significant Parties-in-Interest | North Carolina Department of Labor | X | | |
| 493 | Other Significant Parties-in-Interest | North Carolina Department Of Revenue | X | | |
| 200 | All Secured Lenders including DIP lender | Robert Half International Inc | | X | X |
| 495 | Other Significant Parties-in-Interest | North Carolina Dept of Agriculture | X | | |
| 496 | Other Significant Parties-in-Interest | North Carolina Division of Employment Security | X | | |
| 497 | Other Significant Parties-in-Interest | Occupational Safety and Health Administration | X | | |
| 498 | Other Significant Parties-in-Interest | OH State Workers Compensation Bureau | X | | |
| 499 | Other Significant Parties-in-Interest | Ohio Bureau of Workers' Compensation | X | | |
| 500 | Other Significant Parties-in-Interest | Ohio Department of Job and Family Services | X | | |
| 501 | Other Significant Parties-in-Interest | Ohio Department of Natural Resources | X | | |
| 502 | Other Significant Parties-in-Interest | Ohio Department of Taxation | X | | |
| 503 | Other Significant Parties-in-Interest | Ohio Environmental Protection Agency | X | | |
| 504 | Other Significant Parties-in-Interest | P.E.I. Inc. | X | | |
| 505 | Other Significant Parties-in-Interest | Pardus Underwriting Ltd. (UK) | X | | |
| 506 | Other Significant Parties-in-Interest | Paris Smith LLP | X | | |
| 507 | Other Significant Parties-in-Interest | Parque Industrial | X | | |
| 508 | Other Significant Parties-in-Interest | Pennsylvania Department of Labor and Industry | X | | |
| 509 | Other Significant Parties-in-Interest | Pennsylvania Department of Revenue | X | | |
| 510 | Other Significant Parties-in-Interest | Pennsylvania Department of State | X | | |
| 511 | Other Significant Parties-in-Interest | Pension Benefit Guaranty Corporation | | | X |
| 512 | Other Significant Parties-in-Interest | Perkins Warehouse Inc | X | | |
| 513 | Other Significant Parties-in-Interest | Philip Morris International Management SA | | X | X |
| 514 | Other Significant Parties-in-Interest | Philip Morris USA Inc. | X | | |
| 515 | Other Significant Parties-in-Interest | Philitab N.V. | X | | |
| 516 | Other Significant Parties-in-Interest | PHILITAB SERVICES BV | X | | |
| 517 | Other Significant Parties-in-Interest | Piedmont Natural Gas | X | | |
| 518 | Other Significant Parties-in-Interest | Pitt & Greene Electric | X | | |
| 519 | Other Significant Parties-in-Interest | Pitt County Tax Collector | X | | |
| 520 | Other Significant Parties-in-Interest | Pizzagalli Properties, LLC | X | | |
| 521 | Other Significant Parties-in-Interest | Polychem Corporation | X | | |
| 522 | Other Significant Parties-in-Interest | Premium Tobacco International Dmcc | X | | |
| 523 | Other Significant Parties-in-Interest | Protiviti | X | | |
| 524 | Other Significant Parties-in-Interest | PT. VOTOB PRIMA | X | | |
| 525 | Other Significant Parties-in-Interest | QBE Insurance Group, Ltd. | | X | X |
| 526 | Other Significant Parties-in-Interest | QLIKTECH INC | X | | |
| 527 | Other Significant Parties-in-Interest | R C Commodities Inc | X | | |
| 528 | Other Significant Parties-in-Interest | R.J. Reynolds Tobacco Company | X | | |
| 529 | Other Significant Parties-in-Interest | Representations International Pte | X | | |
| 530 | Other Significant Parties-in-Interest | Republic Serv of Winston Salem | X | | |
| 531 | Other Significant Parties-in-Interest | Richloam Tobacco Co. | X | | |
| 532 | Other Significant Parties-in-Interest | RJ Reynolds Tobacco Company | X | | |
| 533 | Other Significant Parties-in-Interest | Safetychain Software Inc | X | | |
| 534 | Other Significant Parties-in-Interest | Sap America, Inc. | | X | X |
