**Exhibit C**

**Schwartz Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No.  20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

### DECLARATION OF JEFFREY G. SCHWARTZ IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR, PURSUANT TO 11 U.S.C. §§ 327(a) AND 330, EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the

"***Bankruptcy Rules***"), I, Jeffrey G. Schwartz, under penalty of perjury, declare as follows:

1.    I am a partner of Deloitte & Touche LLP ("***Deloitte & Touche***"), which has

an office at 550 S. Tryon Street, Suite 2500, Charlotte, North Carolina 28202.  I am duly authorized

to make and submit this declaration (the "***Declaration***") on behalf of Deloitte & Touche in

accordance with section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the

"***Bankruptcy Code***"), Bankruptcy Rule 2014(a), and Rule 2014-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "***Local Rules***") in support of the *Debtors' Application for Entry of an Order (I)*

*Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor,*

*Pursuant to 11 U.S.C. §§ 327(a) and 330, Effective as of the Petition Date and (II) Granting*

---

[1]  The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

*Related Relief* (the "***Application***").[2]

2.      The Debtors seek to retain Deloitte & Touche, pursuant to the terms and conditions set forth in that certain engagement agreement, dated August 2, 2019, along with its addendum, dated January 20, 2020 (together, the "***Engagement Agreement***"), to provide independent audit services for Debtor Pyxus International, Inc. ("***Pyxus***").   A copy of the Engagement Agreement is attached as **Exhibit 1** to the proposed Order.

3.      The statements set forth in this Declaration are based upon my personal knowledge, information and belief and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

## DELOITTE & TOUCHE'S QUALIFICATIONS

4.      Deloitte & Touche is a public accounting firm with offices across the United States.  Deloitte & Touche has significant experience in performing independent audit services and has performed such services in large and complex chapter 11 cases on behalf of debtors throughout the United States.  Such experience renders Deloitte & Touche well-qualified and able to provide services to the Debtors during the pendency of these Chapter 11 Cases in a cost effective, efficient and timely manner. Deloitte & Touche's services fulfill an important need and are not provided by any of the Debtors' other professionals.

5.      Since approximately September 2005, Deloitte & Touche has provided certain professional services to the Debtors.  In providing such prepetition professional services to the Debtors, Deloitte & Touche has become familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, business operations and related matters. Having worked with the Debtors' management and their other advisors, Deloitte & Touche has

---

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Application.

26720506.6

developed relevant experience and knowledge regarding the Debtors that will assist Deloitte & Touche in providing effective and efficient services during these Chapter 11 Cases.  Accordingly, Deloitte & Touche is both well-qualified and able to provide audit services for the Debtors during these Chapter 11 Cases in an efficient and effective manner.

### DISINTERESTEDNESS

6.    Subject to the foregoing, except as set forth herein and in the attachments hereto, to the best of my information, knowledge and belief based on reasonable inquiry:  (a) neither I, Deloitte & Touche, nor any partner, principal, or managing director of Deloitte & Touche that is anticipated to provide the services for which Deloitte & Touche is to be retained (the "***Engagement Partners/Principals/Managing Directors***") holds any interest adverse to the Debtors; and (b) Deloitte & Touche has no relationship to the Debtors, their significant creditors, certain other significant parties in interest, or to the attorneys that are known to be assisting the Debtors in these Chapter 11 Cases, except as stated herein or in any attachment hereto.

7.    In connection with its proposed retention by the Debtors, Deloitte & Touche undertook a search to determine and to disclose whether it or its affiliates is or has been employed by, or have any relationships with, the entities whose specific names were provided to Deloitte & Touche by the Debtors (the "***Potential Parties in Interest***"), listed on **Schedule 1** attached hereto. To check upon and disclose possible relationships with significant Potential Parties in Interest in these Chapter 11 Cases, Deloitte & Touche researched its client databases and performed reasonable due diligence to determine whether it or its affiliates had any relationships with the Debtors or significant Potential Parties in Interest.

8.    Deloitte & Touche and its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other Potential Parties in Interest.

Accordingly, Deloitte & Touche and/or its affiliates have had, currently have and/or may have in the future banking or other relationships with such parties, or provided, may currently provide and/or may provide in the future professional services to certain of these parties in matters unrelated to these Chapter 11 Cases.  From time to time, Deloitte & Touche and its affiliates have provided or may currently provide services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties potentially adverse to the Debtors in matters unrelated to these Chapter 11 Cases.  Additionally, certain significant Potential Parties in Interest have or may have provided goods or services, may currently provide goods or services and/or may in the future provide goods or services to Deloitte & Touche and/or its affiliates and the Engagement Partners/Principals/Managing Directors in matters unrelated to these Chapter 11 Cases.  A listing of such parties is attached to this Declaration as **Schedule 2**.

9.     Deloitte & Touche believes that the relationships described herein or reflected on **Schedule 2** have no bearing on the services for which Deloitte & Touche's retention is being sought by the Debtors in these Chapter 11 Cases.  Furthermore, such relationships do not impair Deloitte & Touche's disinterestedness, and Deloitte & Touche does not represent an adverse interest in connection with these Chapter 11 Cases.

10.     Despite the efforts described above to identify and disclose Deloitte & Touche's connections with the significant Potential Parties in Interest in these Chapter 11 Cases, because Deloitte & Touche is a nationwide firm with many employees, Deloitte & Touche is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if Deloitte & Touche discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

11.     To the best of my knowledge, based on the internal search discussed above,

Deloitte & Touche has determined that certain relationships should be disclosed as follows:

a.      Deloitte & Touche and/or its affiliates provide services in matters unrelated to these Chapter 11 Cases to certain of the Debtors' largest unsecured creditors and other Potential Parties in Interest or their affiliates listed on **Schedule 2**.

b.      Law firms identified on **Schedule 2**, including Bennet Jones LLP; Clifford Chance Europe LLP; Clifford Chance LLP; Clifford Chance PTE Ltd.; Clifford Chance US LLP; Crowell & Moring LLP; Farella Braun + Martel LLP; Hunton Andrews Kurth LLP; Jenner & Block LLP; Jones Day LLP; Milbank Tweed Hadley & McCloy LLP; Poyner & Spruill LLP; Simpson Thatcher & Bartlett LLP; Stroock & Stroock & Lavan LLP; Wachtell, Lipton, Rosen & Katz LLP and Young Conaway Stargatt & Taylor LLP, have provided, currently provide and may in the future provide legal services to Deloitte & Touche or its affiliates in matters unrelated to these Chapter 11 Cases, and/or Deloitte & Touche or its affiliates have provided, currently provide, and may in the future provide services to such firms or their clients.

