## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § <br> PYXUS INTERNATIONAL, INC., *et al.*, § <br> Debtors. § <br> § <br> § <br> § <br> § | Chapter 11 <br><br> Case No.  20-11570 (LSS) <br><br> (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF WILLIAM T. RUSSELL, JR.

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of William T. Russell, Jr. of Simpson Thacher & Bartlett LLP to represent the above-captioned debtors and debtors in possession in these cases.

Dated:  July 7, 2020

*/s/ Kara Hammond Coyle*
Kara Hammond Coyle (No. 4410)
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Email: kcoyle@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  July 7, 2020

*/s/ William T. Russell, Jr.*
William T. Russell, Jr.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-2000
Email: wrussell@stblaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

26738241.1