**EXHIBIT C**

# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number                                                                                    E-mail Address
+1-212-455-3752                                                                          michael.torkin@stblaw.com

BY E-MAIL                                        June 29, 2020

Re:    *In re: Pyxus International, Inc., et al.,* Case. No. 20-11570 (LSS)

Ms. Hongchao Sun

Dear Ms. Sun:

Simpson Thacher & Bartlett LLP is proposed counsel for Pyxus International, Inc. ("Pyxus") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-referenced chapter 11 cases (the "Chapter 11 Cases").[1]

We have reviewed your *Shareholders' Petition* filed in the Chapter 11 Cases [Dkt. 108] (the "Shareholder Petition") seeking, among other things, to dismiss the Chapter 11 Cases and such other relief and information as set forth therein. In connection with the Shareholder Petition, we have reached out to the U.S. Trustee and the Court to seek to schedule a telephonic status conference with the Court to discuss the appropriate procedure for moving forward with this matter and, if necessary, set a schedule for any further proceedings. The Court has proposed **July 1, 2020 at 2:30 pm (ET)** for the status conference. Please confirm that this time works or provide alternative times that you would be available on July 1.

The Court has also informed us that any other shareholders who wish to participate in the status conference may do so by calling CourtCall, and the usual fee for their telephonic appearance will be waived. Instructions for dialing in will be provided prior to the status conference.

In addition, the Shareholder Petition purports to have been filed on behalf of a group of 113 shareholders holding 750,563 shares of Pyxus common stock. *See* Shareholder Petition p. 5. We request that you promptly provide to us or file on the docket a verified statement setting forth certain information required by Rule 2019 of the Federal Rules of Bankruptcy

---

[1] Capitalized terms not otherwise defined herein shall have the meaning attributed to such terms in the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and its Affiliated Debtors* [Docket No. 22] (the "Disclosure Statement"). A copy of the Disclosure Statement is attached hereto for your reference.

BEIJING    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.

Simpson Thacher & Bartlett LLP

June 29, 2020

Procedure, including (i) the name and address of each group member, (ii) the nature and amount of each Disclosable Economic Interest[2] in the Debtors (this includes Pyxus common stock) held by each group member, and (iii) for each group member, the date of acquisition by quarter and year of each Disclosable Economic Interest, unless acquired more than one year before the Petition Date.

We look forward to hearing from you as soon as possible, so that we can confirm your availability with the Court.   In the meantime, we reserve all rights, including without limitation, the right to object to the Shareholder Petition in its entirety.

Regards,

/s/ *Michael H. Torkin*

Michael H. Torkin

Enclosure

---

[2] Under Bankruptcy Rule 2019, "Disclosable Economic Interest" means "any claim, interest, pledge, lien, option, participation, derivative instrument, or any other right or derivative right granting the holder an economic interest that is affected by the value, acquisition, or disposition of a claim or interest."