**EXHIBIT D**

# Second Lien Notes Last Twelve Months Trading History



*Source: Bloomberg as of July 1, 2020.*