## **EXHIBIT A**

## Exhibit D

## Financial Projections

In connection with the Disclosure Statement, the Debtors' management team ("Management") prepared the following financial projections for fiscal years 2021 through 2025 (the "Financial Projections"). The Financial Projections were prepared by Management and are based on several assumptions with respect to the future performance of the Reorganized Debtors' operations. The Financial Projections were prepared to establish the feasibility of the Plan[1] and therefore take into account the estimated effects of the deleveraging of the Debtors as set forth in the Plan.

The Debtors' advisor RPA Advisors, LLC ("RPA") has assisted in preparing the Financial Projections and has relied upon the accuracy and completeness of financial and other information furnished by Management and did not attempt to independently audit or verify such information. All estimates and assumptions shown within the Financial Projections were developed by Management and RPA. The Financial Projections have not been audited or reviewed by independent accountants. The assumptions disclosed herein are those that Management believes to be significant to the Financial Projections. Although Management is of the opinion that these assumptions are reasonable under the circumstances, such assumptions are subject to significant uncertainties, including but not limited to, macroeconomic and political environment; applicable laws and regulations; changes in customer demand and collection rates; successful implementation of growth plans and capital expenditures; business combinations among the Debtor's competitors, suppliers or customers; severe or unfavorable weather affecting tobacco growers; availability and cost of tobacco materials, interest rates and inflation, foreign currency exchange rates and other economic factors affecting the Reorganized Debtors' businesses. Despite efforts to foresee and plan for the effects of changes in these circumstances, the impact cannot be predicted with certainty. Consequently, actual financial results could vary significantly from projected results.

THESE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH PUBLISHED GUIDELINES OF THE SEC OR GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS FOR PREPARATION AND PRESENTATION OF PROSPECTIVE FINANCIAL INFORMATION.

ALTHOUGH MANAGEMENT HAS PREPARED THE FINANCIAL PROJECTIONS IN GOOD FAITH AND BELIEVES THE ASSUMPTIONS TO BE REASONABLE, IT IS IMPORTANT TO NOTE THAT NEITHER THE DEBTORS NOR THE REORGANIZED DEBTORS CAN PROVIDE ANY ASSURANCE THAT SUCH ASSUMPTIONS WILL BE REALIZED. AS DESCRIBED IN DETAIL IN THE DISCLOSURE STATEMENT, A VARIETY OF RISK FACTORS COULD AFFECT THE REORGANIZED DEBTORS' FINANCIAL

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Disclosure Statement, to which these Financial Projections are attached as Exhibit D or the Plan attached to the Disclosure Statement as Exhibit A.

RESULTS AND MUST BE CONSIDERED. ACCORDINGLY, THE FINANCIAL PROJECTIONS SHOULD BE REVIEWED IN CONJUNCTION WITH A REVIEW OF THE DISCLOSURE STATEMENT AND THE ASSUMPTIONS DESCRIBED HEREIN, INCLUDING ALL RELEVANT QUALIFICATIONS AND FOOTNOTES.

The Financial Projections contain certain forward-looking statements, all of which are based on various estimates and assumptions. Such forward looking statements are subject to inherent uncertainties and to a wide variety of significant business, economic, and competitive risks, including those summarized herein. When used in the Financial Projections, the words, "anticipate," "believe," "estimate," "will," "may," "intend," "expect," and similar expressions should be generally identified as forward-looking statements. Although the Debtors believe that their plans, intentions, and expectations reflected in the forward-looking statements are reasonable, they cannot be sure that they will be achieved. These statements are only predictions and are not guarantees of future performance or results. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those contemplated by a forward-looking statement. All forward-looking statements attributable to the Debtors or Persons or Entities acting on their behalf are expressly qualified in their entirety by the cautionary statements set forth herein. Forward-looking statements speak only as of the date on which they are made. Except as required by law, the Debtors expressly disclaim any obligation to update any forward-looking statement, whether because of new information, future events, or otherwise.

The Financial Projections should be read in conjunction with the assumptions, qualifications, and explanations set forth in the Disclosure Statement and the Plan in their entirety as well as the notes and assumptions set forth below.

