# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § § § | Case No. 20-11570 (LSS) |
| Debtors. | § § § § | (Jointly Administered) |
| | | Ref. Docket Nos. 7 & 89 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 7

On June 15, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock* [Docket No. 7] (the "**Motion**").

On June 17, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 89] (the "**Interim Order**") granting the relief requested in the Motion on an interim basis. Pursuant to the Interim Order, objections to the entry of an order approving the Motion on a final basis (the "**Proposed Final Order**") were to be filed and served by 4:00 p.m. (ET) on July 10, 2020.

The undersigned certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the Motion. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

26760973.2

Accordingly, the Debtors respectfully request that the Proposed Final Order, attached hereto as **Exhibit A**,[2] be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 13, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Tara C. Pakrouh*<br>Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Tara C. Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:         pmorgan@ycst.com<br>                    kcoyle@ycst.com<br>                    ajacobs@ycst.com<br>                    tpakrouh@ycst.com<br><br>- and -<br><br>**SIMPSON THACHER & BARTLETT LLP**<br><br>Sandeep Qusba (admitted *pro hac vice*)<br>Michael H. Torkin (admitted *pro hac vice*)<br>Kathrine A. McLendon (admitted *pro hac vice*)<br>Nicholas E. Baker (admitted *pro hac vice*)<br>Daniel L. Biller (admitted *pro hac vice*)<br>Jamie J. Fell (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone:   (212) 455-2000<br>Facsimile:    (212) 455-2502<br>Email:         squsba@stblaw.com<br>                    michael.torkin@stblaw.com<br>                    kmclendon@stblaw.com<br>                    nbaker@stblaw.com<br>                    daniel.biller@stblaw.com<br>                    jamie.fell@stblaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

---

[2] To finalize the Proposed Final Order, the Debtors have made certain non-substantive changes to the form attached to the Motion.

2

26760973.2

# **EXHIBIT A**

**Proposed Final Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Ref: Docket Nos. 7 & 89** |
| | § | |

**FINAL ORDER APPROVING NOTIFICATION AND HEARING
PROCEDURES FOR CERTAIN TRANSFERS OF AND DECLARATIONS
OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK**

Upon consideration of the motion (the "***Motion***")[2] of Pyxus International, Inc. and the above-captioned affiliated debtors and debtors in possession (collectively, the "***Debtors***") for entry of a final order (this "***Final Order***"), (i) approving the Procedures related to transfers of Common Stock or any Beneficial Ownership therein and (ii) directing that any purchase, sale, other transfer of, or declaration of worthlessness with respect to, Common Stock or any Beneficial Ownership therein in violation of the Procedures shall be null and void *ab initio*; all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

26753620.2

of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "*Hearing*"); and upon the First Day Declaration and the record of the Hearing and all the proceedings before the Court; and the Court having found and determined such relief to be in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion and at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED on a final basis as set forth herein.

2. The Procedures, as set forth in **Exhibit 1** attached to the Interim Order [Docket No. 89], are approved on a final basis.

3. Any transfer of, or declaration of worthlessness with respect to, Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, including but not limited to the notice requirements, shall be null and void *ab initio*.

4. The Debtors may waive, in writing, any and all restrictions, stays, and notification procedures set forth in the Procedures.

5. To the extent that this Final Order is inconsistent with any prior order or pleading with respect to the Motion in these Chapter 11 Cases, the terms of this Final Order shall govern.

6. The requirements set forth in this Final Order are in addition to the requirements of all applicable law and do not excuse compliance therewith.

26753620.2

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order are immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.