**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No.  20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 17, 2020 AT 11:00 A.M. (ET)**

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 **no later than July 17 at 8:30 a.m. to sign up.**  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE**
**MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

Topic: Pyxus International, Inc. 20-111570
Time: July 17, 2020 11:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1619255329

Meeting ID: 161 925 5329
Password: 194321

Join by SIP
1619255329@sip.zoomgov.com

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603).  The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

## UNCONTESTED MATTERS – CERTIFICATIONS FILED

1.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [D.I. 6, 6/15/20]

    Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    Related Documents:

    B.    Interim Order [D.I. 70, 6/16/20]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

    D.    Certification of Counsel [D.I. 152, 7/13/20]

    Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

2.  Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [D.I. 7, 6/15/20]

    Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

    Responses Received:                   None

    Related Documents:

    A.    Interim Order [D.I. 89, 6/17/20]

    B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

    C.    Notice of Disclosure Procedures Applicable to Certain Holders of Common Stock, and (II) Disclosure Procedures for Transfers of and Declarations of Worthlessness with Respect to Common Stock [D.I. 92, 6/18/20]

    D.    Certificate of No Objection [D.I. 153, 7/13/20]

    Status:    A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

3.    Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [D.I. 9, 6/15/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Interim Order [D.I. 73, 6/16/20]

C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

D.    Certification of Counsel [D.I. 154, 7/13/20]

Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Renew Their Prepetition Insurance Programs and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [D.I. 10, 6/15/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.    Informal Comments
    i.    Office of the United State Trustee
    ii.    Westchester Fire Insurance Company

Related Documents:

B.    Interim Order [D.I. 74, 6/16/20]

C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

D.    Certification of Counsel [D.I. 155, 7/13/20]

> Status:   Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

5.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [D.I. 12, 6/15/2020]

> Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

> Responses Received:

> A.   Informal comments from the Office of the United States Trustee

> Related Documents:

> B.   Interim Order [D.I. 78, 6/16/20]

> C.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

> D.   Certification of Counsel [D.I. 156, 7/13/20]

> Status:   Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

6.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Creditors, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers and (III) Granting Related Relief [D.I. 13, 6/15/20]

> Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

> Responses Received:

> A.   Informal comments from the Office of the United States Trustee

> Related Documents:

> B.   Interim Order [D.I. 79, 6/16/20]

> C.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

> D.   Certification of Counsel [D.I. 158, 7/13/20]

> Status:   Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts, (II) Waiving Certain United States Trustee Requirements, (III) Authorizing Continued Performance of Intercompany Transactions Including Intercompany Loans, (IV) Authorizing an Interim Suspension of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [D.I. 14, 6/15/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

B.      Interim Order [D.I. 80, 6/16/20]

C.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

D.      Certification of Counsel [D.I. 159, 7/13/20]

Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [D.I. 15, 6/15/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET) [extended to July 15, 2020 at 10:00 a.m. (ET) for Westchester Fire Insurance Company]

Responses Received:

A.      Informal Comment
        i.      Office of the United State Trustee
        ii.     Westchester Fire Insurance Company

Related Documents:

B.      Declaration of Brandon Aebersold in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors (A) To Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV)

Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [D.I. 16, 6/15/20]

C.      Interim Order [D.I. 84, 6/17/20]

D.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

E.      Certification of Counsel [D.I. 169, 7/15/20]

Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

9.      Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2) and 364(e) of the Bankruptcy Code (I) Authorizing the Debtors to (A) Enter into Extension and/or Amendments to the Receivables Facilities, (B) Continue Selling Receivables and Related Rights Pursuant to the Receivables Facilities and Perform all of Their Postpetition Obligations Thereunder, (C) Grant Protective Security Interests in the Receivables and Related Assets and (D) Perform and Satisfy all of Their Prepetition Obligations Under the Receivables Facilities, and (II) Granting Other Related Relief [D.I. 17 (SEALED); D.I. 18 (REDACTED), 6/15/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET) [extended to July 14, 2020 at 10:00 a.m. (ET) for Westchester Fire Insurance Company]

Responses Received:

A.      Informal Comments
        i.      Westchester Fire Insurance Company

Related Documents:

B.      Interim Order [D.I. 76, 6/16/20]

C.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 91, 6/17/20]

D.      Certification of Counsel [D.I. 170, 7/15/20]

Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

10.     Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the Debtors Pursuant to Sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 Effective as of the Petition Date [D.I. 113, 6/26/20]

Response Deadline:                          July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

B.      Certification of Counsel [D.I. 144, 7/13/20]

Status:      Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

11.     Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 114, 6/26/20]

Response Deadline:                          July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

B.      Certification of Counsel [D.I. 145, 7/13/20]

Status:      Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

12.     Debtors' Application for an Order Authorizing the Employment and Retention of Prime Clerk LLC as Administrative Advisor Effective as of the Petition Date [D.I. 115, 6/26/20]

Response Deadline:                          July 10, 2020 at 4:00 p.m. (ET)

Responses Received:                          None

Related Documents:

A.      Certification of No Objection [D.I. 147, 7/13/20]

Status:    A certification of no objection has been filed.  No hearing is required unless the Court has questions.

