IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PYXUS INTERNATIONAL, INC., et al., | Case No. 20-11570 (___) |
| Debtors | (Join Administration Requested) |

### VERIFIED STATEMENT OF A GROUP OF SHAREHOLDERS
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

In these chapter 11 cases of Pyxus International, Inc. ("Pyxus") and its affiliated debtors and debtors-in-possession (collectively with Pyxus, the "Debtors"), A Group of Shareholders, hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019") in connection with our joint representation in the above-captioned chapter 11 cases (collectively, the "Bankruptcy Cases"), and respectfully state as follows:

1. In our original petition (docket#108), we stated that shareholder names, email addresses, and number of shares held as of June 24, 2020, would be made available to the court upon request.

When debtor counsel, Ms. Jamie Fell, contacted us to schedule the July 2, 2020 hearing, she also requested that we provide the debtor with the names, addresses, and financial interest of our group of shareholders. We again asked our group to submit their information with the additional details. It was only at the hearing on July 2, 2020 that we were officially informed about Rule 2019 from the debtor counsel and Honorable Judge Silverstein. Again, we asked our group members to fill and sign a templated Shareholder Verification Statement and to send us a copy, while the original stayed with them. A templated Shareholder Verification Statement attached at the end of this document.*

2. A summary of the shareholder information obtained as July 8, 2020 follows. We are seeking to file the signed copies of individual verification forms, containing shareholder personal information, UNDER SEAL. A "Motion to file UNDER SEAL" was filed at the court's physical address via drop-box submission on July 9, 2020. The "UNDER SEAL" documents include 86 signed copies of the verification form, along with a google sheets information list (the "List"). *
All shareholder verification forms were received through email. There were several group members who missed our internal cut-off time for providing the form, but had previously provided some of the information required. There have also been new members who have joined the group since July 8, 2020. Many are still only finding out about the bankruptcy petition. We will include these members and their information if the court permits it in.
All share counts and financial interest information provided is as of June 15, 2020, when the company filed for Chapter 11. A Group of Shareholders only includes members who were holding shares as of June 15, 2020 and operates on a "join at will, leave at will" basis. We have

encouraged all group members to contribute to the group efforts based on their willingness, availability and/or ability. Several core-working members have committed additional time and effort to help out. We have never asked any group member to contribute funds for any reason and have turned down offer(s) from whom that wanted to show appreciation with a donation. Petitioner Hongchao Sun volunteered to pay the necessary cost to cover the basic legal filings with a $5000 Cap and with Credit Card method, in extreme case an Equity Committee and funding does not get provided.

We indicated to all group members that we had to comply with Rule 2019 and that any claim of financial interest might be limited to only those shareholders who provided a signed copy of the shareholder verification statement by the cutoff time (midnight of July 8, 2020). However, we do seek to have more qualified shareholders included in our group efforts and in any financial claim that the court would say is exclusive to our group.

> 2.1 Individual shareholders who provided a signed copy of a "Shareholder Verification Statement": 86 shareholders, 618,591 shares (about 6.74% of the total shares outstanding), an investment/cost of $6,262,385.19 (Highlighted in GREEN on the "List")
>
> 2.2 Individual shareholders who provided detailed information but have not yet provided a signature: 23 shareholders, 100,891 shares (about 1.10% of the total shares outstanding), investment/cost of $973, 986.67 (highlighted in BLUE on the "List")
>
> 2.3 Individual shareholder who originally provided numbers of shares held as of June 15, 2020, prior to the filing of the shareholders' petition (docket#108), but have not provided further details or a verification statement: 36 shareholders, 92,279 shares (about 1.01% of

the total shares outstanding), unknown investment/cost (highlighted in YELLOW on the "List")

3. A Group of Shareholders remains without legal representation. Any and all information provided to the Court, the US Trustee and related parties continues to be based on our best understanding of this Chapter 11 process. We request that the Court, the US Trustee and all related parties, pardon any errors that have or may occur from our end. We ask that absent the appointment of an Equity Committee and legal counsel, that they also continue to help guide us through the procedural process, document exchange process, information consolidation process, information verification process, and all related processes on both the individual shareholder and group level. As the Petitioner, Hongchao Sun will promptly coordinate and navigate with group members if something is required or requested by the Court, the US Trustee, or the related parties.

