# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Piedmont Natural Gas (MMLID# 10699007), 4720 Piedmont Row Drive, Charlotte, NC, 28210:

- Interim Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utilities and (III) Establishing Procedures for Resolving Objections to Debtors' Proposed Form of Adequate Assurance [Docket No. 73]

- Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 91]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

Dated: July 21, 2020

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 21, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022