IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § § § | Case No. 20-11570 (LSS) |
| Debtors. | § § § § | (Jointly Administered) |
| | § | **Ref. Docket Nos. 21, 22, 83 & 161** |

**NOTICE OF ADJOURNMENT OF COMBINED HEARING TO CONSIDER CONFIRMATION OF THE PLAN AND APPROVAL OF THE RELATED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, on June 15, 2020, the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and Its Affiliated Debtors* [Docket No. 21] (as modified or supplemented, the "***Plan***") and related disclosure statement [Docket No. 22] (as modified or supplemented, the "***Disclosure Statement***").

**PLEASE TAKE FURTHER NOTICE** that, on June 17, 2020, the United States Bankruptcy Court for the District of Delaware (the "***Court***") entered the *Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Approving the Form and Manner of Notice of the Plan Election Forms; (V) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports; and (VII) Granting Related Relief* [Docket No. 83] (the "***Scheduling Order***").[2] Among other things, the Scheduling Order established certain deadlines, including the deadline to file responses or objections to the adequacy of the Disclosure Statement or confirmation of the Plan as July 20, 2020 at 5:00 p.m. (ET) (the "***Plan/Disclosure Statement Objection Deadline***"). In addition, pursuant to the Scheduling Order, the Court scheduled the hearing to consider approval of the Disclosure Statement and confirmation of the Plan for July 27, 2020 at 11:00 a.m. (ET) (the "***Combined Hearing***").

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 20, 2020, the Court entered an order [Docket No. 196] directing the appointment of an official committee of equity holders (an "*Equity Committee*").

**PLEASE TAKE FURTHER NOTICE** that, at the Court's direction, the Combined Hearing has been adjourned to **August 18, 2020 at 9:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Plan/Disclosure Statement Objection Deadline has been extended ***solely* for the Equity Committee to August 11, 2020 at 5:00 p.m. (ET).** The Debtors shall file any reply briefs in response to any objections in accordance with the Local Rules.

Dated: July 22, 2020
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Ashley E. Jacobs*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253
Email:         pmorgan@ycst.com
                   kcoyle@ycst.com
                   ajacobs@ycst.com
                   tpakrouh@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Sandeep Qusba (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Daniel L. Biller (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000
Facsimile:   (212) 455-2502

*Counsel to the Debtors and Debtors in Possession*

26797798.1