**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Ref. Docket Nos. 133 & 212 |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER AUTHORIZING THE DEBTORS TO (I) FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE DEBTORS' MOTION TO RETAIN ERNST & YOUNG LLP AND (II) GRANTING RELATED RELIEF**

On July 6, 2020, the above-captioned affiliated debtors and debtors-in-possession (collectively, the "***Debtors***") filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File Under Seal Certain Confidential Information in Connection with the Debtors' Motion to Retain Ernst & Young LLP and (II) Granting Related Relief* [Docket No. 133] (the "***Seal Motion***")[2] with the United States Bankruptcy Court for the District of Delaware (the "***Court***"). The deadline to file objections or respond to the Seal Motion was established as July 20, 2020 at 4:00 p.m. (ET) (the "***Objection Deadline***").

Prior to the Objection Deadline, the Debtors received informal comments to the Seal Motion from the Office of the United States Trustee for the District of Delaware (the "***United States Trustee***"). No other informal responses or objections to the Seal Motion were received.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Seal Motion.

26800229.2

Following discussions with the United States Trustee, the Debtors agreed to file a redacted version of the Sealed Exhibits. On July 22, 2020, the Debtors filed the *Notice of Filing of Redacted Exhibits to the Declaration of Rachel Gerring in Support of Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP As Their Accounting, Valuation, Tax and Internal Audit Provider, Effective As of the Petition Date* [Docket No. 212], which resolves the United States Trustee's comments to the Seal Motion. The Debtors have revised the Proposed Order (the "**Revised Proposed Order**") to reflect the filing of the redacted versions of the Sealed Exhibits.

A copy of the Revised Proposed Order is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the United States Trustee does not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

[*Signature page follows*]

| | |
|---|---|
| Dated: July 22, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Tara C. Pakrouh*<br>Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Tara C. Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  pmorgan@ycst.com<br>            kcoyle@ycst.com<br>            ajacobs@ycst.com<br>            tpakrouh@ycst.com<br><br>- and -<br><br>**SIMPSON THACHER & BARTLETT LLP**<br><br>Sandeep Qusba (admitted *pro hac vice*)<br>Michael H. Torkin (admitted *pro hac vice*)<br>Kathrine A. McLendon (admitted *pro hac vice*)<br>Nicholas E. Baker (admitted *pro hac vice*)<br>Daniel L. Biller (admitted *pro hac vice*)<br>Jamie J. Fell (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502<br>Email:  squsba@stblaw.com<br>            michael.torkin@stblaw.com<br>            kmclendon@stblaw.com<br>            nbaker@stblaw.com<br>            daniel.biller@stblaw.com<br>            jamie.fell@stblaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Exhibit A

## Revised Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Ref: Docket Nos. 133 & 212** |

**ORDER AUTHORIZING THE DEBTORS TO (I) FILE UNDER
SEAL CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION
WITH THE DEBTORS' APPLICATION TO RETAIN ERNST & YOUNG LLP
AND (II) GRANTING RELATED RELIEF**

Upon the Debtors' motion (the "***Motion***")[2] for entry of an order (this "***Order***"), (i) authorizing the Debtors to file the Sealed Exhibits under seal, and (ii) granting related relief, all as more fully set forth in the Motion; and upon the *Notice of Filing of Redacted Exhibits to the Declaration of Rachel Gerring in Support of Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP As Their Accounting, Valuation, Tax and Internal Audit Provider, Effective As of the Petition Date* [Docket No. 212] (the "***Notice***"); and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

26800303.2

requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file unredacted versions of the Sealed Exhibits under seal.

3. Subject to Local Rule 9018-1(d) and except to the extent disclosed in the Notice, the Sealed Exhibits shall remain under seal and confidential and shall not be made available to anyone other than (a) this Court; (b) the U.S. Trustee; (c) counsel to the Ad Hoc First Lien Group; (d) counsel to the Ad Hoc Crossholder Group and DIP Agent; and (d) counsel to any official committee appointed upon the execution of a mutually acceptable non-disclosure agreement.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

26800303.2

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

26800303.2

# Exhibit B

**Blackline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Ref: Docket No<u>s</u>. ~~—~~ **133 & 212** |

**ORDER AUTHORIZING THE DEBTORS TO (I) FILE UNDER
SEAL CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION
WITH THE DEBTORS' APPLICATION TO RETAIN ERNST & YOUNG LLP
AND (II) GRANTING RELATED RELIEF**

Upon the Debtors' motion (the "***Motion***")[2] for entry of an order (this "***Order***"), (i) authorizing the Debtors to file the Sealed Exhibits under seal, and (ii) granting related relief, all as more fully set forth in the Motion; and upon the *Notice of Filing of Redacted Exhibits to the Declaration of Rachel Gerring in Support of Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP As Their Accounting, Valuation, Tax and Internal Audit Provider, Effective As of the Petition Date* [Docket No. 212] (the "***Notice***"); and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

26800303.~~1~~2

requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file unredacted versions of the Sealed Exhibits under seal.

3. Subject to Local Rule 9018-1(d) and except to the extent disclosed in the Notice, the Sealed Exhibits shall remain under seal and confidential and shall not be made available to anyone other than (a) this Court; (b) the U.S. Trustee; (c) counsel to the Ad Hoc First Lien Group; (d) counsel to the Ad Hoc Crossholder Group and DIP Agent; and (d) counsel to any official committee appointed upon the execution of a mutually acceptable non-disclosure agreement.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

26800303.12

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

26800303.~~1~~2