# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | Case No. 20-11570 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC HEARING ON JULY 27, 2020 AT 11:00 A.M. (ET)[2]

**ADJOURNED MATTERS**

1. Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and Its Affiliated Debtors [D.I. 21, 6/15/20]

    Response Deadline: July 20, 2020 at 4:00 p.m. (ET) [Extended for the Office of the United States Trustee and the Official Committee of Equity Holders]

    Responses Received:

    A.  Informal Comments
        i.   Office of the United States Trustee
        ii.  Securities and Exchange Commission
        ii.  International Fidelity Insurance Company

    B.  Shareholder Petition filed by Hungchao Sun [D.I. 108, 6/26/20]

    C.  Amending Information Regarding Shareholder Petition filed by Hungchao Sun [D.I. 142, 7/13/20]

    D.  Westchester Fire Insurance Company and Its Affiliated Sureties' Limited Objection to Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and Its Affiliated Debtors [D.I. 209, 7/21/20]

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] All parties wishing to participate should make arrangements through COURTCALL, LLC at 866-582-6878.

26799957.2

Related Documents:

E. Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and Its Affiliated Debtors [D.I. 22, 6/15/20]

F. Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Approving the Form and Manner of Notice of the Plan Election Forms; (V) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports; and (VII) Granting Related Relief [D.I. 83, 7/21/20]

G. Notice of (I) Commencement of Prepackaged Chapter 11 Cases Under Chapter 11 Plan of the Bankruptcy Code, (II) Combined Hearing to Consider (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan, (III) Assumption of Executory Contracts and Unexpired Leases and Cure Amounts and (IV) Objection Deadlines and Summary of Prepackaged Plan [D.I. 88, 7/16/20]

H. Affidavit of Publication [D.I. 112, 6/26/20]

I. Affidavit of Service of Solicitation Materials [D.I. 122, 6/26/20]

J. Supplement to Disclosure Statement [D.I. 161, 7/13/20]

K. Notice of Filing of Supplement to the Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and Its Affiliated Debtors [D.I. 166, 7/14/20]

L. Notice of Adjournment of Combined Hearing to Consider Confirmation of the Plan and Approval of the Related Disclosure Statement [D.I. 213, 7/22/20]

Status    This matter is adjourned to August 18, 2020 at 9:30 a.m. (ET).

2. Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP as Their Accounting, Valuation, Tax and Internal Audit Provider, Effective as of the Petition Date [D.I. 131, 7/6/20]

Response Deadline:            July 20, 2020 at 4:00 p.m. (ET) [Extended for the Office of the United States Trustee]

Responses Received:

A. Informal comments from the Office of the United States Trustee

Related Documents:

B.      Sealed Exhibits to Declaration of Rachel Gerring [D.I. 132, 7/6/20]

C.      Notice of Filing of Redacted Exhibits to the Declaration of Rachel Gerring in Support of Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP as Their Accounting, Valuation, Tax and Internal Audit Provider, Effective as of the Petition Date [D.I. 212, 7/22/20]

Status      This matter is adjourned to a date to be determined.

**UNCONTESTED MATTERS WITH CERTIFICATIONS**

3. Motion for Entry of an Order Authorizing the Debtors to (I) File Under Seal Certain Confidential Information in Connection with the Debtors' Motion to Retain Ernst & Young LLP and (II) Granting Related Relief [D.I. 133, 7/6/20]

    Response Deadline:      July 20, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.      Informal comments from the Office of the United States Trustee

    Related Documents:

    B.      Sealed Exhibits to Declaration of Rachel Gerring [D.I. 132, 7/6/20]

    C.      Notice of Filing of Redacted Exhibits to the Declaration of Rachel Gerring in Support of Debtors' Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP as Their Accounting, Valuation, Tax and Internal Audit Provider, Effective as of the Petition Date [D.I. 212, 7/22/20]

    D.      Certification of Counsel [D.I. 214, 7/22/20]

    Status      Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

4. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor, Pursuant to 11 U.S.C. §§ 327(a) and 330, Effective as of the Petition Date [D.I. 134, 7/6/20]

    Response Deadline:      July 20, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.      Informal comments from the Office of the United States Trustee

Related Documents:

B.  Supplement to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor, Pursuant to 11 U.S.C. §§ 327(a) and 330, Effective as of the Petition Date [D.I. 203, 7/20/20]

C.  Supplemental Declaration of Jeffrey G. Schwartz in Support of Supplement to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor, Pursuant to 11 U.S.C. §§ 327(a) and 330, Effective as of the Petition Date [D.I. 204, 7/20/20]

D.  Certification of Counsel [D.I. 210, 7/21/20]

Status    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

*[Remainder of Page Intentionally Blank]*

| | |
|---|---|
| Dated: July 23, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Ashley E. Jacobs*<br>Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Tara C. Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  pmorgan@ycst.com<br>  kcoyle@ycst.com<br>  ajacobs@ycst.com<br>  tpakrouh@ycst.com<br><br>- and -<br><br>**SIMPSON THACHER & BARTLETT LLP**<br><br>Sandeep Qusba (admitted *pro hac vice*)<br>Michael H. Torkin (admitted *pro hac vice*)<br>Kathrine A. McLendon (admitted *pro hac vice*)<br>Nicholas E. Baker (admitted *pro hac vice*)<br>Daniel L. Biller (admitted *pro hac vice*)<br>Jamie J. Fell (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502<br><br>*Counsel to the Debtors and Debtors in Possession* |