# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PYXUS INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | § Chapter 11<br>§<br>§<br>§ Case No. 20-11570 (LSS)<br>§<br>§ (Jointly Administered)<br>§<br>§ **Ref: Docket Nos. 7, 89 & 205** |

### NOTICE OF (I) ENTRY OF FINAL ORDER AND (II) DISCLOSURE PROCEDURES (A) APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK, AND (B) FOR TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK

**TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF COMMON STOCK OF PYXUS INTERNATIONAL, INC. (THE "<u>COMMON STOCK</u>"):**

**PLEASE TAKE NOTICE** that on June 15, 2020 (the "*Petition Date*"), the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") filed petitions with the United States Bankruptcy Court for the District of Delaware (the "*Court*") under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of, or from, the Debtors' estates or to exercise control over property of, or from, the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

26808773.2

*Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock* [Docket No. 7] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on June 17, 2020, the Court entered the *Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock* [Docket No. 89] (the "**Interim Order**") approving procedures for certain transfers of Common Stock, set forth in **Exhibit 1** attached to the Interim Order (the "**Procedures**").

**PLEASE TAKE FURTHER NOTICE** that on July 21, 2020, the Court entered the *Final Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock* [Docket No. 205] (the "**Final Order**") approving the Procedures on a final basis.[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void *ab initio*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, a 50% Shareholder may not claim a worthless stock deduction in respect of the Common Stock, or Beneficial Ownership of Common Stock, in violation of the Procedures, and any such deduction in violation of such Procedures shall be null and void *ab initio*.

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Final Order or the Motion, as applicable.

26808773.2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

**PLEASE TAKE FURTHER NOTICE** that upon the request of any entity or individual, the proposed notice, solicitation, and claims agent for the Debtors, Prime Clerk LLC, will provide a copy of the Final Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. Such declarations are also available via PACER on the Court's website at https://ecf.deb.uscourts.gov for a fee, or by accessing the Debtors' restructuring website at https//www.primeclerk.com/pyxus.

**PLEASE TAKE FURTHER NOTICE THAT FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THE FINAL ORDER SHALL CONSTITUTE A VIOLATION OF, AMONG OTHER THINGS, THE AUTOMATIC STAY PROVISIONS OF SECTION 362 OF THE BANKRUPTCY CODE.**

**PLEASE TAKE FURTHER NOTICE THAT ANY PROHIBITED PURCHASE, SALE, OTHER TRANSFER OF COMMON STOCK, BENEFICIAL OWNERSHIP THEREIN, OR OPTION WITH RESPECT THERETO IN VIOLATION OF THE FINAL ORDER IS PROHIBITED AND SHALL BE NULL AND VOID *AB INITIO* AND MAY BE SUBJECT TO ADDITIONAL SANCTIONS AS THIS COURT MAY DETERMINE.**

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Final Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

| | |
|---|---|
| Dated: July 23, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | */s/ Ashley E. Jacobs* |
| | Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Tara C. Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:          pmorgan@ycst.com<br>                      kcoyle@ycst.com<br>                      ajacobs@ycst.com<br>                      tpakrouh@ycst.com |

- and -

**SIMPSON THACHER & BARTLETT LLP**

Sandeep Qusba (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Daniel L. Biller (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:   (212) 455-2000
Facsimile:    (212) 455-2502
Email:          squsba@stblaw.com
                      michael.torkin@stblaw.com
                      kmclendon@stblaw.com
                      nbaker@stblaw.com
                      daniel.biller@stblaw.com
                      jamie.fell@stblaw.com

*Counsel to the Debtors and Debtors in Possession*

26808773.2