# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Supplement to Disclosure Statement [Docket No. 161]

Dated: July 21, 2020

                           */s/ Nicholas Vass*
                           Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 21, 2020, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

SRF 44014

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 1310 G ST., NW<br>BOX 12<br>WASHINGTON DC 20005 | | First Class Mail |
| COUNSEL TO DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN NEW YORK BRANCH AND AUTOBAHN FUNDING COMPANY LLC | ARNOLD & PORTER | ATTN: BENJAMIN MINTZ, HENRY G. MORRIELLO<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-9710 | Benjamin.Mintz@arnoldporter.com<br>Harold.Morriello@arnoldporter.com | First Class Mail and Email |
| FIRST LIEN NOTES - TRUSTEE | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ATTN: KANDY WILLIAMS<br>10161 CENTURION PARKWAY NORTH, 2ND FLOOR<br>JACKSONVILLE FL 32256 | kandy.williams@bnymellon.com | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN RETIREE EXECUTIVES AND SURVIVING SPOUSES THEREOF OF PYXUS INTERNATIONAL, INC., AND CERTAIN AFFILIATED AND PREDECESSOR ENTITIES | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: GREGORY W. WERKHEISER, NOELLE B. TORRICE<br>1313 N. MARKET STREET, SUITE 1201<br>WILMINGTON DE 19801 | gwerkheiser@beneschlaw.com<br>ntorrice@beneschlaw.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | BLUEALLY TECHNOLOGY SOLUTIONS LLC | AMBER WALSH<br>SUITE 300 1255 CRESCENT GREEN<br>CARY NC 27518 | awalsh@blueally.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | BRENNTAG MID-SOUTH INC. | ATTN: LIZ GREENE<br>1405 HIGHWAY 136 WEST<br>HENDERSON KY 42420 | lgreene@brenntag.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CARDNO CHEMRISK LLC | ATTN: KATE BUTKINS<br>235 PINE STREET, SUITE 2300<br>SAN FRANCISCO CA 94104 | Kate.butkins@cardno.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CAROLINA COASTAL SUPPLY LLC | ATTN: BRAD WELCH<br>112 FRANKLIN PARK DRIVE<br>YOUNGSVILLE NC 27596 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | CHEBROLU NARENDRANATH | ATTN: CHEBROLU NARENDRANATH<br>4TH LINE RAJENDRA NAGAR<br>GUNTUR 522006 INDIA | narendra@deltaintech.com | First Class Mail and Email |
| ATTORNEYS FOR INTERNATIONAL FIDELITY INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: ROBERT E NIES<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | rnies@csglaw.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO GUIZHOU | ATTN: WEI YI<br>350 SOUTH FUYUAN ROAD<br>GUIYANG CHINA | wyconni@126.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO HUNAN IMPORT AND EXPORT | MR. DAI CHAO<br>17 18F PRIDE TOWER 1 HUAISHU JIE S<br>CHANGSHA 410 007 China | daic0495@163.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO INTERNATIONAL (HK) | ATTN: JIANG NAN<br>19F GREENFIELD TOWER CONCORDIA,<br>HONG KONG CHINA | jiangn@ctihk.com.hk | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO YUNNAN | ATTN: HE JIE<br>35 YUANTONG STREET<br>KUNMING CHINA | hej@ctyiec.cn | First Class Mail and Email |
| CORTLAND CAPITAL MARKET SERVICES LLC | CORTLAND CAPITAL MARKET SERVICES LLC | ATTN: STEVE LENDARD<br>225 W. WASHINGTON ST. 9TH FLOOR<br>CHICAGO IL 60606 | legal@cortlandglobal.com | First Class Mail and Email |
| DELAWARE STATE ATTORNEY GENERAL | DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N. FRENCH STREET, 6TH FLOOR<br>WILMINGTON DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov | First Class Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS, BANKRUPTCY ADMINISTRATOR<br>820 N. FRENCH STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | FASNotify@state.de.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: OFFICER, MANAGING AGENT, OR GENERAL AGENT<br>820 SILVER LAKE BOULVEARD, SUITE 100<br>DOVER DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | DELTA TECHNOLOGY SERVICES | ATTN: CHEBROLU NARENDRANATH<br>4TH LINE RAJENDRA NAGAR<br>DELTA TECHNOLOGY SERVICES<br>GUNTUR 522006 INDIA | narendra@deltaintech.com | First Class Mail and Email |
| ABL AGENT | DEUTSCHE BANK SECURITIES | ATTN: YUMI OKABE AND FRANK FAZIO<br>60 WALL STREET, 2ND FLOOR<br>NEW YORK NY 10005 | yumi.okabe@db.com<br>frank.fazio@db.com | First Class Mail and Email |
| ABL AGENT | DEUTSCHE BANK SECURITIES | NICHOLA BELL<br>5022 GATEAWAY PARKWAY<br>JACKSONVILLE FL 32256 | nichola.bell@db.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | ELECTRIC SUPPLY & EQUIPMENT COMPANY | 1000 CLASSIC ROAD<br>APEX NC 27539 | ar@ese-co.com | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN RETIREE EXECUTIVES AND SURVIVING SPOUSES THEREOF OF PYXUS INTERNATIONAL, INC., AND CERTAIN AFFILIATED AND PREDECESSOR ENTITIES | ELLIS & WINTERS LLP | ATTN: PAMELA W. MCAFEE<br>4131 PARKLAKE AVENUE, SUITE 400<br>RALEIGH NC 27612 | pam.mcafee@elliswinters.com | First Class Mail and Email |
| 1L TRUSTEE | EMMET, MARVIN & MARTIN LLP | ATTN: THOMAS A. PITTA<br>120 BROADWAY<br>32ND FLOOR<br>NEW YORK NY 10271 | tpitta@emmetmarvin.com | First Class Mail and Email |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | 600 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20580 | | First Class Mail |
| FOOD AND DRUG ADMINISTRATION | FOOD AND DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVE<br>SILVER SPRING MD 20993-0002 | TobaccoIndustryQuestions@fda.hhs.gov | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | HANCHEN TOBACCO (HONG KONG) LTD | ATTN: JASON KWOK<br>UNIT 12-13, 20/F., NORTH TOWER<br>KOWLOON CHINA | jason@hanchentobacco.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | HAUNI RICHMOND INC | FERNANDO NERO<br>2800 CHARLES CITY RD<br>RICHMOND VA 23231 | fernando.nero@hauni.com | First Class Mail and Email |
| COUNSEL TO GREGORY POOLE EQUIPMENT COMPANY | HOGAN & MCDANIEL | ATTN: DANIEL K HOGAN & GARVAN F MCDANIEL<br>1311 DELAWARE AVE<br>SUITE 1<br>WILMINGTON DE 19801 | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | JT INTERNATIONAL SA | ATTN: JOHN FOTHERINGHAM<br>RUE KAZEM RADJAVI 8<br>GENEVA 1202 SWITZERLAND | john.fotheringham@jti.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | JV ADAMS THAI ROYALITIES | ATTN: WING CHUNG<br>5/26 - 29 SALDAENG<br>BANGKOK 10500 THAILAND | wfc@adamsint.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | KAMAN INDUSTRIAL TECHNOLOGIES | ATTN: KERMIT WHITE<br>4206 WILLIAMSON ROAD,<br>WILSON NC 27893 | Kermit.White@kaman.com | First Class Mail and Email |

In re Pyxus International, Inc., et al. (LSS)
Case No. 20-11570

Page 2 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, ESQ. 1100 PEACHTREE STREET NE, SUITE 2800 ATLANTA GA 30309-4528 | TMEYERS@KILPATRICKTOWNSEND.COM | First Class Mail and Email |
| COUNSEL TO FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO, KELLY E. MOYNIHAN 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 | TMEYERS@KILPATRICKTOWNSEND.COM GFINIZIO@KILPATRICKTOWNSEND.COM KMOYNIHAN@KILPATRICKTOWNSEND.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | KT&G CORPORATION | ATTN: MR. KWEON 71 BEOTKKOT-GIL DAEDEOK-GU DAEJEON 306-712 SOUTH KOREA | youngktg@ktng.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | LA CLINICAL TRIALS LLC | ATTN: MITCHELL NIDES 847 NORTH HOLLYWOOD WAY, SUITE 103 BURBANK CA 91505 | mnides@laclinicaltrials.com | First Class Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD WILSON NC 27893 | fulk12@live.com | First Class Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD WILSON NC 27893 | ttaylor@aointl.com | First Class Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: RANDY W. FULK, BCTGM INTERNATIONAL REPRESENTATIVE 2400 STANTONSBURG ROAD WILSON NC 27893 | fulk12@live.com | First Class Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: TRACY TAYLOR, UNION PRESIDENT 2400 STANTONSBURG ROAD WILSON NC 27893 | ttaylor@aointl.com | First Class Mail and Email |
| Counsel to Eastern and Southern African Trade and Development Bank | MAYER BROWN LLP | Attn: Joaquin M. C de Baca, Youmi Kim 1221 Avenue of the Americas New York NY 10020 | jcdebaca@mayerbrown.com ykim@mayerbrown.com | First Class Mail and Email |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY AND ITS AFFILIATED SURETIES | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: GARY BRESSLER 300 DELAWARE AVE SUITE 770 WILMINGTON DE 19801 | gbressler@mdmc-law.com | First Class Mail and Email |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY AND ITS AFFILIATED SURETIES | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: MICHAEL MORANO 1300 MOUNT KEMBLE AVE PO BOX 2075 MORRISTOWN NJ 07962-2075 | mmorano@mdmc-law.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | MONTROSE ENVIRONMENTAL GROUP INC | ATTN: RUDY MITCHELL 1 PARK PLAZA SUITE 1000 IRVINE CA 92614 | rudy.mitchell@enthalpy.com | First Class Mail and Email |
| COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 | emonzo@morrisjames.com bkeilson@morrisjames.com | First Class Mail and Email |
| COUNSEL TO AD HOC CROSSHOLDER GROUP, AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, PAIGE N. TOPPER 1201 NORTH MARKET STREET 16TH FLOOR WILMINGTON DE 19899-1347 | dabbott@mnat.com ptopper@mnat.com | First Class Mail and Email |

In re Pyxus International, Inc., et al. (LSS)
Case No. 20-11570

Page 3 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER<br>844 KING ST<br>STE 2207, LOCKBOX 35<br>WILMINGTON DE 19801 | David.L.Buchbinder@usdoj.gov | First Class Mail and Email |
| PACHULSKI STANG ZIEHL & JONES, AD HOC GROUP OF FIRST LIEN NOTEHOLDERS | PACHULSKI STANG ZIEHL & JONES | ATTN: JAMES E. O'NEILL, BRADFORD J. SANDLER<br>919 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19801 | joneill@pszjlaw.com<br>bsandler@pszjlaw.com<br>joneill@pszjlaw.com | First Class Mail and Email |
| PENSION BENEFIT GUARANTY | PENSION BENEFIT GUARANTY | P O BOX 105758<br>ATLANTA GA 30348-5758 | | First Class Mail |
| PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION | ATTN: EMILY MANBECK<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW<br>WASHINGTON DC 20005-4026 | manbeck.emily@pbgc.gov<br>efile@pbgc.gov | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | PHILIP MORRIS USA INC. | ATTN: LINWOOD SYKES<br>6601 W BROAD STREET<br>RICHMOND VA 23230 | Linwood.L.Sykes@altria.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | POLYCHEM CORPORATION | ALI ADINARO<br>6277 HELSLEY ROAD<br>MENTOR OH 44060 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | PREMIUM TOBACCO INTERNATIONAL DMCC | ATTN: ANDRE KONZEN<br>PLOT NO W1 JUMEIRAH LAKE TOWERS<br>DUBAI UAE | Akonzen@premiumtobacco.biz | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | QLIKTECH INC. | ATTN: TREY MEADOWS<br>25686 NETWORK PLACE<br>CHICAGO IL 60673-1256 | trey.meadows@qlik.com | First Class Mail and Email |
| COUNSEL TO DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN NEW YORK BRANCH AND AUTOBAHN FUNDING COMPANY LLC | RICHARDS LAYTON & FINGER | ATTN: RUSSELL C. SILBERGLIED, TRAVIS J. CUOMO<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | silberglied@rlf.com<br>cuomo@rlf.com | First Class Mail and Email |
| FINANCIAL ADVISOR | RPA ADVISORS, LLC | ATTN: ETHAN MINTZ, KIERAN KEAVENEY, JEFFREY SCHWENDEMAN<br>45 EISENHOWER DRIVE<br>PARAMUS NJ 07652 | emintz@rpaadvisors.com<br>kkeaveney@rpaadvisors.com<br>jschwendeman@rpaadvisors.com | Email |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>NEW YORK REGIONAL OFFICE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | SEFCO FINANCE INC. SAL (OFFSHORE) | ATTN: HASAN ALDABAGH<br>SABA ZREQ STREET<br>EL-MAHMOUD BUILDING, 2ND FLOOR<br>TRIPOLI LEBANON | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | SHENZHEN TOBACCO IMP/EXP CO LTD | ATTN: SHAO YI<br>9-10F., SCT CENTER<br>SHENZHEN 51801 CHINA | 110726887@qq.com | First Class Mail and Email |
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION | SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA; MICHAEL H. TORKIN; KATHRINE A. MCLENDON; NICHOLAS E. BAKER;<br>DANIEL L. BILLER; JAMIE J. FELL<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017 | squsba@stblaw.com<br>michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>nbaker@stblaw.com<br>daniel.biller@stblaw.com<br>jamie.fell@stblaw.com | Email |

In re Pyxus International, Inc., et al. (LSS)
Case No. 20-11570

Page 4 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov | First Class Mail and Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>55 ELM ST.<br>HARTFORD CT 06106 | attorney.general@ct.gov | First Class Mail and Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | ago@state.ma.us | First Class Mail and Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AgInfo@ag.nv.gov | First Class Mail and Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |

In re Pyxus International, Inc., et al. (LSS)
Case No. 20-11570

Page 5 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>AUSTIN TX 78711-2548 | public.information@oag.state.tx.us | First Class Mail and Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STROOCK & STROOCK & LAVAN LLP, AD HOC GROUP OF FIRST LEIN NOTEHOLDERS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER HANSEN, JONATHAN CANFIELD, MATTHEW G. GAROFALO, JOANNE LAU<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | khansen@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com<br>mgarofalo@stroock.com<br>jlau@stroock.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | SYNCHROGENIX INFORMATION | ATTN: MARK HOVDE<br>2 RIGHTER PARKWAY<br>SUITE 205<br>WILMINGTON DE 19803 | Mark.hovde@certara.com | First Class Mail and Email |
| THE DELAWARE DEPARTMENT OF STATE | THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS, FRANCHISE TAXES<br>P.O. BOX 898<br>DOVER DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | TOBACCO TECHNOLOGY, INC. | ATTN: AYSE ADAMS<br>600 LIBERTY ROAD<br>ELDERSBURG MD 21784 | aadams@tobaccotech.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | TRUST TOBACCO INDUSTRY IMPORT | ATTN: ZHAO FUYAN<br>NORTH NO 13 ROAD, BAN XANGHAI VILLA<br>LUANG<br>PRABANG 6000 LAOS | marketing_dpt@trustobacco.com | First Class Mail and Email |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS<br>U.S. ATTORNEY'S OFFICE<br>1313 N MARKET STREET<br>WILMINGTON DE 19801 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| WACHTELL LIPTON ROSEN & KATZ | WACHTELL LIPTON ROSEN & KATZ | ATTN: JOSHUA FELTMAN<br>51 WEST 52ND STREET<br>NEW YORK NY 10019 | jafeltman@WLRK.com | First Class Mail and Email |
| COUNSEL TO AD HOC CROSSHOLDER GROUP | WACHTELL, LIPTON, ROSEN & KATZ | Attn: Joshua A. Feltman, Angela K. Herring, Benjamin S. Arfa, Elyssa C. Eisenberg<br>51 West 52nd Street<br>New York NY 10019 | JAFeltman@wlrk.com<br>AKHerring@wlrk.com<br>BSArfa@wlrk.com<br>ECEisenberg@wlrk.com | First Class Mail and Email |

In re Pyxus International, Inc., et al. (LSS)
Case No. 20-11570

Page 6 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| WHITE & CASE LLP | WHITE & CASE LLP | ATTN: SCOTT GREISSMAN AND ANDREW ZATZ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | azatz@whitecase.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | WILLIS TOWERS WATSON NORTHEAST, INC. | ATTN: BOB KALBFELL<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | robert.kalbfell@WillisTowersWatson.com | First Class Mail and Email |
| WILMINGTON TRUST | WILMINGTON TRUST | ONE M&T PLAZA<br>BUFFALO NY 14240 | | First Class Mail |
| SECOND LIEN NOTES - TRUSTEE | WILMINGTON TRUST, N.A. | ATTN: PETER FINKEL<br>50 SOUTH SIXTH STREET<br>SUITE 1290<br>MINNEAPOLIS MN 55402 | pfinkel@wilmingtontrust.com | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | WILSON ENERGY | CUSTOMER SERVICE<br>1800 HERRING AVE. E<br>WILSON NC 27893 | customerservice@wilsonnc.org | First Class Mail and Email |
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K. MORGAN, KARA HAMMOND COYLE, ASHLEY E. JACOBS, ELIZABETH S. JUSTISON<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | pmorgan@ycst.com<br>kcoyle@ycst.com<br>ajacobs@ycst.com<br>ejustison@ycst.com | Email |

In re Pyxus International, Inc., et al. (LSS)
Case No. 20-11570

Page 7 of 7