# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on July 17, 2020 at 11:00 a.m. (ET) [Docket No. 171]

Dated: July 29, 2020

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 29, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

SRF 44116

**<u>Exhibit A</u>**

# Exhibit A
## Notice Parties Service List
### Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ARNOLD & PORTER | Attn: Benjamin Mintz, Henry G. Morriello | Benjamin.Mintz@arnoldporter.com; Harold.Morriello@arnoldporter.com |
| DE AG Office | | usade.ecfbankruptcy@usdoj.gov |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott, Paige Topper | ptopper@mnat.com; dabbott@mnat.com |
| Office of the United States Trustee | Attn: David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, James E. O'Neill | bsandler@pszjlaw.com; joneill@pszjlaw.com |
| RICHARDS LAYTON & FINGER | Attn: Russell C. Silberglied, Travis J. Cuomo | silberglied@rlf.com; cuomo@rlf.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher Hansen, Jonathan Canfield | khansen@stroock.com; jcanfield@stroock.com |
| Wachtell Lipton Rosen & Katz | Attn: Joshua Feltman | jafeltman@WLRK.com |
| White & Case LLP | Attn: Justin Wagstaff | jwagstaff@whitecase.com |