**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## **AFFIDAVIT OF SERVICE**

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Shortening the Notice Period with respect to (A) Debtors' Emergency Motion for an Order, Approving Debtors' (I) Entry into Exit Commitment Letter; (II) Payment of Associated Fees, Costs and Expenses; (III) Provision of Expense Deposit; and (IV) Provision of Indemnities; and (B) Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Redact Certain Commercially Sensitive Information in Connection with the Debtors' Exit Facility Motion and (II) Granting Related Relief [Docket No. 190]

- Notice of Hearing on Motions (Regarding Debtors' Motion for an Order, Approving the Debtors' (I) Entry into Exit Commitment Letter; (II) Payment of Associated Fees, Costs and Expenses; (III) Provision of Expense Deposit; and (IV) Provision of Indemnities, and Motion to Seal) [Docket No. 192]

On July 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Agenda Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on July 22, 2020 at 1:00 p.m. (ET) [Docket No. 193]

---

[1]    The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

Dated: July 29, 2020

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 29, 2020, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 1310 G ST., NW<br>BOX 12<br>WASHINGTON DC 20005 | | Overnight Mail |
| COUNSEL TO DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN NEW YORK BRANCH AND AUTOBAHN FUNDING COMPANY LLC | ARNOLD & PORTER | ATTN: BENJAMIN MINTZ, HENRY G. MORRIELLO<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-9710 | Benjamin.Mintz@arnoldporter.com<br>Harold.Morriello@arnoldporter.com | Overnight Mail and Email |
| FIRST LIEN NOTES - TRUSTEE | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ATTN: KANDY WILLIAMS<br>10161 CENTURION PARKWAY NORTH, 2ND FLOOR<br>JACKSONVILLE FL 32256 | kandy.williams@bnymellon.com | Overnight Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN RETIREE EXECUTIVES AND SURVIVING SPOUSES THEREOF OF PYXUS INTERNATIONAL, INC., AND CERTAIN AFFILIATED AND PREDECESSOR ENTITIES | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: GREGORY W. WERKHEISER, NOELLE B. TORRICE<br>1313 N. MARKET STREET, SUITE 1201<br>WILMINGTON DE 19801 | gwerkheiser@beneschlaw.com<br>ntorrice@beneschlaw.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | BLUEALLY TECHNOLOGY SOLUTIONS LLC | AMBER WALSH<br>SUITE 300 1255 CRESCENT GREEN<br>CARY NC 27518 | awalsh@blueally.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | BRENNTAG MID-SOUTH INC. | ATTN: LIZ GREENE<br>1405 HIGHWAY 136 WEST<br>HENDERSON KY 42420 | lgreene@brenntag.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CARDNO CHEMRISK LLC | ATTN: KATE BUTKINS<br>235 PINE STREET, SUITE 2300<br>SAN FRANCISCO CA 94104 | Kate.butkins@cardno.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CAROLINA COASTAL SUPPLY LLC | ATTN: BRAD WELCH<br>112 FRANKLIN PARK DRIVE<br>YOUNGSVILLE NC 27596 | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | CHEBROLU NARENDRANATH | ATTN: CHEBROLU NARENDRANATH<br>4TH LINE RAJENDRA NAGAR<br>GUNTUR 522006 INDIA | narendra@deltaintech.com | Overnight Mail and Email |
| ATTORNEYS FOR INTERNATIONAL FIDELITY INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: ROBERT E NIES<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | rnies@csglaw.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO GUIZHOU | ATTN: WEI YI<br>350 SOUTH FUYUAN ROAD<br>GUIYANG CHINA | wyconni@126.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO HUNAN IMPORT AND EXPORT | MR. DAI CHAO 17 18F PRIDE TOWER 1 HUAISHU JIE S CHANGSHA 410 007 China | daic0495@163.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO INTERNATIONAL (HK) | ATTN: JIANG NAN 19F GREENFIELD TOWER CONCORDIA, HONG KONG CHINA | jiangn@ctihk.com.hk | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO YUNNAN | ATTN: HE JIE 35 YUANTONG STREET KUNMING CHINA | hej@ctyiec.cn | Overnight Mail and Email |
| CORTLAND CAPITAL MARKET SERVICES LLC | CORTLAND CAPITAL MARKET SERVICES LLC | ATTN: STEVE LENDARD 225 W. WASHINGTON ST. 9TH FLOOR CHICAGO IL 60606 | legal@cortlandglobal.com | Overnight Mail and Email |
| DELAWARE STATE ATTORNEY GENERAL | DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CARVEL STATE OFFICE BUILDING 820 N. FRENCH STREET, 6TH FLOOR WILMINGTON DE 19801 | attorney.general@state.de.us attorney.general@delaware.gov | Overnight Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS, BANKRUPTCY ADMINISTRATOR 820 N. FRENCH STREET, 8TH FLOOR WILMINGTON DE 19801 | FASNotify@state.de.us | Overnight Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: OFFICER, MANAGING AGENT, OR GENERAL AGENT 820 SILVER LAKE BOULVEARD, SUITE 100 DOVER DE 19904 | statetreasurer@state.de.us | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | DELTA TECHNOLOGY SERVICES | ATTN: CHEBROLU NARENDRANATH 4TH LINE RAJENDRA NAGAR DELTA TECHNOLOGY SERVICES GUNTUR 522006 INDIA | narendra@deltaintech.com | Overnight Mail and Email |
| ABL AGENT | DEUTSCHE BANK SECURITIES | ATTN: YUMI OKABE AND FRANK FAZIO 60 WALL STREET, 2ND FLOOR NEW YORK NY 10005 | yumi.okabe@db.com frank.fazio@db.com | Overnight Mail and Email |
| ABL AGENT | DEUTSCHE BANK SECURITIES | NICHOLA BELL 5022 GATEAWAY PARKWAY JACKSONVILLE FL 32256 | nichola.bell@db.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | ELECTRIC SUPPLY & EQUIPMENT COMPANY | 1000 CLASSIC ROAD APEX NC 27539 | ar@ese-co.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN RETIREE EXECUTIVES AND SURVIVING SPOUSES THEREOF OF PYXUS INTERNATIONAL, INC., AND CERTAIN AFFILIATED AND PREDECESSOR ENTITIES | ELLIS & WINTERS LLP | ATTN: PAMELA W. MCAFEE 4131 PARKLAKE AVENUE, SUITE 400 RALEIGH NC 27612 | pam.mcafee@elliswinters.com | Overnight Mail and Email |
| 1L TRUSTEE | EMMET, MARVIN & MARTIN LLP | ATTN: THOMAS A. PITTA 120 BROADWAY 32ND FLOOR NEW YORK NY 10271 | tpitta@emmetmarvin.com | Overnight Mail and Email |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | 600 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20580 | | Overnight Mail |
| FOOD AND DRUG ADMINISTRATION | FOOD AND DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVE SILVER SPRING MD 20993-0002 | TobaccoIndustryQuestions@fda.hhs.gov | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | HANCHEN TOBACCO (HONG KONG) LTD | ATTN: JASON KWOK UNIT 12-13, 20/F., NORTH TOWER KOWLOON CHINA | jason@hanchentobacco.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | HAUNI RICHMOND INC | FERNANDO NERO 2800  CHARLES CITY RD RICHMOND VA 23231 | fernando.nero@hauni.com | Overnight Mail and Email |
| COUNSEL TO GREGORY POOLE EQUIPMENT COMPANY | HOGAN & MCDANIEL | ATTN: DANIEL K HOGAN & GARVAN F MCDANIEL 1311 DELAWARE AVE SUITE 1 WILMINGTON DE 19801 | dkhogan@dkhogan.com gfmcdaniel@dkhogan.com | Overnight Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 | | Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | JT INTERNATIONAL SA | ATTN: JOHN FOTHERINGHAM RUE KAZEM RADJAVI 8 GENEVA 1202 SWITZERLAND | john.fotheringham@jti.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | JV ADAMS THAI ROYALITIES | ATTN: WING CHUNG 5/26 - 29 SALDAENG BANGKOK 10500 THAILAND | wfc@adamsint.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | KAMAN INDUSTRIAL TECHNOLOGIES | ATTN: KERMIT WHITE<br>4206 WILLIAMSON ROAD,<br>WILSON NC 27893 | Kermit.White@kaman.com | Overnight Mail and Email |
| COUNSEL TO FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, ESQ.<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA 30309-4528 | TMEYERS@KILPATRICKTOWNSEND.COM | Overnight Mail and Email |
| COUNSEL TO FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO, KELLY E. MOYNIHAN<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | TMEYERS@KILPATRICKTOWNSEND.COM<br>GFINIZIO@KILPATRICKTOWNSEND.COM<br>KMOYNIHAN@KILPATRICKTOWNSEND.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | KT&G CORPORATION | ATTN: MR. KWEON<br>71 BEOTKKOT-GIL<br>DAEDEOK-GU<br>DAEJEON 306-712 SOUTH KOREA | youngktg@ktng.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | LA CLINICAL TRIALS LLC | ATTN: MITCHELL NIDES<br>847 NORTH HOLLYWOOD WAY, SUITE 103<br>BURBANK CA 91505 | mnides@laclinicaltrials.com | Overnight Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD<br>WILSON NC 27893 | fulk12@live.com | Overnight Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD<br>WILSON NC 27893 | ttaylor@aointl.com | Overnight Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: RANDY W. FULK, BCTGM INTERNATIONAL REPRESENTATIVE<br>2400 STANTONSBURG ROAD<br>WILSON NC 27893 | fulk12@live.com | Overnight Mail and Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: TRACY TAYLOR, UNION PRESIDENT<br>2400 STANTONSBURG ROAD<br>WILSON NC 27893 | ttaylor@aointl.com | Overnight Mail and Email |
| Counsel to Eastern and Southern African Trade and Development Bank | MAYER BROWN LLP | Attn: Joaquin M. C de Baca, Youmi Kim<br>1221 Avenue of the Americas<br>New York NY 10020 | jcdebaca@mayerbrown.com<br>ykim@mayerbrown.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY AND ITS AFFILIATED SURETIES | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: GARY BRESSLER<br>300 DELAWARE AVE<br>SUITE 770<br>WILMINGTON DE 19801 | gbressler@mdmc-law.com | Overnight Mail and Email |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY AND ITS AFFILIATED SURETIES | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: MICHAEL MORANO<br>1300 MOUNT KEMBLE AVE<br>PO BOX 2075<br>MORRISTOWN NJ 07962-2075 | mmorano@mdmc-law.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | MONTROSE ENVIRONMENTAL GROUP INC | ATTN: RUDY MITCHELL<br>1 PARK PLAZA SUITE 1000<br>IRVINE CA 92614 | rudy.mitchell@enthalpy.com | Overnight Mail and Email |
| COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | Overnight Mail and Email |
| COUNSEL TO AD HOC CROSSHOLDER GROUP, AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, PAIGE N. TOPPER<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19899-1347 | dabbott@mnat.com<br>ptopper@mnat.com | Overnight Mail and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER<br>844 KING ST<br>STE 2207, LOCKBOX 35<br>WILMINGTON DE 19801 | David.L.Buchbinder@usdoj.gov | Overnight Mail and Email |
| PACHULSKI STANG ZIEHL & JONES, AD HOC GROUP OF FIRST LIEN NOTEHOLDERS | PACHULSKI STANG ZIEHL & JONES | ATTN: JAMES E. O'NEILL, BRADFORD J. SANDLER<br>919 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19801 | joneill@pszjlaw.com<br>bsandler@pszjlaw.com<br>joneill@pszjlaw.com | Overnight Mail and Email |
| PENSION BENEFIT GUARANTY | PENSION BENEFIT GUARANTY | P O BOX 105758<br>ATLANTA GA 30348-5758 | | Overnight Mail |
| PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION | ATTN: EMILY MANBECK<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW<br>WASHINGTON DC 20005-4026 | manbeck.emily@pbgc.gov<br>efile@pbgc.gov | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | PHILIP MORRIS USA INC. | ATTN: LINWOOD SYKES<br>6601 W BROAD STREET<br>RICHMOND VA 23230 | Linwood.L.Sykes@altria.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | POLYCHEM CORPORATION | ALI ADINARO<br>6277 HELSLEY ROAD<br>MENTOR OH 44060 | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | PREMIUM TOBACCO INTERNATIONAL DMCC | ATTN: ANDRE KONZEN<br>PLOT NO W1 JUMEIRAH LAKE TOWERS<br>DUBAI UAE | Akonzen@premiumtobacco.biz | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | QLIKTECH INC. | ATTN: TREY MEADOWS<br>25686 NETWORK PLACE<br>CHICAGO IL 60673-1256 | trey.meadows@qlik.com | Overnight Mail and Email |
| COUNSEL TO DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN NEW YORK BRANCH AND AUTOBAHN FUNDING COMPANY LLC | RICHARDS LAYTON & FINGER | ATTN: RUSSELL C. SILBERGLIED, TRAVIS J. CUOMO ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | silberglied@rlf.com<br>cuomo@rlf.com | Overnight Mail and Email |
| FINANCIAL ADVISOR | RPA ADVISORS, LLC | ATTN: ETHAN MINTZ, KIERAN KEAVENEY, JEFFREY SCHWENDEMAN<br>45 EISENHOWER DRIVE<br>PARAMUS NJ 07652 | emintz@rpaadvisors.com<br>kkeaveney@rpaadvisors.com<br>jschwendeman@rpaadvisors.com | Email |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | | Overnight Mail |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | SEFCO FINANCE INC. SAL (OFFSHORE) | ATTN: HASAN ALDABAGH<br>SABA ZREQ STREET<br>EL-MAHMOUD BUILDING, 2ND FLOOR<br>TRIPOLI LEBANON | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | SHENZHEN TOBACCO IMP/EXP CO LTD | ATTN: SHAO YI<br>9-10F., SCT CENTER<br>SHENZHEN 51801 CHINA | 110726887@gg.com | Overnight Mail and Email |
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION | SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA; MICHAEL H. TORKIN; KATHRINE A. MCLENDON; NICHOLAS E. BAKER; DANIEL L. BILLER; JAMIE J. FELL<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017 | squsba@stblaw.com<br>michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>nbaker@stblaw.com<br>daniel.biller@stblaw.com<br>jamie.fell@stblaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov | Overnight Mail and Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>LITTLE ROCK AR 72201-2610 | | Overnight Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov | Overnight Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>DENVER CO 80203 | | Overnight Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>55 ELM ST.<br>HARTFORD CT 06106 | attorney.general@ct.gov | Overnight Mail and Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | Overnight Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | Overnight Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us | Overnight Mail and Email |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | Overnight Mail |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | ago@state.ma.us | Overnight Mail and Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov | Overnight Mail and Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>ST. PAUL MN 55101-2131 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov | Overnight Mail and Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AgInfo@ag.nv.gov | Overnight Mail and Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Overnight Mail and Email |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY  NY 12224-0341 | | Overnight Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | Overnight Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | Overnight Mail |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>HARRISBURG PA 17120 | | Overnight Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | Overnight Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov | Overnight Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>AUSTIN TX 78711-2548 | public.information@oag.state.tx.us | Overnight Mail and Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | Overnight Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>OLYMPIA WA 98504-0100 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STROOCK & STROOCK & LAVAN LLP, AD HOC GROUP OF FIRST LEIN NOTEHOLDERS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER HANSEN, JONATHAN CANFIELD, MATTHEW G. GAROFALO, JOANNE LAU<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | khansen@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com<br>mgarofalo@stroock.com<br>jlau@stroock.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | SYNCHROGENIX INFORMATION | ATTN: MARK HOVDE<br>2 RIGHTER PARKWAY<br>SUITE 205<br>WILMINGTON DE 19803 | Mark.hovde@certara.com | Overnight Mail and Email |
| THE DELAWARE DEPARTMENT OF STATE | THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS, FRANCHISE TAXES<br>P.O. BOX 898<br>DOVER DE 19903 | dosdoc_Ftax@state.de.us | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | TOBACCO TECHNOLOGY, INC. | ATTN: AYSE ADAMS<br>600 LIBERTY ROAD<br>ELDERSBURG MD 21784 | aadams@tobaccotech.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | TRUST TOBACCO INDUSTRY IMPORT | ATTN: ZHAO FUYAN<br>NORTH NO 13 ROAD, BAN XANGHAI VILLA LUANG<br>PRABANG 6000 LAOS | marketing_dpt@trustobacco.com | Overnight Mail and Email |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS<br>U.S. ATTORNEY'S OFFICE<br>1313 N MARKET STREET<br>WILMINGTON DE 19801 | usade.ecfbankruptcy@usdoj.gov | Overnight Mail and Email |
| WACHTELL LIPTON ROSEN & KATZ | WACHTELL LIPTON ROSEN & KATZ | ATTN: JOSHUA FELTMAN<br>51 WEST 52ND STREET<br>NEW YORK NY 10019 | jafeltman@WLRK.com | Overnight Mail and Email |
| COUNSEL TO AD HOC CROSSHOLDER GROUP | WACHTELL, LIPTON, ROSEN & KATZ | Attn: Joshua A. Feltman, Angela K. Herring, Benjamin S. Arfa, Elyssa C. Eisenberg<br>51 West 52nd Street<br>New York NY 10019 | JAFeltman@wlrk.com<br>AKHerring@wlrk.com<br>BSArfa@wlrk.com<br>ECEisenberg@wlrk.com | Overnight Mail and Email |
| WHITE & CASE LLP | WHITE & CASE LLP | ATTN: SCOTT GREISSMAN AND ANDREW ZATZ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | azatz@whitecase.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | WILLIS TOWERS WATSON NORTHEAST, INC. | ATTN: BOB KALBFELL<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | robert.kalbfell@WillisTowersWatson.com | Overnight Mail and Email |
| WILMINGTON TRUST | WILMINGTON TRUST | ONE M&T PLAZA<br>BUFFALO NY 14240 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECOND LIEN NOTES - TRUSTEE | WILMINGTON TRUST, N.A. | ATTN: PETER FINKEL<br>50 SOUTH SIXTH STREET<br>SUITE 1290<br>MINNEAPOLIS MN 55402 | pfinkel@wilmingtontrust.com | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITORS | WILSON ENERGY | CUSTOMER SERVICE<br>1800 HERRING AVE. E<br>WILSON NC 27893 | customerservice@wilsonnc.org | Overnight Mail and Email |
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K. MORGAN, KARA HAMMOND COYLE, ASHLEY E. JACOBS, ELIZABETH S. JUSTISON<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | pmorgan@ycst.com<br>kcoyle@ycst.com<br>ajacobs@ycst.com<br>ejustison@ycst.com | Email |

**Exhibit B**

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 1310 G ST., NW BOX 12 WASHINGTON DC 20005 | | | Overnight Mail |
| COUNSEL TO DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN NEW YORK BRANCH AND AUTOBAHN FUNDING COMPANY LLC | ARNOLD & PORTER | ATTN: BENJAMIN MINTZ, HENRY G. MORRIELLO 250 WEST 55TH STREET NEW YORK NY 10019-9710 | 212-836-8639 | Benjamin.Mintz@arnoldporter.com Harold.Morriello@arnoldporter.com | Email and Facsimile |
| FIRST LIEN NOTES - TRUSTEE | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ATTN: KANDY WILLIAMS 10161 CENTURION PARKWAY NORTH, 2ND FLOOR JACKSONVILLE FL 32256 | 904-645-1921 | kandy.williams@bnymellon.com | Overnight Mail Email and Facsimile |
| COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN RETIREE EXECUTIVES AND SURVIVING SPOUSES THEREOF OF PYXUS INTERNATIONAL, INC., AND CERTAIN AFFILIATED AND PREDECESSOR ENTITIES | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: GREGORY W. WERKHEISER, NOELLE B. TORRICE 1313 N. MARKET STREET, SUITE 1201 WILMINGTON DE 19801 | 302-442-7012 | gwerkheiser@beneschlaw.com ntorrice@beneschlaw.com | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | BLUEALLY TECHNOLOGY SOLUTIONS LLC | AMBER WALSH SUITE 300 1255 CRESCENT GREEN CARY NC 27518 | | awalsh@blueally.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | BRENNTAG MID-SOUTH INC. | ATTN: LIZ GREENE 1405 HIGHWAY 136 WEST HENDERSON KY 42420 | | lgreene@brenntag.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CARDNO CHEMRISK LLC | ATTN: KATE BUTKINS 235 PINE STREET, SUITE 2300 SAN FRANCISCO CA 94104 | | Kate.butkins@cardno.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CAROLINA COASTAL SUPPLY LLC | ATTN: BRAD WELCH 112 FRANKLIN PARK DRIVE YOUNGSVILLE NC 27596 | | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | CHEBROLU NARENDRANATH | ATTN: CHEBROLU NARENDRANATH 4TH LINE RAJENDRA NAGAR GUNTUR 522006 INDIA | | narendra@deltaintech.com | Email |
| ATTORNEYS FOR INTERNATIONAL FIDELITY INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: ROBERT E NIES ONE BOLAND DRIVE WEST ORANGE NJ 07052 | 973-530-2212 | rnies@csglaw.com | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO GUIZHOU | ATTN: WEI YI 350 SOUTH FUYUAN ROAD GUIYANG CHINA | | wyconni@126.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO HUNAN IMPORT AND EXPORT | MR. DAI CHAO 17 18F PRIDE TOWER 1 HUAISHU JIE S CHANGSHA 410 007 China | | daic0495@163.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO INTERNATIONAL (HK) | ATTN: JIANG NAN 19F GREENFIELD TOWER CONCORDIA, HONG KONG CHINA | | jiangn@ctihk.com.hk | Email |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | CHINA TOBACCO YUNNAN | ATTN: HE JIE<br>35 YUANTONG STREET<br>KUNMING CHINA | | hej@ctyiec.cn | Email |
| CORTLAND CAPITAL MARKET SERVICES LLC | CORTLAND CAPITAL MARKET SERVICES LLC | ATTN: STEVE LENDARD<br>225 W. WASHINGTON ST. 9TH FLOOR<br>CHICAGO IL 60606 | | legal@cortlandglobal.com | Email |
| DELAWARE STATE ATTORNEY GENERAL | DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N. FRENCH STREET, 6TH FLOOR<br>WILMINGTON DE 19801 | 302-577-6630 | attorney.general@state.de.us<br>attorney.general@delaware.gov | Email and Facsimile |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS, BANKRUPTCY<br>ADMINISTRATOR<br>820 N. FRENCH STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | 302-577-8202 | FASNotify@state.de.us | Email and Facsimile |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: OFFICER, MANAGING AGENT, OR<br>GENERAL AGENT<br>820 SILVER LAKE BOULVEARD, SUITE 100<br>DOVER DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | DELTA TECHNOLOGY SERVICES | ATTN: CHEBROLU NARENDRANATH<br>4TH LINE RAJENDRA NAGAR<br>DELTA TECHNOLOGY SERVICES<br>GUNTUR 522006 INDIA | | narendra@deltaintech.com | Email |
| ABL AGENT | DEUTSCHE BANK SECURITIES | ATTN: YUMI OKABE AND FRANK FAZIO<br>60 WALL STREET, 2ND FLOOR<br>NEW YORK NY 10005 | | yumi.okabe@db.com<br>frank.fazio@db.com | Email |
| ABL AGENT | DEUTSCHE BANK SECURITIES | NICHOLA BELL<br>5022 GATEAWAY PARKWAY<br>JACKSONVILLE FL 32256 | | nichola.bell@db.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | ELECTRIC SUPPLY & EQUIPMENT COMPANY | 1000 CLASSIC ROAD<br>APEX NC 27539 | | ar@ese-co.com | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN RETIREE EXECUTIVES AND SURVIVING SPOUSES THEREOF OF PYXUS INTERNATIONAL, INC., AND CERTAIN AFFILIATED AND PREDECESSOR ENTITIES | ELLIS & WINTERS LLP | ATTN: PAMELA W. MCAFEE<br>4131 PARKLAKE AVENUE, SUITE 400<br>RALEIGH NC 27612 | 919-865-7010 | pam.mcafee@elliswinters.com | Email and Facsimile |
| 1L TRUSTEE | EMMET, MARVIN & MARTIN LLP | ATTN: THOMAS A. PITTA<br>120 BROADWAY<br>32ND FLOOR<br>NEW YORK NY 10271 | | tpitta@emmetmarvin.com | Email |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | 600 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20580 | | | Overnight Mail |
| FOOD AND DRUG ADMINISTRATION | FOOD AND DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVE<br>SILVER SPRING MD 20993-0002 | | TobaccoIndustryQuestions@fda.hhs.gov | Email |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | HANCHEN TOBACCO (HONG KONG) LTD | ATTN: JASON KWOK<br>UNIT 12-13, 20/F., NORTH TOWER<br>KOWLOON CHINA | | jason@hanchentobacco.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | HAUNI RICHMOND INC | FERNANDO NERO<br>2800  CHARLES CITY RD<br>RICHMOND VA 23231 | | fernando.nero@hauni.com | Email |
| COUNSEL TO GREGORY POOLE EQUIPMENT COMPANY | HOGAN & MCDANIEL | ATTN: DANIEL K HOGAN & GARVAN F MCDANIEL<br>1311 DELAWARE AVE<br>SUITE 1<br>WILMINGTON DE 19801 | 302-656-7599 | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com | Email and Facsimile |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Facsimile |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | JT INTERNATIONAL SA | ATTN: JOHN FOTHERINGHAM<br>RUE KAZEM RADJAVI 8<br>GENEVA 1202 SWITZERLAND | | john.fotheringham@jti.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | JV ADAMS THAI ROYALITIES | ATTN: WING CHUNG<br>5/26 - 29 SALDAENG<br>BANGKOK 10500 THAILAND | | wfc@adamsint.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | KAMAN INDUSTRIAL TECHNOLOGIES | ATTN: KERMIT WHITE<br>4206 WILLIAMSON ROAD,<br>WILSON NC 27893 | | Kermit.White@kaman.com | Email |
| COUNSEL TO FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, ESQ.<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA 30309-4528 | 404-815-6555 | TMEYERS@KILPATRICKTOWNSEND.COM | Email and Facsimile |
| COUNSEL TO FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO, KELLY E. MOYNIHAN<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 212-775-8800 | TMEYERS@KILPATRICKTOWNSEND.COM<br>GFINIZIO@KILPATRICKTOWNSEND.COM<br>KMOYNIHAN@KILPATRICKTOWNSEND.COM | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | KT&G CORPORATION | ATTN: MR. KWEON<br>71 BEOTKKOT-GIL<br>DAEDEOK-GU<br>DAEJEON 306-712 SOUTH KOREA | | youngktg@ktng.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | LA CLINICAL TRIALS LLC | ATTN: MITCHELL NIDES<br>847 NORTH HOLLYWOOD WAY, SUITE 103<br>BURBANK CA 91505 | | mnides@laclinicaltrials.com | Email |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD WILSON NC 27893 | | fulk12@live.com | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD WILSON NC 27893 | | ttaylor@aointl.com | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: RANDY W. FULK, BCTGM INTERNATIONAL REPRESENTATIVE 2400 STANTONSBURG ROAD WILSON NC 27893 | | fulk12@live.com | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: TRACY TAYLOR, UNION PRESIDENT 2400 STANTONSBURG ROAD WILSON NC 27893 | | ttaylor@aointl.com | Email |
| Counsel to Eastern and Southern African Trade and Development Bank | MAYER BROWN LLP | Attn: Joaquin M. C de Baca, Youmi Kim 1221 Avenue of the Americas New York NY 10020 | 212-262-1910 | jcdebaca@mayerbrown.com ykim@mayerbrown.com | Email and Facsimile |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY AND ITS AFFILIATED SURETIES | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: GARY BRESSLER 300 DELAWARE AVE SUITE 770 WILMINGTON DE 19801 | 302-654-4031 | gbressler@mdmc-law.com | Email and Facsimile |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY AND ITS AFFILIATED SURETIES | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: MICHAEL MORANO 1300 MOUNT KEMBLE AVE PO BOX 2075 MORRISTOWN NJ 07962-2075 | 973-425-0161 | mmorano@mdmc-law.com | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | MONTROSE ENVIRONMENTAL GROUP INC | ATTN: RUDY MITCHELL 1 PARK PLAZA SUITE 1000 IRVINE CA 92614 | | rudy.mitchell@enthalpy.com | Email |
| COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.875% SENIOR SECURED SECOND LIEN NOTES DUE 2021 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 | 302-571-1750 | emonzo@morrisjames.com bkeilson@morrisjames.com | Email and Facsimile |
| COUNSEL TO AD HOC CROSSHOLDER GROUP, AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, PAIGE N. TOPPER 1201 NORTH MARKET STREET 16TH FLOOR WILMINGTON DE 19899-1347 | 302-425-4664 | dabbott@mnat.com ptopper@mnat.com | Email and Facsimile |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER 844 KING ST STE 2207, LOCKBOX 35 WILMINGTON DE 19801 | 302-573-6497 | David.L.Buchbinder@usdoj.gov | Overnight Mail Email and Facsimile |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| PACHULSKI STANG ZIEHL & JONES, AD HOC GROUP OF FIRST LIEN NOTEHOLDERS | PACHULSKI STANG ZIEHL & JONES | ATTN: JAMES E. O'NEILL, BRADFORD J. SANDLER 919 NORTH MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19801 | 302-652-4400 | joneill@pszjlaw.com bsandler@pszjlaw.com joneill@pszjlaw.com | Overnight Mail Email and Facsimile |
| PENSION BENEFIT GUARANTY | PENSION BENEFIT GUARANTY | P O BOX 105758 ATLANTA GA 30348-5758 | | | Overnight Mail |
| PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION | ATTN: EMILY MANBECK OFFICE OF THE GENERAL COUNSEL 1200 K ST NW WASHINGTON DC 20005-4026 | 202-326-4112 | manbeck.emily@pbgc.gov efile@pbgc.gov | Overnight Mail Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | PHILIP MORRIS USA INC. | ATTN: LINWOOD SYKES 6601 W BROAD STREET RICHMOND VA 23230 | | Linwood.L.Sykes@altria.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | POLYCHEM CORPORATION | ALI ADINARO 6277 HELSLEY ROAD MENTOR OH 44060 | | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | PREMIUM TOBACCO INTERNATIONAL DMCC | ATTN: ANDRE KONZEN PLOT NO W1 JUMEIRAH LAKE TOWERS DUBAI UAE | | Akonzen@premiumtobacco.biz | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | QLIKTECH INC. | ATTN: TREY MEADOWS 25686 NETWORK PLACE CHICAGO IL 60673-1256 | | trey.meadows@qlik.com | Email |
| COUNSEL TO DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN NEW YORK BRANCH AND AUTOBAHN FUNDING COMPANY LLC | RICHARDS LAYTON & FINGER | ATTN: RUSSELL C. SILBERGLIED, TRAVIS J. CUOMO ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | 302-651-7701 | silberglied@rlf.com cuomo@rlf.com | Email and Facsimile |
| FINANCIAL ADVISOR | RPA ADVISORS, LLC | ATTN: ETHAN MINTZ, KIERAN KEAVENEY, JEFFREY SCHWENDEMAN 45 EISENHOWER DRIVE PARAMUS NJ 07652 | 212-618-6379 | emintz@rpaadvisors.com kkeaveney@rpaadvisors.com jschwendeman@rpaadvisors.com | Email and Facsimile |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 | | | Overnight Mail |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 | | secbankruptcy@sec.gov | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | SEFCO FINANCE INC. SAL (OFFSHORE) | ATTN: HASAN ALDABAGH SABA ZREQ STREET EL-MAHMOUD BUILDING, 2ND FLOOR TRIPOLI LEBANON | | | Overnight Mail |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | SHENZHEN TOBACCO IMP/EXP CO LTD | ATTN: SHAO YI 9-10F., SCT CENTER SHENZHEN 51801 CHINA | | 110726887@gg.com | Email |
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION | SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA; MICHAEL H. TORKIN; KATHRINE A. MCLENDON; NICHOLAS E. BAKER; DANIEL L. BILLER; JAMIE J. FELL 425 LEXINGTON AVENUE NEW YORK NY 10017 | 212-455-2502 | squsba@stblaw.com michael.torkin@stblaw.com kmclendon@stblaw.com nbaker@stblaw.com daniel.biller@stblaw.com jamie.fell@stblaw.com | Email and Facsimile |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | 602-542-4085 | aginfo@azag.gov | Email and Facsimile |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 323 CENTER ST. LITTLE ROCK AR 72201-2610 | 501-682-8084 | | Overnight Mail and Facsimile |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | 916-323-5341 | bankruptcy@coag.gov | Email and Facsimile |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT RALPH L. CARR COLORADO JUDICIAL CENTER DENVER CO 80203 | 720-508-6030 | | Email and Facsimile |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 55 ELM ST. HARTFORD CT 06106 | 860-808-5387 | attorney.general@ct.gov | Email and Facsimile |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 | 850-488-4872 | | Facsimile |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 | 404-657-8733 | | Facsimile |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 100 WEST RANDOLPH STREET CHICAGO IL 60601 | | webmaster@atg.state.il.us | Email |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 700 CAPITOL AVENUE, SUITE 118 FRANKFORT  KY 40601 | 502-564-2894 | | Facsimile |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT ONE ASHBURTON PLACE BOSTON  MA 02108-1698 | | ago@state.ma.us | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT G. MENNEN WILLIAMS BUILDING, 7TH FLOOR P.O. BOX 30212 LANSING MI 48909-0212 | 517-373-3042 | miag@michigan.gov | Overnight Mail Email and Facsimile |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 1400 BREMER TOWER ST. PAUL MN 55101-2131 | | | Overnight Mail |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2115 STATE CAPITOL LINCOLN NE 68509-8920 | 402-471-3297 | ago.info.help@nebraska.gov | Email and Facsimile |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 100 NORTH CARSON STREET CARSON CITY NV 89701 | 775-684-1108 | AgInfo@ag.nv.gov | Email and Facsimile |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT RJ HUGHES JUSTICE COMPLEX P.O. BOX 080 TRENTON NJ 08625-0080 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us | Email and Facsimile |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL ALBANY  NY 12224-0341 | 866-413-1069 | | Facsimile |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 | | | Overnight Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | 405-521-6246 | | Facsimile |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT STRAWBERRY SQUARE HARRISBURG PA 17120 | 717-787-8242 | | Facsimile |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 11549 COLUMBIA SC 29211-1549 | | | Overnight Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 20207 NASHVILLE TN 37202-0207 | 615-741-3334 | consumer.affairs@tn.gov | Email and Facsimile |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT CAPITOL STATION AUSTIN TX 78711-2548 | 512-475-2994 | public.information@oag.state.tx.us | Facsimile |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 900 EAST MAIN STREET RICHMOND  VA 23219 | | | Overnight Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 1125 WASHINGTON ST. SE OLYMPIA WA 98504-0100 | | | Overnight Mail |
| STROOCK & STROOCK & LAVAN LLP, AD HOC GROUP OF FIRST LEIN NOTEHOLDERS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER HANSEN, JONATHAN CANFIELD, MATTHEW G. GAROFALO, JOANNE LAU 180 MAIDEN LANE NEW YORK NY 10038 | 212-806-6006 | khansen@stroock.com khansen@stroock.com jcanfield@stroock.com mgarofalo@stroock.com jlau@stroock.com | Facsimile |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITORS | SYNCHROGENIX INFORMATION | ATTN: MARK HOVDE<br>2 RIGHTER PARKWAY<br>SUITE 205<br>WILMINGTON DE 19803 | | Mark.hovde@certara.com | Email |
| THE DELAWARE DEPARTMENT OF STATE | THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS, FRANCHISE TAXES<br>P.O. BOX 898<br>DOVER DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | TOBACCO TECHNOLOGY, INC. | ATTN: AYSE ADAMS<br>600 LIBERTY ROAD<br>ELDERSBURG MD 21784 | | aadams@tobaccotech.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | TRUST TOBACCO INDUSTRY IMPORT | ATTN: ZHAO FUYAN<br>NORTH NO 13 ROAD, BAN XANGHAI VILLA<br>LUANG<br>PRABANG 6000 LAOS | | marketing_dpt@trustobacco.com | Email |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS<br>U.S. ATTORNEY'S OFFICE<br>1313 N MARKET STREET<br>WILMINGTON DE 19801 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email and Facsimile |
| WACHTELL LIPTON ROSEN & KATZ | WACHTELL LIPTON ROSEN & KATZ | ATTN: JOSHUA FELTMAN<br>51 WEST 52ND STREET<br>NEW YORK NY 10019 | | jafeltman@WLRK.com | Email |
| COUNSEL TO AD HOC CROSSHOLDER GROUP | WACHTELL, LIPTON, ROSEN & KATZ | Attn: Joshua A. Feltman, Angela K. Herring,<br>Benjamin S. Arfa, Elyssa C. Eisenberg<br>51 West 52nd Street<br>New York NY 10019 | | JAFeltman@wlrk.com<br>AKHerring@wlrk.com<br>BSArfa@wlrk.com<br>ECEisenberg@wlrk.com | Email |
| WHITE & CASE LLP | WHITE & CASE LLP | ATTN: SCOTT GREISSMAN AND ANDREW ZATZ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | | azatz@whitecase.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | WILLIS TOWERS WATSON NORTHEAST, INC. | ATTN: BOB KALBFELL<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | | robert.kalbfell@WillisTowersWatson.com | Email |
| WILMINGTON TRUST | WILMINGTON TRUST | ONE M&T PLAZA<br>BUFFALO NY 14240 | | | Overnight Mail |
| SECOND LIEN NOTES - TRUSTEE | WILMINGTON TRUST, N.A. | ATTN: PETER FINKEL<br>50 SOUTH SIXTH STREET<br>SUITE 1290<br>MINNEAPOLIS MN 55402 | 612-217-5651 | pfinkel@wilmingtontrust.com | Email and Facsimile |
| TOP 30 LARGEST UNSECURED CREDITORS | WILSON ENERGY | CUSTOMER SERVICE<br>1800 HERRING AVE. E<br>WILSON NC 27893 | | customerservice@wilsonnc.org | Email |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K. MORGAN, KARA HAMMOND COYLE, ASHLEY E. JACOBS, ELIZABETH S. JUSTISON RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 | 302-571-1253 | pmorgan@ycst.com kcoyle@ycst.com ajacobs@ycst.com ejustison@ycst.com | Email and Facsimile |