## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PYXUS INTERNATIONAL, INC., *et al.*, | : | Case No. 20-11570 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of **Edward L. Schnitzer** proposed Counsel for the Official Committee of Equity Security Holders in the above-referenced cases.

Dated: July 30, 2020

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and I am admitted in the United States District Court for the Northern, Southern, and Eastern Districts of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 30, 2020

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-7781
Email: eschnitzer@mmwr.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: August 3rd, 2020
Wilmington, Delaware