# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PYXUS INTERNATIONAL INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11570 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Aaron S. Rothman, Esq. of the law firm of K&L Gates LLP, 300 South Tryon Street, Suite 1000, Charlotte, NC 28202, to represent Solana Holdings ("Solana Holdings") in this action.

Dated: August 3, 2020

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Telephone: (302) 416-7080
Email: steven.caponi@klgates.com
         matthew.goeller@klgates.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED Aaron S. Rothman's motion for admission *pro hac vice* is granted.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and North Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 3, 2020

*/s/ Aaron S. Rothman*
Aaron S. Rothman, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Email: aaron.rothman@klgates.com