# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |
|  | § |  |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 3, 2020 AT 12:00 P.M. (ET)

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than **August 3 at 8:30 a.m**. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.

Topic: Pyxus International 20-11570-LSS
Time: August 3, 2020 at 12:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://protect-us.mimecast.com/s/_uk3C2k9P4tV1xYEFnxBTB?domain=debuscourts.zoomgov.com

Meeting ID: 160 490 5019
Password: 777714

Join by SIP
1604905019@sip.zoomgov.com

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] **Amended items appear in bold.**

**MATTERS GOING FORWARD:**

1. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into the First Amendment to the Superpriority Secured Debtor-In-Possession Credit Agreement and (II) Authorizing Entry Into (A) the Receivables Assignment Agreement and (B) the Deposit Account Control Agreement, (III) Authorizing the Granting of Liens on Certain Assets of Alliance One International, LLC, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 230 (sealed) & D.I. 231 (redacted), 7/27/20]

   Response Deadline:            July 31, 2020 at 4:00 p.m. (ET) **[Extended to August 3, 2020 at 9:00 a.m. (ET) for the Official Committee of Equity Security Holders]**

   Responses Received:

   A.       Informal comments from Westchester Fire Insurance Company

   B.       Informal comments from Finacity Corporation

   Related Documents:

   C.       Order Shortening Notice Period [D.I. 234, 7/27/20]

   D.       Joinder of Ad Hoc Crossholder Group to Debtors' Motion to Amend Debtor-in-Possession Credit Agreement [D.I. 235, 7/27/20]

   E.       Notice of Hearing on Motions [D.I. 237, 7/27/20]

   **F.       Notice of Filing of (I) Receivables Assignment Agreement, (II) Deposit Account Control Agreement, and (III) Security Agreement [D.I. 255, 7/31/20]**

   **G.       Notice of Filing of First DIP Amendment [D.I. 256, 7/31/20]**

   **Additional Items**:

   **H.       Informal response from the Equity Committee**

   Status     **Items A and B have been resolved through changes to the proposed form of order. The Debtors are working to address the matters raised in the Equity Committee's informal response.** This matter is going forward.

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Redact Certain Commercially Sensitive Information in Connection with Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into the First Amendment to the Superpriority Secured Debtor-In-Possession Credit Agreement and (II) Authorizing Entry Into (A) the Receivables Assignment Agreement and (B) the Deposit Account Control Agreement, (III) Authorizing the Granting of Liens on Certain Assets of Alliance One International, LLC, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 232, 7/27/20]

<table>
<tr><td>Response Deadline:</td><td>July 31, 2020 at 4:00 p.m. (ET) <strong>[Extended to August 3, 2020 at 9:00 a.m. (ET) for the Official Committee of Equity Security Holders]</strong></td></tr>
</table>

Response Deadline:           July 31, 2020 at 4:00 p.m. (ET) **[Extended to August 3, 2020 at 9:00 a.m. (ET) for the Official Committee of Equity Security Holders]**

Responses Received:          None to date

Related Documents:

A.    Order Shortening Notice Period [D.I. 234, 7/27/20]

B.    Notice of Hearing on Motions [D.I. 237, 7/27/20]

Status    This matter is going forward.

## STATUS CONFERENCE:

3.    Motion of Debtors Pursuant to Bankruptcy Rules 9023 and 9024 for Reconsideration of Order and Ruling Concerning the Appointment of an Official Equity Committee, or, in the Alternative, to Confirm the Scope of, and Set a Schedule for Confirmation Proceedings [D.I. 228, 7/27/20]

   Related Documents:

   A.    Order Granting Motion to Appoint Equity Committee [D.I. 196, 7/20/20]

   B.    Motion to Shorten Notice Period [D.I. 229, 7/27/20]

   C.    Joinder of Ad Hoc Crossholder Group to Debtors' Motion for Reconsideration of Order and Ruling Concerning the Appointment of an Equity Committee [D.I. 236, 7/27/20]

   D.    Notice of Appointment of Committee of Equity Security Holders [D.I. 243, 7/28/20]

   E.    Joinder of Wilmington Trust, National Association to Debtors' Motion for Reconsideration of Order and Ruling Concerning the Appointment of an Equity Committee [D.I. 245, 7/29/20]

   Status    This matter is going forward as a status conference solely with respect to the Debtors' request to confirm the scope of, and set a schedule for, confirmation proceedings.

*[Remainder of Page Intentionally Blank]*

26848943.1

Dated:  August 3, 2020              **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Tara C. Pakrouh (No. 6192)
Jordan E. Sazant (No. 6515)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:        pmorgan@ycst.com
              kcoyle@ycst.com
              tpakrouh@ycst.com
              jsazant@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Sandeep Qusba (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Daniel L. Biller (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:   (212) 455-2000
Facsimile:   (212) 455-2502

*Counsel to the Debtors and Debtors in Possession*

26848943.1

4