IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PYXUS INTERNATIONAL INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11570 (LSS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Margaret N. Rosenfeld, Esq. of the law firm of K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022, to represent Solana Holdings ("Solana Holdings") in this action.

Dated: August 3, 2020

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Telephone: (302) 416-7080
Email: steven.caponi@klgates.com
            matthew.goeller@klgates.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED Margaret N. Rosenfeld's motion for admission *pro hac vice* is granted.

**Dated: August 3rd, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.