# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Ref: Docket Nos. 230 & 232** |

**ORDER AUTHORIZING THE DEBTORS TO (A) REDACT CERTAIN COMMERCIALLY SENSITIVE INFORMATION IN CONNECTION WITH DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING ENTRY INTO (A) THE FIRST AMENDMENT TO THE SUPERPRIORITY SECURED DEBTOR-IN-POSSESSION CREDIT AGREEMENT AND (B) THE RECEIVABLES ASSIGNMENT AGREEMENT AND THE DEPOSIT ACCOUNT CONTROL AGREEMENT, (II) AUTHORIZING THE GRANTING OF LIENS ON CERTAIN ASSETS OF ALLIANCE ONE INTERNATIONAL, LLC, (III) MODIFYING THE AUTOMATIC STAY AND (IV) GRANTING RELATED RELIEF**

Upon the Debtors' motion (the "***Motion***")[2] for entry of an order (this "***Order***"), (i) authorizing the Debtors to redact and file under seal the Confidential Information contained in the Emergency Motion, and (ii) granting related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

26826170.2

Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to redact and file under seal the Confidential Information contained in the Emergency Motion.

3. Subject to Local Rule 9018-1(d), the Confidential Information shall remain under seal and confidential and shall not be made available to anyone other than (a) this Court; (b) the United States Trustee for the District of Delaware; (c) counsel to the Ad Hoc First Lien Group; (d) counsel to the Ad Hoc Crossholder Group and DIP Agent; and (e) counsel to any official committee appointed upon the execution of a mutually acceptable non-disclosure agreement.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*[Signature]*
**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

26826170.2  **Dated: August 3rd, 2020
Wilmington, Delaware**

3