## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.,* | Case No. 20-11570 (LSS) |
| Debtors. | (Joint Administration) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Amy R. Wolf of Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019 to represent the Ad Hoc Crossholder Group in the above-captioned cases.

Dated:  August 6, 2020          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

*/s/  Paige N. Topper*
Paige N. Topper (No. 6470)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I, Amy R. Wolf, certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of New York.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  August 6, 2020          WACHTELL, LIPTON, ROSEN & KATZ

*/s/  Amy R. Wolf*
Amy R. Wolf
51 West 52nd Street
New York, NY 10019
Tel: 212-403-1141
ARWolf@wlrk.com

## ORDER GRANTING MOTION
IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.