**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**:

- Receivables Assignment Agreement, Deposit Account Control Agreement, and Security Agreement [Docket No. 255]

- First DIP Amendment [Docket No. 256]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

Dated: August 7, 2020

*/s/ Matthew Gonzalez*
Matthew Gonzalez

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on August 7, 2020, by Matthew Gonzalez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 44714

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ELECTRIC SUPPLY & EQUIPMENT COMPANY | 1000 CLASSIC ROAD | | ar@ese-co.com | Email |
| FOOD AND DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVE | | TobaccoIndustryQuestions @fda.hhs.gov | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD | | fulk12@live.com | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | 2400 STANTONSBURG ROAD | | ttaylor@aointl.com | Email |
| ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 1310 G ST., NW BOX 12 WASHINGTON DC 20005 | | First Class Mail |
| BLUEALLY TECHNOLOGY SOLUTIONS LLC | AMBER WALSH | | awalsh@blueally.com | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | aginfo@azag.gov | Email |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | bankruptcy@coag.gov | Email |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | attorney.general@ct.gov | Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | webmaster@atg.state.il.us | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | ago@state.ma.us | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | miag@michigan.gov | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | ago.info.help@nebraska.go v | Email |
| STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | AgInfo@ag.nv.gov | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | askconsumeraffairs@lps.sta te.nj.us | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | consumer.affairs@tn.gov | Email |
| STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | public.information@oag.sta te.tx.us | Email |
| PREMIUM TOBACCO INTERNATIONAL DMCC | ATTN: ANDRE KONZEN | | Akonzen@premiumtobacco. | Email |
| TOBACCO TECHNOLOGY, INC. | ATTN: AYSE ADAMS | | aadams@tobaccotech.com | Email |
| DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | | attorney.general@state.de. us; attorney.general@delaware .gov | Email |
| ARNOLD & PORTER | ATTN: BENJAMIN MINTZ, HENRY G. MORRIELLO | | Benjamin.Mintz@arnoldpor ter.com; Harold.Morriello@arnoldpo rter.com | Email |
| WILLIS TOWERS WATSON NORTHEAST, INC. | ATTN: BOB KALBFELL | | robert.kalbfell@WillisTower sWatson.com | Email |
| CHEBROLU NARENDRANATH | ATTN: CHEBROLU NARENDRANATH | | narendra@deltaintech.com | Email |
| DELTA TECHNOLOGY SERVICES | ATTN: CHEBROLU NARENDRANATH | | narendra@deltaintech.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| DELAWARE DIVISION OF REVENUE | ATTN: CHRISTINA ROJAS, BANKRUPTCY ADMINISTRATOR | | FASNotify@state.de.us | Email |
| HOGAN & MCDANIEL | ATTN: DANIEL K HOGAN & GARVAN F MCDANIEL | | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com | Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER | | David.L.Buchbinder@usdoj. gov | Email |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS | | usade.ecfbankruptcy@usdo j.gov | Email |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, PAIGE N. TOPPER | | dabbott@mnat.com; ptopper@mnat.com | Email |
| EQUITY HOLDERS COMMITTEE | ATTN: ELVIS VISKOVIC | | elvisviskovic3@gmail.com | Email |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: EMILY MANBECK | | manbeck.emily@pbgc.gov; efile@pbgc.gov | Email |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON | | emonzo@morrisjames.com; bkeilson@morrisjames.com | Email |
| RPA ADVISORS, LLC | ATTN: ETHAN MINTZ, KIERAN KEAVENEY, JEFFREY SCHWENDEMAN | | emintz@rpaadvisors.com; kkeaveney@rpaadvisors.co m; jschwendeman@rpaadvisor s.com | Email |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: GARY BRESSLER | | gbressler@mdmc-law.com | Email |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: GREGORY W. WERKHEISER, NOELLE B. TORRICE | | gwerkheiser@beneschlaw.c om; ntorrice@beneschlaw.com | Email |
| CHINA TOBACCO YUNNAN | ATTN: HE JIE | | hej@ctyiec.cn | Email |
| EQUITY HOLDERS COMMITTEE | ATTN: HONGCHAO SUN | | bullrongrong@gmail.com | Email |
| PACHULSKI STANG ZIEHL & JONES | ATTN: JAMES E. O'NEILL, BRADFORD J. SANDLER | | joneill@pszjlaw.com; bsandler@pszjlaw.com; joneill@pszjlaw.com | Email |
| EQUITY HOLDERS COMMITTEE | ATTN: JAMES V VU | | jvvan93@gmail.com | Email |
| HANCHEN TOBACCO (HONG KONG) LTD | ATTN: JASON KWOK | | jason@hanchentobacco.co m | Email |
| CHINA TOBACCO INTERNATIONAL (HK) | ATTN: JIANG NAN | | jiangn@ctihk.com.hk | Email |
| MAYER BROWN LLP | Attn: Joaquin M. C de Baca, Youmi Kim | | jcdebaca@mayerbrown.co m; ykim@mayerbrown.com | Email |
| JT INTERNATIONAL SA | ATTN: JOHN FOTHERINGHAM | | john.fotheringham@jti.com | Email |
| WACHTELL, LIPTON, ROSEN & KATZ | Attn: Joshua A. Feltman, Angela K. Herring, Benjamin S. Arfa, Elyssa C. Eisenberg | | JAFeltman@wlrk.com; AKHerring@wlrk.com; BSArfa@wlrk.com; ECEisenberg@wlrk.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| WACHTELL LIPTON ROSEN & KATZ | ATTN: JOSHUA FELTMAN | | jafeltman@WLRK.com | Email |
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ATTN: KANDY WILLIAMS | | kandy.williams@bnymellon.com | Email |
| CARDNO CHEMRISK LLC | ATTN: KATE BUTKINS | | Kate.butkins@cardno.com | Email |
| KAMAN INDUSTRIAL TECHNOLOGIES | ATTN: KERMIT WHITE | | Kermit.White@kaman.com | Email |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER HANSEN, JONATHAN CANFIELD, MATTHEW G. GAROFALO, JOANNE LAU | | khansen@stroock.com; khansen@stroock.com; jcanfield@stroock.com; mgarofalo@stroock.com; jlau@stroock.com | Email |
| PHILIP MORRIS USA INC. | ATTN: LINWOOD SYKES | | Linwood.L.Sykes@altria.com | Email |
| BRENNTAG MID-SOUTH INC. | ATTN: LIZ GREENE | | lgreene@brenntag.com | Email |
| SYNCHROGENIX INFORMATION | ATTN: MARK HOVDE | | Mark.hovde@certara.com | Email |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: MICHAEL MORANO | | mmorano@mdmc-law.com | Email |
| LA CLINICAL TRIALS LLC | ATTN: MITCHELL NIDES | | mnides@laclinicaltrials.com | Email |
| KT&G CORPORATION | ATTN: MR. KWEON | | youngktg@ktng.com | Email |
| DELAWARE STATE TREASURY | ATTN: OFFICER, MANAGING AGENT, OR GENERAL AGENT | | statetreasurer@state.de.us | Email |
| ELLIS & WINTERS LLP | ATTN: PAMELA W. MCAFEE | | pam.mcafee@elliswinters.com | Email |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K. MORGAN, KARA HAMMOND COYLE, ASHLEY E. JACOBS, ELIZABETH S. JUSTISON | | pmorgan@ycst.com; kcoyle@ycst.com; ajacobs@ycst.com; ejustison@ycst.com | Email |
| WILMINGTON TRUST, N.A. | ATTN: PETER FINKEL | | pfinkel@wilmingtontrust.com | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: RANDY W. FULK, BCTGM INTERNATIONAL REPRESENTATIVE | | fulk12@live.com | Email |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: ROBERT E NIES | | rnies@csglaw.com | Email |
| MONTROSE ENVIRONMENTAL GROUP INC | ATTN: RUDY MITCHELL | | rudy.mitchell@enthalpy.com | Email |
| RICHARDS LAYTON & FINGER | ATTN: RUSSELL C. SILBERGLIED, TRAVIS J. CUOMO | | silberglied@rlf.com; cuomo@rlf.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA; MICHAEL H. TORKIN; KATHRINE A. MCLENDON; NICHOLAS E. BAKER; DANIEL L. BILLER; JAMIE J. FELL | | squsba@stblaw.com; michael.torkin@stblaw.com; kmclendon@stblaw.com; nbaker@stblaw.com; daniel.biller@stblaw.com; jamie.fell@stblaw.com | Email |
| WHITE & CASE LLP | ATTN: SCOTT GREISSMAN AND ANDREW ZATZ | | azatz@whitecase.com | Email |
| SHENZHEN TOBACCO IMP/EXP CO LTD | ATTN: SHAO YI | | 110726887@gg.com | Email |
| CORTLAND CAPITAL MARKET SERVICES LLC | ATTN: STEVE LENDARD | | legal@cortlandglobal.com | Email |
| EMMET, MARVIN & MARTIN LLP | ATTN: THOMAS A. PITTA | | tpitta@emmetmarvin.com | Email |
| KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, ESQ. | | TMEYERS@KILPATRICKTOWNSEND.COM | Email |
| KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO, KELLY E. MOYNIHAN | | TMEYERS@KILPATRICKTOWNSEND.COM; GFINIZIO@KILPATRICKTOWNSEND.COM; KMOYNIHAN@KILPATRICKTOWNSEND.COM | Email |
| LOCAL NO. 270-T BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNAITONAL UNION (AFL-CIO-CLC) | ATTN: TRACY TAYLOR, UNION PRESIDENT | | ttaylor@aointl.com | Email |
| QLIKTECH INC. | ATTN: TREY MEADOWS | | trey.meadows@qlik.com | Email |
| CHINA TOBACCO GUIZHOU | ATTN: WEI YI | | wyconni@126.com | Email |
| JV ADAMS THAI ROYALITIES | ATTN: WING CHUNG | | wfc@adamsint.com | Email |
| DEUTSCHE BANK SECURITIES | ATTN: YUMI OKABE AND FRANK FAZIO | | yumi.okabe@db.com; frank.fazio@db.com | Email |
| TRUST TOBACCO INDUSTRY IMPORT | ATTN: ZHAO FUYAN | | marketing_dpt@trustobacco.com | Email |
| TOP 30 LARGEST UNSECURED CREDITORS | CAROLINA COASTAL SUPPLY LLC | ATTN: BRAD WELCH 112 FRANKLIN PARK DRIVE YOUNGSVILLE NC 27596 | | First Class Mail |
| WILSON ENERGY | CUSTOMER SERVICE | | customerservice@wilsonnc.org | Email |
| THE DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS, FRANCHISE TAXES | | dosdoc_Ftax@state.de.us | Email |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | 600 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20580 | | First Class Mail |
| HAUNI RICHMOND INC | FERNANDO NERO | | fernando.nero@hauni.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| CHINA TOBACCO HUNAN IMPORT AND EXPORT | MR. DAI CHAO | | daic0495@163.com | Email |
| DEUTSCHE BANK SECURITIES | NICHOLA BELL | | nichola.bell@db.com | Email |
| PENSION BENEFIT GUARANTY | PENSION BENEFIT GUARANTY | P O BOX 105758<br>ATLANTA GA 30348-5758 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | POLYCHEM CORPORATION | ALI ADINARO<br>6277 HELSLEY ROAD<br>MENTOR OH 44060 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY | | secbankruptcy@sec.gov | Email |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>NEW YORK REGIONAL OFFICE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITORS | SEFCO FINANCE INC. SAL (OFFSHORE) | ATTN: HASAN ALDABAGH<br>SABA ZREQ STREET<br>EL-MAHMOUD BUILDING, 2ND FLOOR<br>TRIPOLI LEBANON | | First Class Mail |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>DENVER CO 80203 | | First Class Mail |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>ST. PAUL MN 55101-2131 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL ALBANY  NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT STRAWBERRY SQUARE HARRISBURG PA 17120 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 11549 COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 900 EAST MAIN STREET RICHMOND  VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 1125 WASHINGTON ST. SE OLYMPIA WA 98504-0100 | | First Class Mail |
| WILMINGTON TRUST | WILMINGTON TRUST | ONE M&T PLAZA BUFFALO NY 14240 | | First Class Mail |