**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

**DECLARATION OF JAMES DALOIA OF PRIME CLERK LLC**
**REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS**
**CAST ON THE JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION**
**OF PYXUS INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS**

I, James Daloia, declare, under the penalty of perjury that the following is true and correct to the

best of my knowledge, information and belief:

1.       I am the Director of Global Corporate Actions at Prime Clerk LLC ("Prime

Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY

10165.  I am over the age of eighteen years and not a party to the above-captioned action.  Unless

otherwise noted, I have personal knowledge of the facts set forth herein.

2.       I submit this Declaration with respect to the solicitation of votes and the tabulation

of ballots cast on the *Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International,*

*Inc. and its Affiliated Debtors*, dated June 14, 2020 (as may be amended, supplemented, or

modified from time to time, (the "Plan")[2] [Docket No. 21].  Except as otherwise noted, all facts

set forth herein are based on my personal knowledge, knowledge that I acquired from individuals

---

[1]    The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603).  The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

[2]    All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement (as defined below).

under my supervision, and/or my review of the relevant documents.  I am authorized to submit this Declaration on behalf of Prime Clerk.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.      Prior to the commencement of these Chapter 11 Cases, Pyxus International, Inc., *et al.,* and its affiliated debtors and debtors in possession (collectively, the "Debtors") appointed Prime Clerk as their solicitation and tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto.  Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.  On June 16, 2020, this Court authorized Prime Clerk's retention as the Debtors' claims and noticing agent pursuant to the *Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent for the Debtors* [Docket No. 69].  Additionally, on July 20, 2020, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Effective as of the Petition* Date [Docket No. 199] .

### Service and Transmittal of Solicitation Packages and Tabulation Process

4.      The procedures adhered to by Prime Clerk for the solicitation and tabulation of votes are outlined in the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and its Affiliated Debtors,* dated June 14, 2020 [Docket No. 22] (the "Disclosure Statement") and the ballots distributed to parties entitled to vote on the Plan (collectively, the "Solicitation Procedures").  I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5.      The Debtors established June 12, 2020 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan.  Pursuant to the Plan and

the Solicitation Procedures, only holders with claims in the following classes as of the Voting

Record Date were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Plan Class | Class Description |
|:---:|:---:|
| 3 | First Lien Notes Claims |
| 4 | Second Lien Notes Claims |

No other classes were entitled to vote on the Plan.

6.        In accordance with the Solicitation Procedures and procedures commonly used to

serve solicitation materials on holders of public securities, Prime Clerk worked closely with the

Debtors and their advisors to coordinate the distribution of solicitation materials to holders of public

securities in the Voting Classes.  A detailed description of Prime Clerk's distribution of solicitation

materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials* [Docket No.

122].

7.        Further, in accordance with the Solicitation Procedures, Prime Clerk reviewed,

determined the validity of, and tabulated the ballots submitted to vote on the Plan.  Each ballot

submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime

Clerk's voting database and processed in accordance with the Solicitation Procedures.  To be

included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant

to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or

such holder's authorized representative), (c) returned to Prime Clerk via an approved method of

delivery set forth in the Solicitation Procedures and (d) received by Prime Clerk by 5:00 p.m.

(prevailing Eastern Time) on July 20, 2020 (the "Voting Deadline").

8.        All valid ballots cast by holders entitled to vote in the Voting Classes and received

by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation

Procedures.

9.      The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10.     A report of all ballots received but excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

11.     Prime Clerk also distributed copies of the Equityholder Opt-Out Form (as defined in the Disclosure Statement) to holders of Interests in Class 10.  All valid Equityholder Opt-Out Forms cast by holders entitled to submit one and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures. Prime Clerk received eighty three (83) properly executed Equityholder Opt-Out Forms[3].

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and final tabulation of Ballots in connection with the Plan is true and correct.

Dated: August 11, 2020                    _/s/ James Daloia_
                                          James Daloia
                                          Director of Global Corporate Actions
                                          Prime Clerk LLC

---

[3] For the avoidance of doubt, this Declaration does not certify the validity of any Opt-Out Elections; such information is provided for reporting and informational purposes only.

**Exhibit A**

**Pyxus International, Inc.,** *et al*
**Exhibit A- Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 3 | First Lien Notes Claims | 56 | 0 | $249,640,000.00 | $0.00 | ACCEPTS |
| | | 100% | 0% | 100% | 0% | |
| 4 | Second Lien Notes Claims | 465 | 97 | $486,031,100.00 | $1,657,000.00 | ACCEPTS |
| | | 82.74% | 17.26% | 99.66% | 0.34% | |

**Exhibit B**

**Pyxus International, Inc.,** *et al*
**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP / ISIN | Customer Identification Number | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 3 | First Lien Notes Claims | 4816 | N/A | U0187PAH9 | 4597263325795999 | $1,000,000.00 | Accept | NOT A RECORD DATE HOLDER |
| 3 | First Lien Notes Claims | 4816 | N/A | 018772AT0 | 9009709553133813 | $16,210,000.00 | Accept | NOT A RECORD DATE HOLDER |
| 4 | Second Lien Notes Claims | 5029 | N/A | 018772AS2 | 3720411999782650 | $8,000.00 | Accept | NOT A RECORD DATE HOLDER |
| 4 | Second Lien Notes Claims | 15 | MSSB | 018772AS2 | 8950267824774722 | $50,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 15 | MSSB | 018772AS2 | 6840070746713728 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 141 | WELLS CLRG | 018772AS2 | 6920601991560540 | $15,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 141 | WELLS CLRG | 018772AS2 | 1670778122898665 | $20,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 141 | WELLS CLRG | 018772AS2 | 5158428284998781 | $25,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 7231276852424204 | $50,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 4534819843755435 | $50,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 2902570869602397 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 6086022890151556 | $25,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 1679726701402795 | $30,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 1382647639536083 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 7377693884849695 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 4670627970791181 | $30,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 164 | CHS SCHWAB | 018772AS2 | 9719005816926446 | $50,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 7694846196371877 | $25,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 5236591959012778 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 6049683784937395 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 7764191405192421 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 1361441657051243 | $12,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 0701138909615757 | $2,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 4886508792971710 | $2,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 3672690463062416 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 8651850842111010 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 8257798555002501 | $13,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 188 | TD AMERITR | 018772AS2 | 0904368807046234 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 221 | UBS FINAN | 018772AS2 | 0331220758991411 | $3,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 221 | UBS FINAN | 018772AS2 | 6098327639220684 | $500.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 221 | UBS FINAN | 018772AS2 | 6584085970552861 | $12,500.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 235 | RBCCAPMKTS | 018772AS2 | 5673150066062854 | $30,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 235 | RBCCAPMKTS | 018772AS2 | 2686178164886104 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 235 | RBCCAPMKTS | 018772AS2 | 6879737128797062 | $4,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 235 | RBCCAPMKTS | 018772AS2 | 5584350689636020 | $20,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 235 | RBCCAPMKTS | 018772AS2 | 1769677561983392 | $30,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 793 | STIFEL | 018772AS2 | 0629869477458459 | $30,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 793 | STIFEL | 018772AS2 | 7836195908918989 | $125,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 793 | STIFEL | 018772AS2 | 9858486038141420 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 385 | E*TRADE | 018772AS2 | 4755454950844155 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 385 | E*TRADE | 018772AS2 | 4817113743423991 | $30,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 571 | OPPENHEIME | 018772AS2 | 7270838513171303 | $50,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 6080496641401961 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 9304627842736489 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 0332725073061268 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 6933135884394583 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 4696828955626685 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 8470865916959652 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 1916295908 50420 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 4428548741188896 | $2,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 3946543002414205 | $1,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 5612342543748828 | $2,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 0858738544072825 | $8,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 4542924155309824 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 4342810106636314 | $20,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 1286493657961221 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 3372534168290515 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 5847860309522494 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 1312102222104846 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 8071652133437751 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 7745729547646000 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 4655838637032452 | $35,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 5467228200390381 | $15,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 0790216477578084 | $20,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |

**Pyxus International, Inc., *et al***
**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP / ISIN | Customer Identification Number | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 9621337690904530 | $3,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 9739184105833308 | $24,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 8300938168264023 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 2807115824971732 | $12,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 7587012531682759 | $40,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 0349954216510985 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 7984625856436862 | $7,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 5441709687768746 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 7977910233925928 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 6932690547443848 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 226 | NFS LLC | 018772AS2 | 1354557055644800 | $10,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 62 | VANGUARD | 018772AS2 | 4881686118603802 | $2,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 62 | VANGUARD | 018772AS2 | 9945202827441480 | $50,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 62 | VANGUARD | 018772AS2 | 4228075248462941 | $15,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 62 | VANGUARD | 018772AS2 | 5341541376974756 | $7,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 62 | VANGUARD | 018772AS2 | 3573742802441374 | $20,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | 62 | VANGUARD | 018772AS2 | 0556012167051771 | $5,000.00 | N/A | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Second Lien Notes Claims | N/A | N/A | 018772AS2 | Beneficial Holder | $8,675,000.00 | Accept | POSITION NOT VALIDATED BY NOMINEE |
| 4 | Second Lien Notes Claims | N/A | N/A | 018772AS2 | Beneficial Holder | $5,000.00 | Accept | POSITION NOT VALIDATED BY NOMINEE |
| 4 | Second Lien Notes Claims | N/A | N/A | 018772AS2 | Beneficial Holder | $100,000.00 | Accept | POSITION NOT VALIDATED BY NOMINEE |
| 4 | Second Lien Notes Claims | N/A | N/A | 018772AS2 | Beneficial Holder | $8,000.00 | Accept | POSITION NOT VALIDATED BY NOMINEE |
| 4 | Second Lien Notes Claims | N/A | N/A | 018772AS2 | Beneficial Holder | $50,000.00 | Accept | POSITION NOT VALIDATED BY NOMINEE |
| 4 | Second Lien Notes Claims | N/A | N/A | 018772AS2 | Beneficial Holder | $10,000.00 | Accept | POSITION NOT VALIDATED BY NOMINEE |