IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | : Case No. 20-11570 (LSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Hearing Date: TBD** |
| | : **Objection Deadline: August 25, 2020 at 4:00 p.m. ET** |

### NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO RETAIN AND EMPLOY LINCOLN PARTNERS ADVISORS LLC, AS A FINANCIAL ADVISER <u>*NUNC PRO TUNC*</u> TO AUGUST 1, 2020

**PLEASE TAKE NOTICE** that on August 11, 2020, the Official Committee of Equity Security Holders (the "<u>Committee</u>") of Pyxus International, Inc., *et al*., appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the *Application of the Official Committee of Equity Security Holders to Retain and Employ Lincoln Partners Advisors LLC, as a Financial Adviser Nunc Pro Tunc to August 1, 2020* (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application shall conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Court and be served upon the undersigned so as to be received no later than **August 25, 2020 at 4:00 p.m. (ET).**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

**PLEASE TAKE FURTHER NOTICE** that the Application will be considered at a hearing on a date to be determined before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, DE 19801.

**IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: August 11, 2020 | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

-and-

Edward Schnitzer, Esq.
David M. Banker, Esq.
437 Madison Avenue
New York, NY 10022
Telephone: (212) 867-9500
E-mail: eschnitzer@mmwr.com
E-mail: dbanker@mmwr.com

-and-

Richard J. Corbi, Esq.
THE LAW OFFICES OF RICHARD J. CORBI PLLC
1501 Broadway, 12th Floor
New York, NY 10036
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com

*Proposed Counsel to the Official Committee of Equity Security Holders*