| 535 | Other Significant Parties-in-Interest | Securities & Exchange Commission | X | | |
| 536 | Other Significant Parties-in-Interest | Sefco Finance Inc SAL (OFFSHORE) | X | | |
| 537 | Other Significant Parties-in-Interest | Service Roofing & Sheet Metal | X | | |
| 538 | Other Significant Parties-in-Interest | SGS Consulting Aon Consulting Inc | X | | |
| 539 | Other Significant Parties-in-Interest | Shaanxi Tobacco Import | X | | |
| 540 | Other Significant Parties-in-Interest | Shenzhen Smoore Technology Limited | X | | |
| 541 | Other Significant Parties-in-Interest | Shenzhen Tobacco Imp/Exp Co Ltd | X | | |
| 542 | Other Significant Parties-in-Interest | Sherman's 1400 Broadway, N.Y.C., LLC | X | | |
| 543 | Other Significant Parties-in-Interest | Skillsoft Corporation | | X | X |
| 544 | Other Significant Parties-in-Interest | Skytel Systems, LLC | X | | |
| 545 | Other Significant Parties-in-Interest | Soewito Suhardiman Eddymurthy Kardono a/k/a SSEK Trilegal | X | | |
| 546 | Other Significant Parties-in-Interest | Software One Inc | | X | X |
| 547 | Other Significant Parties-in-Interest | South Carolina Department of Employment and Workforce | X | | |
| 548 | Other Significant Parties-in-Interest | South Carolina Dept of Revenue | X | | |
| 549 | Other Significant Parties-in-Interest | Spectrum Business | X | | |
| 550 | Other Significant Parties-in-Interest | Standard and Poor's Wire | X | | |
| 551 | Other Significant Parties-in-Interest | Standard Commercial Logistics, LLC | X | | |
| 552 | Other Significant Parties-in-Interest | Starr Insurance & Reinsurance | X | | |
| 553 | Other Significant Parties-in-Interest | State National Insurance Co., Inc. (Canopius) | X | | |
| 554 | Other Significant Parties-in-Interest | Synchrogenix Information | X | | |
| 555 | Other Significant Parties-in-Interest | T Rowe Price Agency Account | X | | |
| 556 | Other Significant Parties-in-Interest | T. Akiyama & Co. | X | | |
| 557 | Other Significant Parties-in-Interest | Tabacos DE Wilson Inc | X | | |
| 558 | Other Significant Parties-in-Interest | Talbot Underwriting Ltd. | X | | |
| 559 | Other Significant Parties-in-Interest | Taylor Built Holdings Inc | X | | |
| 560 | Other Significant Parties-in-Interest | TCP NC LLC | X | | |
| 561 | Other Significant Parties-in-Interest | Tennessee Department of Labor & Workforce Development | | X | X |
| 562 | Other Significant Parties-in-Interest | Texican Horizon Energy | X | | |
| 563 | Other Significant Parties-in-Interest | The Distillery Group | X | | |
| 564 | Other Significant Parties-in-Interest | The Hartford Insurance Group | X | | |
| 565 | Other Significant Parties-in-Interest | Time Warner Cable | X | | |
| 566 | Other Significant Parties-in-Interest | Tobacco Processing Services | X | | |
| 567 | Other Significant Parties-in-Interest | Top Shelf Tobacco LLC | X | | |
| 568 | Other Significant Parties-in-Interest | Town Of Farmville - Utilities | X | | |
| 569 | Other Significant Parties-in-Interest | Town of Farmville Tax Collector | X | | |
| 570 | Other Significant Parties-in-Interest | Town of Robersonville | X | | |
| 571 | Other Significant Parties-in-Interest | Toyota Motor Credit Corporation | X | | |
| 572 | Other Significant Parties-in-Interest | Travelers Ins Co. | X | | |
| 573 | Other Significant Parties-in-Interest | Tri-Steel Fabricators Inc | X | | |
| 574 | Other Significant Parties-in-Interest | Triune Electric Inc | X | | |
| 575 | Other Significant Parties-in-Interest | Truphone Inc | X | | |
| 576 | Other Significant Parties-in-Interest | Trust Tobacco Industry Import | X | | |

Results of Connections Check

| S.No | EY Category | Entity Name (Full Name as per PIIL) | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|---|
| 577 | Other Significant Parties-in-Interest | Turning Point Brands, Inc. | | X | X |
| 578 | Other Significant Parties-in-Interest | U. S. Customs Service | X | | |
| 579 | Other Significant Parties-in-Interest | U.S. Bank Equipment Finance | X | | |
| 580 | Other Significant Parties-in-Interest | U.S. Cellular | X | | |
| 581 | Other Significant Parties-in-Interest | U.S. Food and Drug Administration | X | | |
| 582 | Other Significant Parties-in-Interest | United States Treasury | | | X |
| 583 | Other Significant Parties-in-Interest | United Tobacco Company | X | | |
| 584 | Other Significant Parties-in-Interest | US Army Corp of Engineers | X | | |
| 585 | Other Significant Parties-in-Interest | US Customs and Border Protection | X | | |
| 586 | Other Significant Parties-in-Interest | US Department of Agriculture | X | | |
| 587 | Other Significant Parties-in-Interest | US Department of Justice | | X | X |
| 588 | Other Significant Parties-in-Interest | US Department of Labor | X | | |
| 589 | Other Significant Parties-in-Interest | US Food & Drug Administration | X | | |
| 590 | Other Significant Parties-in-Interest | Utah State Tax Commission | X | | |
| 591 | Other Significant Parties-in-Interest | Venebio Group, LLC | X | | |
| 592 | Other Significant Parties-in-Interest | Verizon | | X | X |
| 593 | Other Significant Parties-in-Interest | Verizon Business | X | | |
| 594 | Other Significant Parties-in-Interest | Verizon Communications | | X | X |
| 595 | Other Significant Parties-in-Interest | Verizon UK Ltd | X | | |
| 596 | Other Significant Parties-in-Interest | Verizon Wireless | | X | X |
| 597 | Other Significant Parties-in-Interest | Virginia Department of Agriculture | X | | |
| 598 | Other Significant Parties-in-Interest | Virginia Department of Labor & Industry | X | | |
| 599 | Other Significant Parties-in-Interest | Virginia Department of Taxation | X | | |
| 600 | Other Significant Parties-in-Interest | Virginia Employment Commission | X | | |
| 601 | Other Significant Parties-in-Interest | Vision Holdings Inc | X | | |
| 602 | Other Significant Parties-in-Interest | VST Industries Limited | X | | |
| 603 | Other Significant Parties-in-Interest | W M Stone Logistics LLC | X | | |
| 604 | Other Significant Parties-in-Interest | West Virginia Department of Revenue | X | | |
| 605 | Other Significant Parties-in-Interest | Westchester Fire Insurance Co. (Chubb Group) | X | | |
| 606 | Other Significant Parties-in-Interest | Western Surety Company | X | | |
| 607 | Other Significant Parties-in-Interest | Whereoware LLC | X | | |
| 608 | Other Significant Parties-in-Interest | Wilhelm & Buchel Rechtsanwalte | X | | |
| 609 | Other Significant Parties-in-Interest | Willis Limited Financial SolutionsMRCDirect | X | | |
| 610 | Other Significant Parties-in-Interest | Willis Watson Towers | X | | |
| 611 | Other Significant Parties-in-Interest | Wilson County Tax Collector | X | | |
| 612 | Other Significant Parties-in-Interest | Wilson Energy | X | | |
| 613 | Other Significant Parties-in-Interest | Windstream | | X | |
| 614 | Other Significant Parties-in-Interest | Womble Bond Dickinson (Us) LLP | X | | |
| 615 | Other Significant Parties-in-Interest | Wood, Rogers PLC | X | | |
| 616 | Other Significant Parties-in-Interest | WW Electric LLC | X | | |
| 617 | Other Significant Parties-in-Interest | Wyrick Robbins Yates & Ponton | X | | |
| 618 | Other Significant Parties-in-Interest | Xinjiang Tobacco Import and Export | X | | |
| 619 | Other Significant Parties-in-Interest | XL Insurance American, Inc. | X | | |
| 620 | Other Significant Parties-in-Interest | Zhangzhou Hongyan Import | X | | |
| 621 | Other Significant Parties-in-Interest | Zurich American Insurance Co | | X | |