c.      In the ordinary course of its business, Deloitte & Touche and its affiliates have business relationships in unrelated matters with its principal competitors, which together with their affiliates may be Potential Parties in Interest in these Chapter 11 Cases. For example, from time to time, Deloitte & Touche and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

d.      Certain financial institutions or their respective affiliates (including AIG; Bank of America Merrill Lynch; Blue Cross & Blue Shield of NC; Branch Banking & Trust Company; Citibank Europe PLC; Citibank N.A.; ING Groep NV; ING Investment; National Union Fire Insurance Co. of Pittsburgh, PA; U.S. Bank Equipment Finance; Wells Fargo Bank N.A.; Wells Fargo Securities LLC) listed on **Schedule 2** (i) are lenders to an affiliate of Deloitte & Touche (Deloitte & Touche is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various partners and principals, respectively, of Deloitte & Touche and its affiliates. In addition, certain financial institutions or their respective affiliates (including BlackRock, Inc.; Invesco Ltd.; and T. Rowe Price Agency Account) provide asset management services for, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by affiliates of Deloitte & Touche.

e.      Deloitte & Touche and/or its affiliates have provided, currently provide, and will continue to provide financial advisory services to the Pension Benefit Guaranty Corporation (the "***PBGC***"). The Debtors and their pension plans were, but are no longer, the subject of these services for the PBGC.

f.      Certain Potential Parties in Interest may be adverse to and/or involved in litigation matters with Deloitte & Touche or its affiliates in connection with matters unrelated to these Chapter 11 Cases.

g.      Deloitte & Touche has provided and continues to provide audit services to certain Potential Parties in Interest and/or their affiliates in matters unrelated to these Chapter 11 Cases.  In its capacity as independent auditor, Deloitte & Touche also provides such clients with ordinary course auditing services and conducts typical audit procedures that may arise from such Potential Parties in Interests' business arrangements with the Debtors.

h.      Deloitte Consulting LLP ("***Deloitte Consulting***"), an affiliate of Deloitte & Touche, and certain of its affiliates, have provided and will continue to provide services to the Executive Office of the United States Trustee in matters unrelated to these Chapter 11 Cases.

12.      Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte & Touche or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in these Chapter 11 Cases, the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***"), the assistant U.S. Trustee and the attorney therefor assigned to these Chapter 11 Cases.

13.      Except as may be disclosed herein, to the best of my knowledge, information, and belief, Deloitte & Touche and the Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte & Touche is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## SCOPE OF SERVICES

14.      As set forth more fully in the Engagement Agreement, Deloitte & Touche has agreed to perform independent audit services for the Debtors in accordance with the terms and conditions set forth in the Engagement Agreement.  Deloitte & Touche will perform: (i) an integrated audit in accordance with the standards of the Public Company Accounting Oversight Board (PCAOB) (United States) (the "***PCAOB Standards***") and express opinions on (1) the

fairness of the presentation of Pyxus's financial statements for the year ending March 31, 2020, in conformity with accounting principles generally accepted in the United States of America, in all material respects, and (2) the effectiveness of Pyxus's internal control over financial reporting as of March 31, 2020, based on the criteria established in *Internal Control–Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission; and (ii) a review of Pyxus's condensed interim financial information in accordance with the PCAOB Standards for each of the quarters in the year ending March 31, 2020, prepared for submission to the Securities and Exchange Commission.

15.    Additionally, pursuant to the Engagement Agreement, Deloitte & Touche may provide audit services and conduct procedures associated with the services described above that are beyond the scope of procedures that were anticipated to be performed at time the Engagement Agreement was signed (collectively, the "*Out-of-Scope Services*").

16.    Deloitte & Touche respectfully requests that its retention be made effective as of the Petition Date so that Deloitte & Touche may be compensated for the professional services it has provided before the Application is reviewed and approved by the Court.  Deloitte & Touche has provided services to the Debtors in advance of the submission of this Declaration in anticipation that its retention would be approved effective as of the Petition Date.  Deloitte & Touche submits that these circumstances are of a nature warranting retroactive approval.

## PROFESSIONAL COMPENSATION

17.    Deloitte & Touche's retention by the Debtors is conditioned upon its ability to be retained in accordance with its terms and conditions of employment, including the proposed compensation arrangements set forth in the Engagement Agreement.

18.    Deloitte & Touche and the Debtors agreed that for any services, including

the Out-of-Scope Services, performed by Deloitte & Touche under the Engagement Letter, the

Debtors shall pay Deloitte & Touche at the following hourly rates:

| Professional Level | Hourly Rates |
|---|---|
| Principal / Partner / Managing Director | $275 – $315 |
| Senior Manager | $240 – $266 |
| Manager | $210 – $233 |
| Senior | $175 |
| Consultant / Staff | $61 – $139 |

19.     As of the Petition Date, Deloitte & Touche estimates that not to exceed

$100,000 in fees, exclusive of expenses and the Out-of-Scope Services, remains to be billed to the

Debtors for the services described in the Engagement Letter.

20.     In the normal course of business, Deloitte & Touche revises its rates to

reflect changes in responsibilities, increased experience, geographic differentials, and increased

costs of doing business.

21.     In addition, reasonable expenses, including travel, report production,

delivery services, and other expenses incurred in providing Deloitte & Touche's services, will be

included in the total amount billed.

22.     Deloitte & Touche intends to file interim and final fee applications for the

allowance of compensation for the services rendered and reimbursement of expenses incurred

consistent with the terms of the Engagement Agreement, the Application, this Declaration, the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any

applicable orders of the Court and/or any applicable guidelines issued by the U.S. Trustee.  Deloitte

& Touche will present such records to the Court in its fee applications to the Court.  Deloitte &

Touche requests that the invoices, after appropriate review, be paid in a manner consistent with

the payment of other retained professionals in this matter, consistent with any administrative

orders, if any, that would apply to interim and final fee applications.  I understand that all payments rendered pursuant to Deloitte & Touche's retention by the Debtors must be approved by an order of this Court and based upon the filing by Deloitte & Touche of an appropriate monthly, interim and final applications for allowance of compensation and reimbursement of expenses.

23.     Prior to the Petition Date, Deloitte & Touche provided professional services to the Debtors.  In the ninety (90) days prior to the Petition Date, Deloitte & Touche received approximately $2,734,000 from the Debtors on account of invoices issued by Deloitte & Touche. Of this amount, Deloitte & Touche received an $80,000 advanced payment from the Debtors, which Deloitte & Touche is currently holding and will apply to its post-petition invoices.  As of the Petition Date, no amounts were outstanding with respect to the invoice(s) issued by Deloitte & Touche prior to such date.

24.     Some services incidental to the tasks to be performed by Deloitte & Touche in these Chapter 11 Cases may be performed by personnel now employed by or associated with affiliates of Deloitte & Touche, such as Deloitte Financial Advisory Services LLP, Deloitte Transactions and Business Analytics LLP, Deloitte Tax and Deloitte Consulting, or their respective subsidiaries, including subsidiaries located outside of the United States.

25.     Deloitte & Touche has received no promises regarding compensation in these Chapter 11 Cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration.  Deloitte & Touche has no agreement with any nonaffiliated or unrelated entity to share any compensation earned in these Chapter 11 Cases.

## EFFORTS TO AVOID DUPLICATION OF SERVICES

26.     Deloitte & Touche understands that the Debtors have retained and may retain additional professionals during the term of the Engagement Agreement, and Deloitte &

Touche agrees to work cooperatively with the Debtors to avoid unnecessary duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2020

*/s/ Jeffrey G. Schwartz*
Jeffrey G. Schwartz
Partner
Deloitte & Touche LLP

## Schedule 1

### Potential Parties in Interest

26720506.6

**Pyxus Interested Parties List**

**Bankruptcy Judges:**

Chief Judge Christopher S. Sontchi
Judge Ashely M. Chan (visiting E.D. Pa)
Judge Brendan L. Shannon
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath

**Bankruptcy Professionals:**

Deloitte & Touche LLP
Ernst & Young US LLP
Lazard Ltd
Perella Weinberg Partners
Prime Clerk LLC
Robinson Bradshaw & Hinson PA
RPA Advisors LLC
RPA Asset Management Services LLC
Simpson Thacher & Bartlett LLP
Strooock & Strooock & Lavan LLP
TRS Advisors LLC
Wachtell, Lipton, Rosen & Katz
Young Conaway Stargatt & Taylor, LLP

**Banks/Lenders:**

Akbank
Banco de la Ciudad de Buenos Aires
Banco de La Nacion
Banco do Brasil
Banco Francis
Banco Macro
Banco Votorantim
Bank of America Merrill Lynch
CBZ Bank Limited
China Construction Bank
Citibank NA
Banco Daycoval
Cortland Capital Market Services LLC
Deutsche Bank AG
Deutsche Bank Trust
Eastern & Southern African Trade & Development Bank
(a/k/a "TDB")
Finacity Corporation
Finacity Receivables LLC
Halkbank AS
Industrial and Commercial Bank of China
Industrial and Commercial Bank of China - Dubai
ING Groep NV
ING Investment

Komercijalna Banka
NBS Bank
NLB Banka
Ohridska Banka AD Ohrid
Sparkasse Bank
Stanbic Bank
Standard Bank Group
Standard Bank Isle of Man
Standard Bank of Malawi
Stopanska Banka
The Bank of New York Mellon
Wells Fargo Bank NA
Wells Fargo NA

**Bondholders – Indentured Trustees:**

AdvisorShares Trust
Argo Group International Holdings
Bank of New York Mellon Corp
BlackRock Inc
CI Investments Inc/Canada
Cigna Health & Life Insurance Co
Cigna Investments Inc
Connecticut General Life Insurance
Credit Agricole Group
Deutsche Bank Securities Inc
Deutsche Bank Trust Company
Doubleline Capital LP
Erie Family Life Insurance Co
FGL Holdings
Flow Investment Services Corp
Franklin Resources Inc
Guggenheim Partners LLC
Invesco Ltd
Kaizen Advisory LLC
Legal & General Group PLC
Legg Mason Inc
Liberty Bankers Life Insurance Co
Life Insurance Co of North America
London Life Insurance Co
Lord Abbett & Co LLC
Lysander Funds Ltd
Lyxor International Asset Manageme
Nordea Bank ABP
Northeast Investors Trust
Osterweis Capital Management Inc
Principal Financial Group Inc
Prudential Financial Inc
Purpose Investments Inc
Schroders PLC
Sentry Investments Corp
Shelton Capital Management

St James's Place PLC
State Street Corp
Teachers Insurance & Annuity Assoc
The Bank of New York Mellon Trust Company, N.A.
Thrivent Financial for Lutherans
TKB BNP Paribas Investment Partner
Vontobel Holding AG
Wells Fargo Securities LLC
Wilmington Trust
WisdomTree Investments Inc
Zuercher Kantonalbank

**Contract Counter-Parties:**

Allan Holdings Inc
Anything PC Cary LLC
Battelle Memorial Institute
British American Tobacco Limited
Cardno ChemRisk
China Brasil Tabacos
China Tobacco Guizhou
China Tobacco Import and Export
China Tobacco International (HK)
China Tobacco International, Inc.
China Tobacco Yunnan
Cornell University
Couldrey & Cureau del Uruguay S.A.
CTIEC Sichuan
Degesch America Inc
DGD Holdings LLC
Eastern Company S.A.E.
Edwin Jewell
Enthalpy Analytical, LLC
FTM Tobacco International
Gadora International CO LTD
Grant J. Boatman
Hamilton Morrisville LLC
HAS Enterprises Inc.
Hawkeye Enterprises Inc
Hold Fast Vapors, Inc.
Imperial Brands, PLC
Imperial Tobacco Group
Ioto USA E-Liquids, LLC
John Middleton Co.
JT International SA
KAP Enterprises Inc.
LA Clinical Trials, LLC
Lancaster Leaf Tobacco Company
My Vape Order International, Inc.
My Vape Order, Inc
Nicotine River, LLC
P.E.I. Inc.
Parque Industrial
Philip Morris International Management SA
Philip Morris USA Inc.

Pizzagalli Properties, LLC
R.J. Reynolds Tobacco Company
RJ Reynolds Tobacco Company
Shenzhen Smoore Technology Limited
Sherman's 1400 Broadway, N.Y.C., LLC
Skytel Systems, LLC
Taylor Built Holdings Inc
TCP NC LLC
Turning Point Brands, Inc.
Venebio Group, LLC
Vision Holdings Inc
Xinjiang Tobacco Import and Export

**Debtors:**

Alliance One International, LLC f/k/a AOI, LLC
Alliance One North America, LLC
Alliance One Specialty Products, LLC
GSP Properties, LLC
Pyxus International Inc. (f/k/a Alliance One International Inc.)

**Current Directors/Officers:**

Alexandre Strohschoen
B. Lynne Finney
C. Richard Green, Jr.
Charles Richard Green Jr.
Christian L. Cypher, III
Crystal H. Ellis
Donna H. Grier
Dustin L. Styons
Graham J. Kayes
Herbert Weatherford
J. Pieter Sikkel
Jeffrey A. Eckmann
Joel L. Thomas
John D. Rice
Joyce L. Fitzpatrick
Laura D. Jones
Mark W. Kehaya
Martin R. Wade, III
Meredith Wright
Michael Shannon
Nathan A. Richardson
Nigel G. Howard
Philip C. Garofolo
S. Kristin Hale
Todd B. Compton
Tracy G. Purvis
William L. O'Quinn, Jr.
Yralda Cruz

**Equity Shareholders in Excess of 5%:**

BlackRock Inc
Dimensional Fund Advisors LP
Donald Smith & Co Inc
Mark W. Kehaya

**Former Officers/Directors:**

Bryan T. Mazur
Carl L. Hausmann
Cliff Purcell
Dale Scheetz
Daniel A. Castle
Rick N. Hardy
Ryan H. Stewart

**Governmental/Regulatory Agencies:**

Alcohol and Tobacco Trade and Tax Bureau
California Department of Labor and Employment
Colorado Department of Agriculture
Colorado Department of Labor and Employment
Delaware Department of State Division of Corporations
Drug Enforcement Administration
Environmental Protection Agency
Federal Trade Commission
Georgia Department of Agriculture
Georgia Department of Labor
Kentucky Department of Labor
Maryland Department of Labor
Massachusetts Executive Office of Labor and Workforce
  Development
Minnesota Dept of Employment and Economic
  Development
North Carolina Department of Environment & Natural
  Resources
North Carolina Division of Employment Security
North Carolina Department of Justice
North Carolina Department of Labor
North Carolina Dept of Agriculture
Occupational Safety and Health Administration
Ohio Department of Job and Family Services
Ohio Bureau of Workers' Compensation
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Labor and Industry
Pennsylvania Department of State
Pension Benefit Guaranty Corporation
Securities & Exchange Commission
South Carolina Department of Employment and
  Workforce
Tennessee Department of Labor & Workforce
  Development
US Customs and Border Protection
US Department of Agriculture
US Department of Justice
US Department of Labor
US Food & Drug Administration
Virginia Department of Agriculture
Virginia Department of Labor & Industry
Virginia Employment Commission

**Insurance and Surety Bonds:**

ACE Property and Casualty Insurance Company
Aetna Life Insurance Company
Aflac
AIG
AIG (National Union Fire)
Allied World Insurance Co.
Ascot Group, Ltd. (ASC)
AWAC
AXIS Insurance Co.
BlueCross and BlueShield of NC
Brit Global Specialty USA
Chaucer Syndicates, Ltd.
Chubb Global Markets as trading name of Chubb
European Group Ltd
Chubb Insurance Vietnam Co Ltd
Delta Dental Plan of NC
Endurance Assurance Co
Endurance Risk Solutions (Endurance Speciality
Holdings, LTD) via W. Brown
Endurance Risk Solutions Assurance Co. (Sompo)
Euler Hermes North America
Federal Insurance Co.
Global Underwriters Inc
Great American Insurance Group
Hartford Specialty Company
HDI Global Insurance Co.
Humana Insurance Co
Indian Harbor Insurance Co.
International Fidelity
International Fidelity Insurance Co.
International Insurance Co. of Hanover SE
International SOS Assistance, Inc
Lloyd's / Uwrs in London
Lloyds
Met Life
Nassau Life Insurance Company
National Union Fire Insurance Co. of Pittsburgh, PA
Nationwide Life Insurance Co.
Navigators Insurance Co
OH State Workers Compensation Bureau
Pardus Underwriting Ltd. (UK)
Pension Benefit Guaranty
QBE Insurance Group, Ltd.
Reliastar Life Insurance Company
Sleepy Hollow Development Co.
Starr Insurance & Reinsurance

State National Insurance Co., Inc. (Canopius)
Superior Vision Insurance Inc
Talbot Underwriting Ltd.
The Hartford Insurance Group
Travelers Ins Co.
Utmost Worldwide Limited
Westchester Fire Insurance Co. (Chubb Group)
Western Surety Company
Willis Limited Financial SolutionsMRCDirect
Willis of New York, Inc
Willis of NY Premium Trust
Willis Towers Watson Northeast, Inc.
Wills Watson Towers
XL Insurance American, Inc.
Zurich American Insurance Co.

**<u>Landlords:</u>**

Aerial Center Realty Corporation
Harrington Companies LLC
MDCentric Technologies
United Tobacco Company

**<u>Litigation Parties:</u>**

California Department of Justice
City of New York
U.S. Food and Drug Administration

**<u>Non-Debtor Affiliates:</u>**

A.C. Monk and Company, Inc.
Adams International Limited
Alliance One (Beijing) Enterprise Management and
    Consulting Services Co. Ltd.
Alliance One Brasil Exportadora de Tabacos Ltda.
Alliance One Industries India Pvt Ltd.
Alliance One International GmbH f/k/a Alliance One
    International AG
Alliance One International Holdings, Ltd.
Alliance One International Services Ltd.
Alliance One International Services, Inc.
Alliance One International Singapore Pte. Ltd.
Alliance One International Tabak B.V.
Alliance One Macedonia AD
Alliance One Myanmar Company Limited
Alliance One Rotag AG
Alliance One Services (Thailand) Ltd.
Alliance One Tabaco Guatemala, S. A.
Alliance One Tobacco (Malawi) Limited
Alliance One Tobacco (Uganda) Limited
Alliance One Tobacco Argentina S.A.
Alliance One Tobacco Bulgaria EOOD
Alliance One Tobacco Canada, Inc.
Alliance One Tobacco d.o.o. (Serbia)

Alliance One Tobacco Kenya Limited
Alliance One Tobacco Tanzania Ltd
Alliance One Tutun Anonim Sirketi
Alliance One Zambia Limited
Anthos Botanical DOOEL
AOI Relief Fund
AOSP Investments, LLC
Association of Tanzania Tobacco Traders
Austin-Carolina Company
British Leaf Tobacco Company of Canada, Inc.
Canada's Island Garden Inc. a/k/a FIGR East
Carolina Leaf Tobacco Co., Inc.
Carrington & Michaux A.G.
Chiengmai Commercial Co., Ltd.
China American Tobacco Company
China Brasil Tabacos Exportadora S.A.
Criticality, LLC
Dibrell Brothers, Incorporated
DIMON Hellas Tobacco S.A.
Dimon International AG
Dimon International, Inc.
DIMON South Africa (PTY) Ltd.
Dimon Tanzania Limited
Eastern Carolina Packaging, LLC
FIGR Canada Holding ULC f/k/a FIGR Canada
    Holding, Inc. f/k/a FIGR Inc. f/k/a FIGR Cannabis
    Inc. f/k/a Canadian Cultivated Products Ltd.
FIGR Norfolk Inc. f/k/a Goldleaf Pharm Inc.
Gadora Tobacco P.S.C.
Global Leaf Services Hong Kong Limited
Global Leaf Trading FZE
Global Specialty Products, LLC
Humble Juice Co. LLC
Humble Specialty Products, LLC f/k/a Humble CBD
Company, LLC
Impala Farming Company
Intabex AG
Intabex Netherlands B.V.
Kaypacha SAU
Kingolwira Tobacco Company Limited
Leaf Trading Company, Ltd.
Li Fu Heng Lian (Beijing) Consulting Co., Limited
Mashonaland Tobacco Company (Private) Limited
Mashonaland Tobacco Holdings (Private) Limited
Mauritius Tobacco Investments Limited
Monk-Austin International, Inc.
Nicotine River, LLC
Oryantal Tütün Paketleme Sanayi ve Ticaret A.Ş.
PT. Alliance One Indonesia
PT. Indonesia Tri Sembilan
PureAG-NC, LLC
Purilum, LLC
Pyxus Agriculture Canada, Ltd.
Pyxus Agriculture Holdings Limited [UK]
Pyxus Agriculture Ltd. [Malawi]

Pyxus Agriculture Tanzania Limited
Pyxus Agriculture USA, LLC
Rio Grande Tabacos Ltda.
Sena Investments (Private) Limited
Siam Tobacco Export Corporation Limited
Sinovest Enterprises Limited
Southerton Holdings Limited
Stancom Tobacco (Private) Limited
Stancom Tobacco (Private) Ltd.
Standard Commercial SA
Standard Commercial Tobacco Company (UK) Limited
Standard Commercial Tobacco Services (U.K.) Limited
Stanfrie (Private) Limited
Tabagri (2003) Limited
Tabmarc Limited
The Austin Tobacco Company, Incorporated
Tobacco Processors Association Limited
Trans-Continental Leaf Tobacco Corporation Limited
   [Liechtenstein]
Trans-Continental Leaf Tobacco Corporation
   Ltd./SA/AG [Switzerland]
Twelfth State Brands, LLC d/b/a Bantam Vape, LLC
W.A. Adams Company
WA Adams International AG
World Leaf Trading Cayman
World Leaf Trading FZE
Worldleaf Trading (WLT) Africa
Zip Fulfillment, LLC

**Ordinary Course Professionals:**

Adams and Reese LLP
Bar & Karrer
Bennet Jones LLP
Bowman Gilfillan Inc
Boyanov and Company
Brooks, Pierce, McLendon, Humphrey & Leonard
Brownstein Hyatt Farber Schreck LLP
C. Papacostopoulos and Associates
Clifford Chance Europe LLP
Clifford Chance LLP
Clifford Chance LLP Beijing Office
Clifford Chance PTE Ltd
Clifford Chance US LLP
Crowell & Moring LLP
Dryllerakis & Associates
Etude Badri et Salim El Meouchi
Farella Braun + Martel LLP
Gibson Dunn & Crutcher LLP
Hope, Duggan & Silva
Hunton Andrews Kurth LLP
Hutchison PLLC
Jenner & Block LLP
Kilpatrick Townsend
Kleinfeld Kaplan & Becker LLP

Lorenz LLC
Millbank LLP
Myers Bigel & Sibley P A
Paris Smith LLP
SGS Consulting Aon Consulting Inc
Soewito Suhardiman Eddymurthy Kardono a/k/a SSEK
Trilegal
Wilhelm & Buchel Rechtsanwalte
Womble Bond Dickinson (US) LLP
Wood, Rogers PLC
Wyrick Robbins Yates & Ponton

**US Trustees:**

Andrew Vara
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Edith A Serrano
Hannah M. Mccollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Shepacarter
Robert Agarwal
Rose Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr

**Pensions and Employment-Related:**

Branch Banking & Trust Company
Debbie's Staffing Services Inc
Delta Dental Plan of NC
McGriff Insurance Services Inc
Mercer (US) Inc
Mercer Human Resource
Oppenheimer & Co Inc
Oppenheimer Asset Manager
Pitt County United Way
Poyner & Spruill LLP
Robert Half International Inc
T Rowe Price Agency Account

The Action Group-HR
United Way of Wilson Co

**Other Lienholders:**

Citibank Europe PLC
De Lage Landen Financial Services, Inc.
DZ Bank AG Deutsche Zentral-Genossenschaftsbank
Finacity Receivables 2006-2, LLC
HYG Financial Services, Inc.
J & M Executive Leasing, LLC
Toyota Motor Credit Corporation
U.S. Bank Equipment Finance

**Taxing Authorities:**

California Department of Tax & Fee Administration
California Franchise Tax Board
City of Danville Division of Customer Accounts
Colorado Department of Revenue
Comptroller of Maryland
Florida Department of Revenue
Forsyth County Tax Collector
Georgia Department of Revenue
Internal Revenue Service
Kentucky Department of Revenue
Kentucky State Treasurer
Lenoir County Tax Collector
Massachusetts Department of Revenue
Minnesota Department of Revenue
New Jersey Department of Treasury - Division of
    Revenue and Enterprise Services
North Carolina Department of Revenue
North Carolina Department of Revenue
North Carolina Department of State Treasurer
Ohio Department of Taxation
Pennsylvania Department of Revenue
Pitt County Tax Collector
South Carolina Dept of Revenue
Town of Farmville Tax Collector
United States Treasury
Utah State Tax Commission
Virginia Department of Taxation
Wake County Revenue Department
Wilson County Tax Collector

**Unions:**

AFL CIO
BCTGM Local #270T

**Utilities:**

AT&T
AT&T Mobility

BT Americas Inc
CenturyLink
City of Danville
City of King
City of Kinston
Comcast
Continuant Inc
Dominion Energy North Carolina
Duke Energy Progress
Duke Power
Eastern Electrical Rocky Mount
Greenlight
Piedmont Natural Gas
Piedmont Natural Gas
Pitt & Greene Electric
Republic Serv of Winston Salem
Spectrum Business
Texican Horizon Energy
Time Warner Cable
Town Of Farmville - Utilities
Town of Robersonville
Truphone Inc
U.S. Cellular
Verizon
Verizon Business
Verizon Communications
Verizon UK Ltd
Verizon Wireless
Wilson Energy
Windstream

**Significant Vendors:**

363 Advisors LLC
A Cerny Inc
ADBAC Limited
AKIJ Tobacco Company
Andromeda
Aott - Morogoro Plant
Aquila Soulutions LLC
Artec IT Solutions LP
Atlantic-Orient Tobacco, Inc.
BASF Corporation
Battelle Memorial Institute
BCW LLC
Beleaf Limited
Cardno Chemrisk LLC
Capgemini America Inc
Castle Brand Group LLC
Central Line (HK) Limited
Central Marketing Inc
Ceridian
Ceridian HCM Inc
Challenger Motor Freight Inc
China TOB Heilongjiang IMP EXP

China Tobacco Guangdong
China Tobacco Henan
China Tobacco Intl Group Limited
Clear Bridge LLC
Connection
Continental Leaf Tobacco (Phil) Inc
Craven AG Services, Inc.
Customs Advisory Services (Ach
CV International Inc
Delta Technology Services
Eastern Instrument Laboratories Inc
ECOMETRICA
Electric Supply & Equipment Company
Eurofins Dr. Specht
Evergrowing Trading FZCO
Fielder Electric Motor Repair Inc
Fishburne Div of Menzel, LP
Fleetway Transport Inc
Focus Search Partners LLC
France Tabac U.S.C.A
Frank's Designs for Peanuts LLC
GDM Enterprises LLC
Golden Leaf Tobacco Co Inc
Griffis Development, Inc.
GTL Transport Company Inc
Hoaviet Joint Stock Company
Independent Leaf Tobacco Company
International Paper
International SOS Assistance, Inc.
IOTO Int'l Industria E Comercio
ITC Limited
Itelligence Inc
ITSAVVY LLC
J Walter Thompson Chicago
John & Company Ltd.
Johnson Industrial Machinery
Jones Day
JV Adams Thai Royalties
K.R.& Co.
Kaman Industrial Technologies
Karpas Kooperatif Tutun Satis STI
Kroll Cyber Security
KT&G Corporation
La Clinical Trials LLC
Lewis Systems & Service Co
Loftware, Inc.
LOGISTICON INC
Long Ha Company Ltd
M/S Bommidala Brothers
Machine Tool Products Inc
Maze Consulting LLC
Microsoft Licensing, GP
Microsoft Services
Milbank Tweed Hadley and McCloy LLP
Minh Tam (Cambodia) Imex Co., Ltd.

Mohammed Enterprises Private
Montrose Environmental Group Inc
Monument Strategies LLC
Moody's Investors Service
Nasir Leaf Tobacco Industries Ltd.
Perkins Warehouse Inc
Philitab N.V.
PHILITAB SERVICES BV
Polychem Corporation
Premium Tobacco International Dmcc
Protiviti
PT. VOTOB PRIMA
QLIKTECH INC
R C Commodities Inc
Representations International Pte Ltd.
Richloam Tobacco Co.
Safetychain Software Inc
Sap America, Inc.
Sefco Finance Inc SAL (OFFSHORE)
Service Roofing & Sheet Metal
Shaanxi Tobacco Import
Shenzhen Tobacco Imp/Exp Co Ltd
Skillsoft Corporation
Software One Inc
Standard and Poor's Wire
Standard Commercial Logistics, LLC
Synchrogenix Information
T Rowe Price Agency Account
T. Akiyama & Co.
Tabacos DE Wilson Inc
The Distillery Group
Tobacco Processing Services
Top Shelf Tobacco LLC
Tri-Steel Fabricators Inc
Triune Electric Inc
Trust Tobacco Industry Import
U. S. Customs Service
Verizon Business
VST Industries Limited
W M Stone Logistics LLC
Whereoware LLC
WW Electric LLC
Zhangzhou Hongyan Import

## Schedule 2

### Potential Parties in Interest with Connections

A.C. Monk and Company, Inc.

ACE Property and Casualty Insurance Company

Adams and Reese LLP

Adams International Limited

Adams International Limited

Aetna Life Insurance Company

AFL CIO

Aflac

AIG

Akbank

Alcohol and Tobacco Trade and Tax Bureau

Allan Holdings Inc

Alliance One (Beijing) Enterprise Management and Consulting Services Co. Ltd.

Alliance One (Beijing) Enterprise Management and Consulting Services Co. Ltd.

Alliance One Brasil Exportadora de Tabacos Ltda.

Alliance One Brasil Exportadora de Tabacos Ltda.

Alliance One Industries India Pvt Ltd.

Alliance One Industries India Pvt Ltd.

Alliance One International GmbH

Alliance One International GmbH

Alliance One International Holdings, Ltd.

Alliance One International Holdings, Ltd.

Alliance One International Services Ltd.

Alliance One International Services Ltd.

Alliance One International Services, Inc.

Alliance One International Singapore Pte. Ltd.

Alliance One International Singapore Pte. Ltd.

Alliance One International Tabak B.V.

Alliance One International Tabak B.V.

Alliance One International, LLC

Alliance One Macedonia AD

Alliance One Macedonia AD

Alliance One Myanmar Company Limited

Alliance One Myanmar Company Limited

Alliance One North America, LLC

Alliance One Rotag AG

Alliance One Rotag AG

Alliance One Services (Thailand) Ltd.

Alliance One Services (Thailand) Ltd.

Alliance One Specialty Products, LLC

Alliance One Tabaco Guatemala, S. A.

Alliance One Tabaco Guatemala, S. A.

Alliance One Tobacco (Malawi) Limited

Alliance One Tobacco (Malawi) Limited

Alliance One Tobacco (Uganda) Limited

Alliance One Tobacco (Uganda) Limited

Alliance One Tobacco Argentina S.A.

Alliance One Tobacco Argentina S.A.

Alliance One Tobacco Bulgaria EOOD

Alliance One Tobacco Bulgaria EOOD

Alliance One Tobacco Canada, Inc.

Alliance One Tobacco Canada, Inc.

Alliance One Tobacco d.o.o. (Serbia)

Alliance One Tobacco d.o.o. (Serbia)

Alliance One Tobacco Kenya Limited

Alliance One Tobacco Kenya Limited

Alliance One Tobacco Tanzania Ltd

Alliance One Tobacco Tanzania Ltd

Alliance One Tutun Anonim Sirketi

Alliance One Tutun Anonim Sirketi

Alliance One Zambia Limited

Alliance One Zambia Limited

Allied World Insurance Co.

Andromeda

Anthos Botanical DOOEL

Anthos Botanical DOOEL

Anything PC Cary LLC

AOI Relief Fund

AOSP Investments, LLC

Aott - Morogoro Plant

Argo Group International Holdings

Ascot Group, Ltd. (ASC)

Association of Tanzania Tobacco Traders

Association of Tanzania Tobacco Traders

AT&T

AT&T Mobility

Austin-Carolina Company

AXIS Insurance Co.

Banco Daycoval

Banco de la Ciudad de Buenos Aires

Banco do Brasil

Banco Macro

Banco Votorantim

Bank of America Merrill Lynch

BASF Corporation

Battelle Memorial Institute

BCW LLC

Bennet Jones LLP

BlackRock Inc

BlueCross and BlueShield of NC

Bowman Gilfillan Inc

Boyanov and Company

Branch Banking & Trust Company

British American Tobacco Limited

British Leaf Tobacco Company of Canada, Inc.

British Leaf Tobacco Company of Canada, Inc.

BT Americas Inc

California Department of Justice

California Department of Labor and Employment

California Department of Tax & Fee Administration

California Franchise Tax Board

Canada's Island Garden Inc. a/k/a FIGR East

Canada's Island Garden Inc. a/k/a FIGR East

Capgemini America Inc

Carolina Leaf Tobacco Co., Inc.

Carrington & Michaux A.G.

Carrington & Michaux A.G.

Castle Brand Group LLC

CenturyLink

Ceridian

Ceridian HCM Inc

Challenger Motor Freight Inc

Chaucer Syndicates, Ltd.

Chiengmai Commercial Co., Ltd.

Chiengmai Commercial Co., Ltd.

China American Tobacco Company

China Brasil Tabacos

China Brasil Tabacos Exportadora S.A.

China Brasil Tabacos Exportadora S.A.

China Construction Bank

China TOB Heilongjiang IMP EXP

China Tobacco Guangdong

China Tobacco Guizhou

China Tobacco Henan

China Tobacco Import and Export

China Tobacco International (HK)

China Tobacco International Group Limited

China Tobacco International, Inc.

China Tobacco Yunnan

Chubb Global Markets

Chubb Insurance Vietnam Co Ltd

Cigna Health & Life Insurance Co

Cigna Investments Inc

Citibank Europe PLC

Citibank NA

City of New York

Clifford Chance Europe LLP

Clifford Chance LLP

Clifford Chance PTE Ltd

Clifford Chance US LLP

Colorado Department of Agriculture

Colorado Department of Labor and Employment

COLORADO DEPARTMENT OF REVENUE

Comcast

Compton, Todd B.

Comptroller of Maryland

Connecticut General Life Insurance

Connection

Continuant Inc

Cornell University

Cortland Capital Market Services LLC

Credit Agricole Group

Criticality, LLC

Crowell & Moring LLP

CV International Inc

De Lage Landen Financial Services, Inc.

Delaware Department of State Division of Corporations

Delta Dental Plan of NC

Delta Technology Services

Deutsche Bank AG

Deutsche Bank Securities Inc

Deutsche Bank Trust Company

DGD Holdings LLC

Dibrell Brothers, Incorporated

Dimensional Fund Advisors LP

DIMON Hellas Tobacco S.A.

DIMON Hellas Tobacco S.A.

Dimon International AG

Dimon International AG

Dimon International, Inc.

DIMON South Africa (PTY) Ltd.

DIMON South Africa (PTY) Ltd.

Dimon Tanzania Limited

Dimon Tanzania Limited

Dominion Energy North Carolina

Donald Smith & Co Inc

Doubleline Capital LP

Drug Enforcement Administration

Duke Energy Progress

Duke Power

DZ Bank AG Deutsche Zentral-Genossenschaftsbank

Eastern & Southern African Trade & Development Bank

Eastern Carolina Packaging, LLC

Eastern Electrical Rocky Mount

Eastern Instrument Laboratories Inc

Eckmann, Jeffrey A.

Endurance Assurance Co

Endurance Risk Solutions (Endurance Speciality Holdings,

Endurance Risk Solutions Assurance Co. (Sompo)

Environmental Protection Agency

Ernst & Young US LLP

Euler Hermes North America

Eurofins Dr. Specht

Farella Braun + Martel LLP

Federal Insurance Co.

Federal Trade Commission

FGL Holdings

FIGR Canada Holding ULC f/k/a FIGR Canada Holding, I
f/k/a FIGR Cannabis Inc. f/k/a Canadian Cultivated Produc

FIGR Canada Holding ULC f/k/a FIGR Canada Holding, I
f/k/a FIGR Cannabis Inc. f/k/a Canadian Cultivated Produc

FIGR Norfolk Inc.

FIGR Norfolk Inc.

Florida Department of Revenue

Focus Search Partners LLC

Franklin Resources Inc
Gadora Tobacco P.S.C.
Gadora Tobacco P.S.C.
Georgia Department of Agriculture
Georgia Department of Labor
Georgia Department of Revenue
Gibson Dunn & Crutcher LLP
Global Leaf Services Hong Kong Limited
Global Leaf Services Hong Kong Limited
Global Leaf Trading FZE
Global Leaf Trading FZE
Global Specialty Products, LLC
Great American Insurance Group
Green, Jr., C. Richard
Green, Jr., Charles Richard
Greenlight
GSP Properties, LLC
Guggenheim Partners LLC
Halkbank AS
Hartford Specialty Company
HDI Global Insurance Co.
Humana Insurance Co
Humble Juice Co. LLC
Humble Specialty Products, LLC
Hunton Andrews Kurth LLP
HYG Financial Services, Inc.
Impala Farming Company
Imperial Brands, PLC
Imperial Tobacco Group
Indian Harbor Insurance Co.
Industrial and Commercial Bank of China
ING Groep NV
ING Investment
Intabex AG
Intabex AG
Intabex Netherlands B.V.

Intabex Netherlands B.V.
Internal Revenue Service
International Insurance Co. of Hanover SE
International Paper
Invesco Ltd
IOTO Int'l Industria E Comercio
Ioto USA E-Liquids, LLC
ITC Limited
Itelligence Inc
ITSAVVY LLC
J Walter Thompson Chicago
Jenner & Block LLP
Jones Day
JT International SA
Kaman Industrial Technologies
Karpas Kooperatif Tutun Satis STI
Kaypacha SAU
Kaypacha SAU
Kentucky Department of Labor
Kentucky Department of Revenue
Kentucky State Treasurer
Kingolwira Tobacco Company Limited
Kingolwira Tobacco Company Limited
KT&G Corporation
Lazard Ltd
Leaf Trading Company, Ltd.
Leaf Trading Company, Ltd.
Legal & General Group PLC
Legg Mason Inc
Li Fu Heng Lian (Beijing) Consulting Co., Limited
Li Fu Heng Lian (Beijing) Consulting Co., Limited
Life Insurance Co of North America
Lloyd's / Underwriters in London
Lloyds
Loftware, Inc.
London Life Insurance Co

Lord Abbett & Co LLC

Lorenz LLC

Lysander Funds Ltd

Lyxor International Asset Manageme

Maryland Department of Labor

Mashonaland Tobacco Company (Private) Limited

Mashonaland Tobacco Company (Private) Limited

Mashonaland Tobacco Holdings (Private) Limited

Mashonaland Tobacco Holdings (Private) Limited

Massachusetts Department of Revenue

Massachusetts Executive Office of Labor and Workforce Development

Mauritius Tobacco Investments Limited

Mauritius Tobacco Investments Limited

Mercer (US) Inc

Mercer Human Resource

Met Life

Microsoft Licensing, GP

Microsoft Services

Milbank Tweed Hadley and McCloy LLP

Millbank LLP

Minnesota Department of Revenue

Minnesota Dept of Employment and Economic Development

Monk-Austin International, Inc.

Montrose Environmental Group Inc

Moody's Investors Service

Nassau Life Insurance Company

National Union Fire Insurance Co. of Pittsburgh, PA

Nationwide Life Insurance Co.

Navigators Insurance Co

NBS Bank

New Jersey Department of Treasury - Division of Revenue and Enterprise Services

Nicotine River, LLC

NLB Banka

Nordea Bank ABP

North Carolina Department of Environment & Natural Resources

North Carolina Department of Justice

North Carolina Department of Labor

North Carolina Department of Revenue

North Carolina Department of State Treasurer

North Carolina Dept of Agriculture

North Carolina Division of Employment Security

Northeast Investors Trust

Occupational Safety and Health Administration

OH State Workers Compensation Bureau

Ohio Bureau of Workers' Compensation

Ohio Department of Job and Family Services

Ohio Department of Natural Resources

Ohio Department of Taxation

Ohio Environmental Protection Agency

Oppenheimer & Co Inc

Oppenheimer Asset Manager

Oryantal Tutun Paketleme Sanayi ve Ticaret A.S.

Oryantal Tütün Paketleme Sanayi ve Ticaret A.S.

Parque Industrial

Pennsylvania Department of Labor and Industry

Pennsylvania Department of Revenue

Pennsylvania Department of State

Pension Benefit Guaranty Corporation

Perella Weinberg Partners

Philip Morris International Management SA

Philip Morris USA Inc.

Piedmont Natural Gas

Polychem Corporation

Poyner & Spruill LLP

Premium Tobacco International Dmcc

Prime Chef Enterprise

Principal Financial Group Inc

Protiviti

Prudential Financial Inc

PT. Alliance One Indonesia

PT. Alliance One Indonesia

PT. Indonesia Tri Sembilan

PT. Indonesia Tri Sembilan

PureAG-NC, LLC

Purilum, LLC

Pyxus Agriculture Canada, Ltd.

Pyxus Agriculture Canada, Ltd.

Pyxus Agriculture Holdings Limited [UK]

Pyxus Agriculture Holdings Limited [UK]

Pyxus Agriculture Ltd. [Malawi]

Pyxus Agriculture Ltd. [Malawi]

Pyxus Agriculture Tanzania Limited

Pyxus Agriculture Tanzania Limited

Pyxus Agriculture USA, LLC

Pyxus International Inc.

Pyxus International Inc.

QBE Insurance Group, Ltd.

QLIKTECH INC

R J Reynolds Tobacco Company

Reliastar Life Insurance Company

Republic Serv of Winston Salem

Rio Grande Tabacos Ltda.

Rio Grande Tabacos Ltda.

Robert Half International Inc

Sap America, Inc.

Schroders PLC

Securities & Exchange Commission

Sena Investments (Private) Limited

Sena Investments (Private) Limited

Sentry Investments Corp

Shannon, Michael

Shenzhen Smoore Technology Limited

Siam Tobacco Export Corporation Limited

Siam Tobacco Export Corporation Limited

Simpson Thacher & Bartlett LLP

Sinovest Enterprises Limited

Sinovest Enterprises Limited

Skillsoft Corporation

Skytel Systems, LLC

Software One Inc

South Carolina Department of Employment and Workforce

South Carolina Dept of Revenue

Southerton Holdings Limited

Southerton Holdings Limited

Sparkasse Bank

Spectrum Business

St James's Place PLC

Stanbic Bank

Stancom Tobacco (Private) Limited

Stancom Tobacco (Private) Limited

Stancom Tobacco (Private) Ltd.

Stancom Tobacco (Private) Ltd.

Standard and Poor's Wire

Standard Bank Group

Standard Bank Isle of Man

Standard Bank of Malawi

Standard Commercial SA

Standard Commercial SA

Standard Commercial Tobacco Company (UK) Limited

Standard Commercial Tobacco Company (UK) Limited

Standard Commercial Tobacco Services (U.K.) Limited

Standard Commercial Tobacco Services (U.K.) Limited

Stanfrie (Private) Limited

Stanfrie (Private) Limited

Starr Insurance & Reinsurance

State National Insurance Co., Inc. (Canopius)

State Street Corp

Stopanska Banka

Stroock & Stroock & Lavan LLP

Superior Vision Insurance Inc

T Rowe Price Agency Account

Tabagri (2003) Limited

Tabagri (2003) Limited

Tabmarc Limited

Tabmarc Limited

Talbot Underwriting Ltd.

Teachers Insurance & Annuity Assoc

Tennessee Department of Labor & Workforce Development

The Austin Tobacco Company, Incorporated

The Bank of New York Mellon

The Bank of New York Mellon Trust Company, N.A.

The Hartford Insurance Group

Thrivent Financial for Lutherans

Time Warner Cable

TKB BNP Paribas Investment Partner

Tobacco Processors Association Limited

Tobacco Processors Association Limited

Toyota Motor Credit Corporation

Trans-Continental Leaf Tobacco Corporation Limited

Trans-Continental Leaf Tobacco Corporation Limited

Trans-Continental Leaf Tobacco Corporation Ltd./SAVAC [Switzerland]

Trans-Continental Leaf Tobacco Corporation Ltd./SAVAC [Switzerland]

Travelers Ins Co.

Truphone Inc

Twelfth State Brands, LLC

U. S. Customs Service

U.S. Bank Equipment Finance

U.S. Cellular

UNITED STATES TREASURY

United Way of Wilson Co

US Customs and Border Protection

US Department of Agriculture

US DEPARTMENT OF JUSTICE

US Department of Labor

US Food & Drug Administration

Utah State Tax Commission

Utmost Worldwide Limited

Verizon

Verizon Business

Verizon Communications

Verizon UK Ltd

VERIZON WIRELESS

Virginia Department of Agriculture

Virginia Department of Labor & Industry

Virginia Department of Taxation

Virginia Employment Commission

Vision Holdings Inc

Vontobel Holding AG

W.A. Adams Company

WA Adams International AG

WA Adams International AG

Wachtell, Lipton, Rosen & Katz

Wake County Revenue Department

WELLS FARGO BANK NA

Wells Fargo Securities LLC

Westchester Fire Insurance Co. (Chubb Group)

WAVAC [Switzerland] Company

WAVAC [Switzerland]

Willis Limited Financial SolutionsMRCDirect

Willis of New York, Inc

Willis of NY Premium Trust

Willis Towers Watson Northeast, Inc.

Wills Watson Towers

Wilmington Trust

Windstream

WisdomTree Investments Inc

Womble Bond Dickinson (US) LLP

World Leaf Trading Cayman

World Leaf Trading Cayman

World Leaf Trading FZE

World Leaf Trading FZE

Worldleaf Trading (WLT) Africa

Worldleaf Trading (WLT) Africa

XL Insurance American, Inc.

Young Conaway Stargatt & Taylor, LLP

Zip Fulfillment, LLC
Zurich American Insurance Co.

26720506.6