The Financial Projections are subject to inherent risks and uncertainties, most of which are difficult to predict and many of which are beyond Management's control. Although Management believes these assumptions are reasonable under the circumstances, such assumptions are subject to significant uncertainties, including, but not limited to, (a) macroeconomic and political environment; (b) applicable laws and regulations; (c) changes in customer demand and collection rates; (d) successful implementation of growth plans and capital expenditures; (e) business combinations among the Debtors' competitors, suppliers or customers; (f) severe or unfavorable weather affecting tobacco growers; (g) availability and cost of tobacco materials; (h) interest rates and inflation; and (i) foreign currency exchange rates and other economic factors affecting the Reorganized Debtors' businesses. Additional information regarding these uncertainties are described in Section VIII of the Disclosure Statement. Should one or more of the risks or uncertainties referenced in the Disclosure Statement occur, or should underlying assumptions prove incorrect, actual results and plans could differ materially from those expressed in the Financial Projections. Further, new factors could cause actual results to differ materially from those described in the Financial Projections, and it is not possible to predict all such factors, or to the extent to which any such factor or combination of factors may cause actual results to differ from those contained in the Financial Projections. The Financial Projections herein are not, and must not be viewed as, a representation of fact, prediction or guaranty of the reorganized Debtors' future performance.

THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH OR DISCLOSE THEIR FINANCIAL PROJECTIONS. ACCORDINGLY, THE DEBTORS DO NOT INTEND, AND DISCLAIM ANY OBLIGATION TO, (A) FURNISH UPDATED FINANCIAL

PROJECTIONS TO HOLDERS OF CLAIMS OR INTERESTS AT ANY TIME IN THE FUTURE, (B) INCLUDE UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION, OR (C) OTHERWISE MAKE UPDATED INFORMATION OR FINANCIAL PROJECTIONS PUBLICLY AVAILABLE. THE SUMMARY FINANCIAL PROJECTIONS AND RELATED INFORMATION PROVIDED IN THE DISCLOSURE STATEMENT AND THE EXHIBITS THERETO HAVE BEEN PREPARED EXCLUSIVELY BY MANAGEMENT. THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS AND RELATED INFORMATION OR AS TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE FINANCIAL PROJECTIONS AND RELATED INFORMATION, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.

1) **General Assumptions**

   A. **Overview**

   The Debtors and their consolidated subsidiaries produce, independently verified, and traceable agricultural products, ingredients and services to businesses and customers. The Debtors' principal business is as a tobacco leaf merchant, purchasing, processing, packing, storing and shipping tobacco to cigarette and other consumer tobacco products manufacturers worldwide. While the leaf tobacco business currently forms the core of the Debtors' operations, the Debtors also have been undergoing a transformation to diversify their business lines and leverage their core strengths in agronomy and traceability to develop a suite of "next generation" products. The Debtors have invested a substantial amount of resources into building a portfolio of brands featuring e-liquids, hemp and cannabidiol ("CBD") products predominantly in the US and legal cannabis in Canada. These next generation products have contributed a small percentage of the Company's historical revenue but are expected to grow considerably over the next few years.

   B. **Accounting Policies**

   The Financial Projections have been prepared using accounting policies that are materially consistent with those applied in the Company's historical financial statements. The Financial Projections do not reflect the formal implementation of reorganization accounting pursuant to FASB Accounting Standards Codification Topic 852, *Reorganizations* ("ASC 852"). Overall, the

implementation of ASC 852 is not anticipated to have a material impact on the underlying economics of the Plan.

### C. Methodology

In developing the Financial Projections, Management collects and analyzes data provided by their regional operations including, but not limited to, inputs regarding growing season, expected crop yields, customer activity and purchasing plans/indications for the upcoming year. Management further refines the forecast to include their strategic plans and expectations based on historical buying trends and customer discussions to develop a comprehensive operating plan and forecast.

### D. Plan Consummation

The Financial Projections assume that the Plan will be consummated on or around July 31, 2020.

## 2) Assumptions with Respect to Summary Financials FY2020

### A. Overview

The FY2020 data is based upon Company estimates and is subject to change based upon the Company's financial closing procedures and the completion of the Company's financial statements and has not been reviewed by the independent registered accounting firm of the Company. The Company's actual results may be materially different from these estimates. These estimates should not be viewed as a substitute for full audited consolidated financial statements prepared in accordance with GAAP. There can be no assurance that the Company's final results for FY2020 will not differ from these estimates. The FY2020 data should be reviewed in conjunction with a review of the Disclosure Statement and the assumptions described herein, including all relevant qualifications and footnotes. You should not place undue reliance on these estimates. The Company operates on a March 31 fiscal year end.

## 3) Assumptions with Respect to the Summary Financial Projections FY2021 – FY2025

### A. Overview

The projected results of operations and cash flows over the projected period are based on the assumed emergence date on or around July 31, 2020. As part of their ongoing cost reduction initiatives, Management has reviewed the overall expenditures of the Company and has implemented changes related to travel, capital projects, SG&A and other categories. The projections presented below include the planned implementation of these initiatives.

### B. Working Capital

Working capital assumptions are based on changes in accounts receivable, accounts payable, inventory, advances to tobacco suppliers, notes payable to banks and other current assets and liabilities. Projected balances are based on the historical cash conversion cycle of the Company's specific business units. Prospective working capital assumptions were supplemented

by Management as deemed appropriate and reflect the reorganized Company's estimated post-emergence capital structure

### C. Capital Structure

The reorganized Company's estimated post-emergence capital structure is assumed to be effective beginning on or around July 31, 2020. The Financial Projections assume the following key assumptions at emergence:

- An ABL Facility similar to the Debtors' pre-petition ABL. The ABL Facility is assumed to have approximately $25 million drawn as of the effective date.

- $213.4 million secured Exit Term Facility with a 4.5-year maturity. The Exit Term Facility has no call protection. The Exit Term Facility accrues cash interest at an annual rate of LIBOR (subject to a floor of 1.5%) plus 800 basis points. After the first year, in addition to the cash interest, the Exit Term Facility shall also bear interest at a rate per annum equal to 1.0% payable in kind in the form of additional Exit Term Loans. The rate per annum of such PIK Interest shall increase by 1.0% annually.

- $280.8 million of Exit Secured Notes with a 4-year maturity and cash interest at an annual rate of 10.0%. The Exit Secured Notes will be subject to "make-whole" call protection for the first two years, after which they may be redeemed at 105.0% of the aggregate principal amount until three years after the Effective Date. After such date but prior to 3.5 years after the Effective Date, the Exit Secured Notes may be redeemed at 102.5% of the aggregate principal amount. On or after the 3.5-year anniversary of the Effective Date the Exit Secured Notes are no longer call-protected.

### D. Basis of Presentation (Non-GAAP)

Non-GAAP Adjusted EBITDA may exclude certain items including reserves on customer receivables, non-cash compensation, amortization of a former Brazilian subsidiary that is now a JV, recovery of Brazilian tax credits, expenses related to One Tomorrow transformation, entity restructuring and impairment charges and discontinued Kenya leaf operations.

### E. Sales

The Financial Projections are based on Management's view of the Reorganized Debtors' product strategies and overall economic outlook. Sales are expected to be approximately $1,799 million in FY2021 increasing to $1,909 million in FY2022, $2,038 million in FY2023, $2,163 million in FY2024 and $2,262 million in FY2025.

### F. Cost of Goods Sold

Cost of Goods Sold includes the purchase of tobacco and other raw materials, processing expense, transportation and storage cost and other operating expenses. These costs are based on historical trends and expectations of management, with adjustments for ongoing cost reduction efforts implemented in FY2021.

### G. Selling, General and Administrative Expenses

Selling, General and Administrative Costs ("SG&A") are primarily comprised of costs, and other expenses associated with overhead. Projected SG&A is based primarily on historical SG&A costs, with adjustments for ongoing cost reduction efforts implemented in FY2021.

### H. Other Income, Net

Other Income, Net includes interest income, gain from equity ownership in unconsolidated subsidiaries and minority interest.

### I. Depreciation and Amortization

Depreciation and amortization reflects the anticipated book expenses based on the carrying asset values.

### J. Adjustments

Adjustments include reserves on customer receivables, non-cash compensation, amortization of a former Brazilian subsidiary that is now a JV, recovery of Brazilian tax credits, expenses related to One Tomorrow transformation, entity restructuring and impairment charges and discontinued Kenya leaf operations.

### K. Capital Expenditures

Forecasted capital expenditures ("CapEx") Projection for capex includes, but is not limited to, capital investments, expansion of business lines, routine replacement of equipment as well as investments in other assets that will add value. Forecasts include the impact of an ongoing cost reduction effort implemented in FY2021.

**Summary Financials FY2020**

The FY2020 data is based upon Company estimates and is subject to change based upon the Company's financial closing procedures and the completion of the Company's financial statements and has not been reviewed by the independent registered accounting firm of the Company. The Company's actual results may be materially different from these estimates. These estimates should not be viewed as a substitute for full audited consolidated financial statements prepared in accordance with GAAP. There can be no assurance that the Company's final results for FY2020 will not differ from these estimates. The FY2020 data should be reviewed in conjunction with a review of the Disclosure Statement and the assumptions described herein, including all relevant qualifications and footnotes. You should not place undue reliance on these estimates.

**Unaudited Financial Statements**

| Income Statement ($, millions) | Year End March 31, 2020 |
|---|---:|
| Full Service Sales | 343 |
| Third-Party Processing Sales | 181 |
| Sales Volume Sold (kilos, millions) | 524 |
| | |
| Sales | 1,527 |
| COGS | (1,303) |
| Gross Margin | 225 |
| SG&A | (193) |
| Other Inc | 2 |
| Restr and Asset Imp | (5) |
| Goodwill Impairment | (34) |
| Operating Income | (5) |
| Interest Expense | (137) |
| Interest Income | 4 |
| Pre-Tax Income | (138) |
| Tax Expense | (132) |
| Equity Pickup | 6 |
| Minority Int | 6 |
| Net Income | (259) |
| Deprecation & Amortization | 36 |
| Interest Expense | 137 |
| Tax Expense | 132 |
| EBITDA | 46 |
| Adjustments[1] | 69 |
| Adjusted EBITDA | 115 |
| Capex | (59) |
| Adjusted EBITDA Less Capex | 56 |

| Balance Sheet ($, millions) | As of March 31, 2020 |
|---|---:|
| Cash | 170 |
| Accounts Receivable | 250 |
| Inventory | 731 |
| Other Current | 87 |
| Current Assets | 1,239 |
| PP&E, Net | 338 |
| Other Non Current | 194 |
| Total Assets | 1,771 |
| | |
| Notes Payable | 540 |
| Accounts Payable and Accrued | 171 |
| Other Current | 80 |
| Current Liabilities | 792 |
| Long Term Debt | 904 |
| Other Non Current | 147 |
| Non Current Liabilities | 1,051 |
| Equity | (72) |
| Total Liabilities & Equity | 1,771 |

[1] Adjustments include reserves on customer receivables, non-cash compensation, other income, restructuring and impairment expenses, amortization of a former Brazilian subsidiary that is now a JV, recovery of Brazilian tax credits, expenses related to One Tomorrow transformation, entity restructuring and discontinued Kenya leaf operations.

**Summary Financial Projections FY2021 – FY2025**

    EBIT, Adjusted EBITDA and Adjusted EBITDA Less Capex are non-GAAP financial measures.  The Company has not provided a reconciliation of projected EBIT, Adjusted EBITDA and Adjusted EBITDA Less Capex to projected net income (loss) because full-year net income will include special items that have not yet occurred and are difficult to predict with reasonable certainty. Due to this uncertainty, the Company cannot reconcile projected EBIT, Adjusted EBITDA and Adjusted EBITDA Less Capex to U.S. GAAP net income (loss) without unreasonable effort.

Working capital assumptions are based on changes in accounts receivable, accounts payable, inventory, advances to tobacco suppliers, notes payable to banks and other current assets and liabilities. Projected balances are based on the historical cash conversion cycle of the Company's specific business units. Prospective working capital assumptions were supplemented by Management as deemed appropriate and reflect the reorganized Company's estimated post-emergence capital structure

| | *Year End March 31,* | | | | |
|---|---|---|---|---|---|
| | **2021** | **2022** | **2023** | **2024** | **2025** |
| *Income Statement ($, millions)* | | | | | |
| Full Service Sales | 400 | 381 | 388 | 393 | 395 |
| Third-Party Processing Sales | 193 | 230 | 234 | 239 | 244 |
| Sales Volume Sold (kilos, millions) | 593 | 611 | 622 | 632 | 640 |
| Sales | 1,799 | 1,909 | 2,038 | 2,163 | 2,262 |
| COGS | (1,532) | (1,614) | (1,694) | (1,771) | (1,840) |
| Gross Margin | 268 | 295 | 345 | 392 | 422 |
| SG&A | (200) | (212) | (224) | (237) | (248) |
| Other Income, Net[1] | 16 | 12 | 14 | 16 | 17 |
| EBIT | 84 | 95 | 135 | 172 | 191 |
| Depreciation & Amortization | 37 | 38 | 38 | 39 | 39 |
| Adjustments[2] | 8 | 3 | 3 | 3 | 2 |
| Adjusted EBITDA | 128 | 137 | 176 | 214 | 232 |
| Capex | (48) | (32) | (25) | (26) | (27) |
| Adjusted EBITDA Less Capex | 80 | 105 | 151 | 188 | 205 |

[1] Other Income, Net includes interest income, equity pickup and minority interest.

[2] Adjustments include reserves on customer receivables, non-cash compensation, amortization of a former Brazilian subsidiary that is now a JV, recovery of Brazilian tax credits, expenses related to One Tomorrow transformation, entity restructuring and discontinued Kenya leaf operations.

|  | As of March 31, 2021 |
|---|---:|
| **Balance Sheet ($, millions)** | |
| Cash | 366 |
| Accounts Receivable | 265 |
| Inventory | 517 |
| Other Current | 63 |
| **Current Assets** | **1,211** |
| PP&E, Net | 356 |
| Other Non Current | 194 |
| **Total Assets** | **1,761** |
| | |
| Notes Payable | 451 |
| Accounts Payable and Accrued | 167 |
| Other Current | 34 |
| **Current Liabilities** | **652** |
| Long Term Debt | 494 |
| Other Non Current | 152 |
| **Non Current Liabilities** | **646** |
| Equity | 463 |
| **Total Liabilities & Equity** | **1,761** |