13.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Robinson, Bradshaw & Hinson, P.A. as Special Corporate Counsel, Effective as of the Petition Date [D.I. 116, 6/26/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Certification of Counsel [D.I. 146, 7/13/20]

Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

14.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of RPA Asset Management Services as Financial Advisors to the Debtors, Effective as of the Petition Date [D.I. 118, 6/26/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Supplemental Declaration of Chip Cummins in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of RPA Asset Management Services as Financial Advisors to the Debtors, Effective as of the Petition Date [D.I. 128, 7/2/20

C.    Certification of Counsel [D.I. 148, 7/13/20]

Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

15.    Debtors' Application for an Order (I) Authorizing the Retention and Employment of Lazard Frères & Co. LLC as Investment Banker to the Debtors, Effective as of the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 119, 6/26/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

A.      Certification of No Objection [D.I. 149, 7/13/20]

Status:    A certification of no objection has been filed.  No hearing is required unless
           the Court has questions.

16.    Debtors' Motion for Entry of an (I) Order Authorizing the Employment and Payment of
       Professionals Utilized  in the Ordinary Course of Business, and (II) Waiving Certain
       Information Requirements of Local Rule 2016-2  [D.I. 127, 7/2/20]

Response Deadline:                    July 10, 2020 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

A.      Certification of Counsel [D.I. 168, 7/14/20]

Status:    A certification of counsel has been filed.  No hearing is required unless the
           Court has questions.

## MATTERS GOING FORWARD

17.    Shareholder' Petition filed by Hungchao Sun [D.I. 108, 6/26/20]

Response Deadline:                    July 13, 2020 at 4:00 p.m. (ET) [with
                                      respect to the movant's request to appoint an
                                      equity committee]

Responses Received:

A.      United States Trustee's Response to Motion of Hongchao Sun for Appointment of
        Equity Committee (D.I. 108) [D.I. 143, 7/13/20]

B.      Debtors' Objection to the Petition of Certain Equity Holders for the Appointment
        of an Official Equity Committee [D.I. 150, 7/13/20]

C.      Declaration of Brandon Aebersold in Support of Debtors' Objection to the
        Petition of Certain Equity Holders for the Appointment of an Official Equity
        Committee [D.I. 151, 7/13/20]

D.      Objection of Ad Hoc Crossholder Group to Shareholder Petition Requesting
        Appointment of an Equity Committee [D.I. 157, 7/13/20]

E.  Joinder of Wilmington Trust, National Association to Objection of Ad Hoc Crossholder Group to Shareholder Petition Requesting Appointment of an Equity Committee [D.I. 162, 7/13/20]

F.  Limited Joinder of the Ad Hoc Group of First Lien Noteholders to the Debtors' Objection to the Petition of Certain Equity Holders for the Appointment of an Official Equity Committee [D.I. 163, 7/13/20]

Related Documents:

G.  Notice of Telephonic Status Conference [D.I. 124, 7/13/20]

H.  Shareholders' Motion for Entry of an Order Authorizing the Shareholders to File Under Seal Shareholders' Information [D.I. 140, 7/13/20]

I.  Shareholders' Motion for Granting a Temporary Docket Entry Access for Shareholders to Submit Documents Until an Equity Committee Appointment and a Legal Counsel Retained; Fee, if any, to be Waived [D.I. 141, 7/13/20]

J.  Amending Information Regarding Petition/Motion [D.I. 142, 7/13/20]

Witness Information:

K.  For the Shareholders:
    i.    Hongchao Sun, New Castle, Delaware
    ii.   Ellen Miller, Beverly, Massachusetts
    iii.  Ethan Miller, Beverly, Massachusetts
    iv.   Elvis Viskovic, Ontario, Canada
    v.    Alyssha Eve Csuk, Hellertown Pennsylvania
    vi.   Frisco Baccam, Altoona, Iowa

L.  For the Debtors:
    vii.  Joel Thomas, Morrisville, North Carolina
    viii. Brandon Aebersold, Charleston, South Carolina

Status  This matter is going forward with respect to the movant's request to appoint an equity committee.  The remainder of the relief requested in the motion will be heard on July 27, 2020 at 11:00 a.m. (ET).

*[Remainder of Page Intentionally Blank]*

Dated:    July 15, 2020
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kara Hammond Coyle*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    pmorgan@ycst.com
       kcoyle@ycst.com
       ajacobs@ycst.com
       tpakrouh@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Sandeep Qusba (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Daniel L. Biller (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502

*Proposed Counsel to the Debtors and Debtors in Possession*