As of July 11, 2020 our group's structure:

3.1: 150+ members (including 86 members who provided signed copies of the Shareholder Verification Statement; 23 members who provided detailed information but did not provide signed copies of the Shareholder Verification Statement by July 8, 2020; 36 members who provided their name and number of shares held as of June 15, 2020; and several members who missed the group's internal cut-off time or joined the group after July 8, 2020.

3.2: Working members: Hongchao Sun (Petitioner; Group email administrator; social media outreach; core-working member on Finance/Account/Legal; Brett Howard (Group webpage administor; social media outreach); Elvis Viskovic (core-working member on legal and finance/accounting); Warren Kivi (core- working member on finance/accounting); Alyssha Eve Csuk (ethical approach outreach, core-working member on ethics); Prabh Shankar G (core-working member on finance/accounting); there are also other members who contributed/contributing to our group efforts including but not limit to: Frisco Baccam, Serkan Atik, Tetrin Hill, Amit Unadkat, Sally Bonin, Anna Johnson, Ellen Miller, Matthew Byrnell, Jorg Maier, and Stephanie Maddux, etc..

3.3: Proposed candidates for Equity Committee: Hongchao Sun, Elvis Viskovic, Warren Kivi, Alyssha Eve Csuk, Prabh Shankar G, Frisco Baccam.

4. Nothing contained in this statement should be construed as a limitation upon, or waiver of, any rights of any member of A Group of Shareholders, to assert, file and/or amend any claim or proof of claim in order to comply with an applicable law or Order entered in these proceedings. The information contained herein is provided only for the purpose of complying with Rule 2019 and is not intended for any other purpose.

5. As of now, the petitioner, Hongchao Sun, is not aware of any claims against or interests in the Debtors, or any of them, held by A Group of Shareholders as a group, any individual member of A Group of Shareholders as an individual shareholder, or some of members of A Group of Shareholders as a different group.

6. The petitioner reserves the right to amend this Statement as may be necessary in accordance with the requirements set forth in Rule 2019.

7. The undersigned hereby verifies that this Statement is true and accurate to the best of the undersigned's knowledge and belief.

*Please see the templated individual Shareholder Verification Statement on the next page.

*Based on good faith, while awaiting The Honorable Judge Silverstein to grant our motion to file UNDER SEAL, we provided the "LIST" of shareholders information containing names, financial interests and details, and number of shares holding as of June 15, 2020 to the company's counsels Mr. William Russell and Ms. Jamie Fell and also the US Trustee's Mr. David Buchbinder on CONFIDENTIAL basis on July 12, 2020.

Dated: July 13, 2020

Hongchao Sun

On Behalf of A Group of Shareholders

New Castle, DE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                            Chapter 11

PYXUS INTERNATIONAL, INC., et al.,                Case No. 20-11570 (___)
Debtors                                           (Join Administration Requested)

### Shareholder Verification Statement - For Shareholders' Petition
(Filed by Hongchao Sun, on behalf of A Group of Shareholders; docket#108)

My name (First Last) is _____
My full address is_____

On June 15, 2020, Pyxus International Inc. etl. filed the streamlined, expedited-up, prepackaged Chapter 11 which will wipe out all common shareholders like me. To fight for our shareholders' rights, I joined the "A Group of Shareholders" on _____. Since then, we are a group of shareholders and fight as a group of shareholders.

My holding information are as in below:

My total number of shares holding as of June 15, 2020 is: _____

My total cost of above shares holding is: _____

Details of my shares holding information: (The date of acquisition by quarter and year of each disclosable economic interest, unless acquired more than one year before the petition date.)

Name:
Signature:

Date: