# **EXHIBIT B**

**Declaration of Brendan J. Murphy**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PYXUS INTERNATIONAL, INC., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 20-11570 (LSS)<br><br>Jointly Administered |

### DECLARATION OF BRENDAN J. MURPHY IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO RETAIN AND EMPLOY LINCOLN PARTNERS ADVISORS LLC, AS A FINANCIAL ADVISER *NUNC PRO TUNC* TO AUGUST 1, 2020

Pursuant to section 1746 of title 28 of the United States Code, I, Brendan J. Murphy, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Director of Lincoln's Special Situations Group at Lincoln Partners Advisors LLC ("Lincoln"), which has its principal office at 500 West Madison Street, Suite 3900 Chicago, IL. I am authorized to execute this declaration on behalf of Lincoln. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein, whether through direct knowledge or based upon information provided to me by employees of Lincoln.

2. I submit this Declaration in support of the Application (the "Application") of the Official Committee of Equity Security Holders (the "Committee") of Pyxus International, Inc. ("Pyxus") and its affiliated debtors and debtors-in-possession (collectively the "Debtors" or the

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

"Company") for the entry of an order authorizing the Committee to retain and employ Lincoln as financial advisor and investment banker to the Committee, effective *nunc pro tunc* to August 1, 2020, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and in accordance with the terms and conditions set forth in the engagement letter between the Committee and Lincoln dated August 1, 2020, including its terms for indemnification and contribution contained in Exhibit 1 to the engagement letter (the "Engagement Letter").

3.      Lincoln is an internationally recognized investment bank with both extensive relevant experience and an excellent reputation in providing financial advisory services in other large and complex chapter 11 cases. Lincoln has deep experience assessing and valuing businesses with characteristics similar to the Debtors', and Lincoln's professionals have significant experience directly relevant to the Cases including expertise in agriculture, tobacco and specialty tobacco related products, complex valuations and restructuring negotiations. As a global advisory firm, Lincoln offers services across multiple groups within the investment bank including the Capital Advisory Group, which includes the Special Situations and Debt Advisory groups of the investment bank, and the Mergers & Acquisitions Group. Through its Valuation Group, Lincoln also values over 2,100 public and private companies on a quarterly basis primarily on behalf of asset management firms.

4.      Lincoln professionals have been involved in the restructuring of over $100 billion in indebtedness and closed over 225 investment banking transactions in 2019 alone. Lincoln's Valuation Group regularly values over 2,100 companies on a quarterly basis. With approximately 60 valuation professionals and a highly experienced senior leadership team, Lincoln's Valuation

Group is well equipped to quickly understand and perform complex company and asset valuations. In addition, members of Lincoln's Special Situations Group have decades of experience in preparing expert valuation reports and opinions, performing business plan analysis, and delivering in-court expert testimony on behalf of committees, including several equity committees, regarding valuation work performed and the valuation conclusions reached. Members of Lincoln's Special Situation Group have represented over fifty official committees in developing and analyzing sales transactions, restructurings transactions, expert valuation reports and plans of reorganization including, among others, committees in *In re Dura Automotive Systems, Inc., et al,* No. 19-12378 (Bankr. D. Del. 2019); *In re PG&E Corporation*, *et al,* 19-30088 (Bankr. N.D. Cal. 2019), *In re Dura Automotive Systems, Inc., et al.*, No. 06-11202 (Bankr. D. Del. 2006), *In re Chassix Holdings, Inc., et al*, No. 15-10578 (Bankr. S.D.N.Y. 2015), *In re K-V Discovery Solutions, Inc.,* No. 12-13346 (Bankr. S.D.N.Y. 2012), *In re Citadel Broad. Corp.*, No. 09-17442 (Bankr. S.D.N.Y. 2010), *In re Trico Marine Servs., Inc.*, No. 10-12653 (Bankr. D. Del. 2010), *In re Philadelphia Newspapers, LLC*, No. 09-11204 (Bankr. E.D. Pa. 2009), *In re Hayes Lemmerz International Inc., et al.*, No. 09-11655 (Bankr. D. Del. 2009), *In re Global Power Equipment Group, Inc., et al.*, No. 06-11045 (Bankr. D. Del. 2006) and *In re Cable & Wireless USA, Inc., et al.*, No. 03-13711 (Bankr. D. Del. 2003). Lincoln's professionals have a proven track record in complex restructuring cases including in *In re Residential Capital, LLC, et al.*, No. 12-12020 (Bankr. S.D.N.Y. 2010), *In re Visteon Corporation, et al*, No. 09-11786 (Bankr. D. Del. 2009) and *In re Comdisco Holding Company, Inc.*, No. 01-24795 (Bankr. N.D. Ill. 2001).

5.      In connection with its proposed retention by the Committee in the Debtors' Cases, Lincoln obtained from the Committee and/or its representatives the names of individuals and entities that may be parties in interest (individually a "Potential Party in Interest" and collectively

the "Potential Parties in Interest") in the Cases. A list of the Potential Parties in Interest is attached hereto as **Schedule 1**. Lincoln searched the name of each Potential Party in Interest in Lincoln's customer relationship management software platform (the "Lincoln CRM") to determine the names of each Potential Party in Interest that has entered into engagement agreements with Lincoln in the last two years. Additionally, where a search of the Lincoln CRM *did not* produce a name identical to the name of Potential Party In Interest but *did* produce a name that could potentially be an affiliate of an Potential Party in Interest or associated with a Potential Party in Interest by virtue of name similarity, Lincoln also identified and disclosed relationships with any such Potential Party in Interest.

6.  In several instances, the names on the Debtors' list of Potential Parties in Interest were very common and/or generic. As such, it was not possible to identify with certainty whether Lincoln has any client relationship to disclose for those specific names.

7.  To the extent that this inquiry revealed that any of the Potential Parties in Interest (or their apparent affiliates or entities that Lincoln believes to be affiliates, as the case may be) entered into any such engagement agreements with Lincoln within the last two years, such parties are listed on **Schedule 2** annexed hereto.

8.  To the best of my knowledge and belief, Lincoln's representation of each entity listed on Schedule 2 (or their apparent affiliates or entities that Lincoln believes to be affiliates, as the case may be) was or is only on matters that are unrelated to the Debtors and these Cases. Other than as listed on Schedule 2, I am unaware of any investment banking engagements of Lincoln by the Potential Parties in Interest within the last two years.

9.  Given the size of Lincoln and the breadth of Lincoln's client base, however, it is possible that Lincoln may now or in the future be retained by one or more of the Potential Parties

in Interest in unrelated matters without my knowledge. To the extent the Debtors discover and disclose additional Potential Parties in Interest during the course of these Cases, Lincoln will use reasonable efforts to identify whether a material relationship exists with any such parties. To the extent that Lincoln discovers or enters into any new, material relationship with Potential Parties in Interest, it will supplement this Declaration.

10. In addition to the parties listed on Schedule 2, Lincoln may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties in Interest and Lincoln may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties in Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lincoln's and the applicable law firm). Lincoln may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are Potential Parties in Interest. Certain of the Potential Parties in Interest may also be vendors and/or have other non-investment banking relationships with Lincoln.

11. Although Lincoln has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom Lincoln may maintain business relationships. In addition, as of the date hereof, Lincoln and its affiliates have approximately 500 employees worldwide. It is possible that certain of Lincoln's and its affiliates' respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (a) the Debtors, (b) Potential Parties in Interest, or (c) funds or

other investment vehicles that may own debt or securities of the Debtors or Potential Parties in Interest.

12. Presently, Lincoln's Valuations Group, which values over 2,100 public and private companies on a quarterly basis, performs certain limited financial reporting valuation engagements for the asset management affiliates of certain of the Debtors' lenders as listed in Schedule 2. These financial reporting and valuation engagements are unrelated to the Debtors and their Cases.

13. Lincoln provided mergers & acquisitions advisory services or debt advisory services to certain of the Debtors' vendors or ordinary course professionals. These services were provided in matters unrelated to the Debtors and their Cases.

14. Other than as disclosed herein, Lincoln has no relationship with the Debtors of which I am aware after due inquiry. Based on the foregoing, I believe Lincoln is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

15. The compensation structure, including the indemnification obligations, set forth in the Application and Engagement Letter were negotiated at arms' length, and are consistent with Lincoln's typical compensation for work of this nature. The indemnification terms sought here have been standard for Lincoln engagements for years, and I believe them to be comparable to those generally obtained by financial advisory firms of similar stature to Lincoln for comparable engagements, both in and out of court. I am not aware of any restructuring engagements, whether in or out of court, where Lincoln has been engaged with indemnification provisions that are not consistent in all material respects with those requested here.

Dated: August 11, 2020

_____
Brendan J. Murphy
Managing Director of Special Situations Group
Lincoln Partners Advisors LLC

# **Schedule 1**

Interested Parties/Potentially Interested Parties

**Pyxus Interested Parties List**

**Bankruptcy Judges:**

Chief Judge Christopher S. Sontchi
Judge Ashely M. Chan (visiting E.D. Pa)
Judge Brendan L. Shannon
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath

**Bankruptcy Professionals:**

Deloitte & Touche LLP
Ernst & Young US LLP
Lazard Ltd
Perella Weinberg Partners
Prime Clerk LLC
Robinson Bradshaw & Hinson PA
RPA Advisors LLC
RPA Asset Management Services LLC
Simpson Thacher & Bartlett LLP
Stroock & Stroock & Lavan LLP
TRS Advisors LLC
Wachtell, Lipton, Rosen & Katz
Young Conaway Stargatt & Taylor, LLP

**Banks/Lenders:**

Akbank
Banco de la Ciudad de Buenos Aires
Banco de La Nacion
Banco do Brasil
Banco Francis
Banco Macro
Banco Votorantim
Bank of America Merrill Lynch
CBZ Bank Limited
China Construction Bank
Citibank NA
Banco Daycoval
Cortland Capital Market Services LLC
Deutsche Bank AG
Deutsche Bank Trust
Eastern & Southern African Trade & Development Bank (a/k/a "TDB")
Finacity Corporation
Finacity Receivables LLC
Halkbank AS
Industrial and Commercial Bank of China
Industrial and Commercial Bank of China - Dubai
ING Groep NV
ING Investment

Komercijalna Banka
NBS Bank
NLB Banka
Ohridska Banka AD Ohrid
Sparkasse Bank
Stanbic Bank
Standard Bank Group
Standard Bank Isle of Man
Standard Bank of Malawi
Stopanska Banka
The Bank of New York Mellon
Wells Fargo Bank NA
Wells Fargo NA

**Bondholders – Indentured Trustees:**

AdvisorShares Trust
Argo Group International Holdings
Bank of New York Mellon Corp
BlackRock Inc
CI Investments Inc/Canada
Cigna Health & Life Insurance Co
Cigna Investments Inc
Connecticut General Life Insurance
Credit Agricole Group
Deutsche Bank Securities Inc
Deutsche Bank Trust Company
Doubleline Capital LP
Erie Family Life Insurance Co
FGL Holdings
Flow Investment Services Corp
Franklin Resources Inc
Guggenheim Partners LLC
Invesco Ltd
Kaizen Advisory LLC
Legal & General Group PLC
Legg Mason Inc
Liberty Bankers Life Insurance Co
Life Insurance Co of North America
London Life Insurance Co
Lord Abbett & Co LLC
Lysander Funds Ltd
Lyxor International Asset Manageme
Nordea Bank ABP
Northeast Investors Trust
Osterweis Capital Management Inc
Principal Financial Group Inc
Prudential Financial Inc
Purpose Investments Inc
Schroders PLC
Sentry Investments Corp
Shelton Capital Management

St James Place PLC
State Street Corp
Teachers Insurance & Annuity Assoc
The Bank of New York Mellon Trust Company, N.A.
Thrivent Financial for Lutherans
TKB BNP Paribas Investment Partner
Vontobel Holding AG
Wells Fargo Securities LLC
Wilmington Trust
WisdomTree Investments Inc
Zuercher Kantonalbank

**Contract Counter-Parties:**

Allan Holdings Inc
Anything PC Cary LLC
Battelle Memorial Institute
British American Tobacco Limited
Cardno ChemRisk
China Brasil Tabacos
China Tobacco Guizhou
China Tobacco Import and Export
China Tobacco International (HK)
China Tobacco International, Inc.
China Tobacco Yunnan
Cornell University
Couldrey & Cureau del Uruguay S.A.
CTIEC Sichuan
Degesch America Inc
DGD Holdings LLC
Eastern Company S.A.E.
Edwin Jewell
Enthalpy Analytical, LLC
FTM Tobacco International
Gadora International CO LTD
Grant J. Boatman
Hamilton Morrisville LLC
HAS Enterprises Inc.
Hawkeye Enterprises Inc
Hold Fast Vapors, Inc.
Imperial Brands, PLC
Imperial Tobacco Group
Ioto USA E-Liquids, LLC
John Middleton Co.
JT International SA
KAP Enterprises Inc.
LA Clinical Trials, LLC
Lancaster Leaf Tobacco Company
My Vape Order International, Inc.
My Vape Order, Inc
Nicotine River, LLC
P.E.I. Inc.
Parque Industrial
Philip Morris International Management SA
Philip Morris USA Inc.

Pizzagalli Properties, LLC
R.J. Reynolds Tobacco Company
RJ Reynolds Tobacco Company
Shenzhen Smoore Technology Limited
Sherman's 1400 Broadway, N.Y.C., LLC
Skytel Systems, LLC
Taylor Built Holdings Inc
TCP NC LLC
Turning Point Brands, Inc.
Venebio Group, LLC
Vision Holdings Inc
Xinjiang Tobacco Import and Export

**Debtors:**

Alliance One International, LLC f/k/a AOI, LLC
Alliance One North America, LLC
Alliance One Specialty Products, LLC
GSP Properties, LLC
Pyxus International Inc. (f/k/a Alliance One International Inc.)

**Current Directors/Officers:**

Alexandre Strohschoen
B. Lynne Finney
C. Richard Green, Jr.
Charles Richard Green Jr.
Christian L. Cypher, III
Crystal H. Ellis
Donna H. Grier
Dustin L. Styons
Graham J. Kayes
Herbert Weatherford
J. Pieter Sikkel
Jeffrey A. Eckmann
Joel L. Thomas
John D. Rice
Joyce L. Fitzpatrick
Laura D. Jones
Mark W. Kehaya
Martin R. Wade, III
Meredith Wright
Michael Shannon
Nathan A. Richardson
Nigel G. Howard
Philip C. Garofolo
S. Kristin Hale
Todd B. Compton
Tracy G. Purvis
William L. O'Quinn, Jr.
Yralda Cruz

**Equity Shareholders in Excess of 5%:**

BlackRock Inc
Dimensional Fund Advisors LP
Donald Smith & Co Inc
Mark W. Kehaya

**Former Officers/Directors:**

Bryan T. Mazur
Carl L. Hausmann
Cliff Purcell
Dale Scheetz
Daniel A. Castle
Rick N. Hardy
Ryan H. Stewart

**Governmental/Regulatory Agencies:**

Alcohol and Tobacco Trade and Tax Bureau
California Department of Labor and Employment
Colorado Department of Agriculture
Colorado Department of Labor and Employment
Delaware Department of State Division of Corporations
Drug Enforcement Administration
Environmental Protection Agency
Federal Trade Commission
Georgia Department of Agriculture
Georgia Department of Labor
Kentucky Department of Labor
Maryland Department of Labor
Massachusetts Executive Office of Labor and Workforce Development
Minnesota Dept of Employment and Economic Development
North Carolina Department of Environment & Natural Resources
North Carolina Division of Employment Security
North Carolina Department of Justice
North Carolina Department of Labor
North Carolina Dept of Agriculture
Occupational Safety and Health Administration
Ohio Department of Job and Family Services
Ohio Bureau of Workers' Compensation
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Labor and Industry
Pennsylvania Department of State
Pension Benefit Guaranty Corporation
Securities & Exchange Commission
South Carolina Department of Employment and Workforce
Tennessee Department of Labor & Workforce Development
US Customs and Border Protection
US Department of Agriculture
US Department of Justice
US Department of Labor
US Food & Drug Administration
Virginia Department of Agriculture
Virginia Department of Labor & Industry
Virginia Employment Commission

**Insurance and Surety Bonds:**

ACE Property and Casualty Insurance Company
Aetna Life Insurance Company
Aflac
AIG
AIG (National Union Fire)
Allied World Insurance Co.
Ascot Group, Ltd. (ASC)
AWAC
AXIS Insurance Co.
BlueCross and BlueShield of NC
Brit Global Specialty USA
Chaucer Syndicates, Ltd.
Chubb Global Markets as trading name of Chubb European Group Ltd
Chubb Insurance Vietnam Co Ltd
Delta Dental Plan of NC
Endurance Assurance Co
Endurance Risk Solutions (Endurance Speciality Holdings, LTD) via W. Brown
Endurance Risk Solutions Assurance Co. (Sompo)
Euler Hermes North America
Federal Insurance Co.
Global Underwriters Inc
Great American Insurance Group
Hartford Specialty Company
HDI Global Insurance Co.
Humana Insurance Co
Indian Harbor Insurance Co.
International Fidelity
International Fidelity Insurance Co.
International Insurance Co. of Hanover SE
International SOS Assistance, Inc
Lloyd's / Uwrs in London
Lloyds
Met Life
Nassau Life Insurance Company
National Union Fire Insurance Co. of Pittsburgh, PA
Nationwide Life Insurance Co.
Navigators Insurance Co
OH State Workers Compensation Bureau
Pardus Underwriting Ltd. (UK)
Pension Benefit Guaranty
QBE Insurance Group, Ltd.
Reliastar Life Insurance Company

Sleepy Hollow Development Co.
Starr Insurance & Reinsurance
State National Insurance Co., Inc. (Canopius)
Superior Vision Insurance Inc
Talbot Underwriting Ltd.
The Hartford Insurance Group
Travelers Ins Co.
Utmost Worldwide Limited
Westchester Fire Insurance Co. (Chubb Group)
Western Surety Company
Willis Limited Financial SolutionsMRCDirect
Willis of New York, Inc
Willis of NY Premium Trust
Willis Towers Watson Northeast, Inc.
Wills Watson Towers
XL Insurance American, Inc.
Zurich American Insurance Co.

**Landlords:**

Aerial Center Realty Corporation
Harrington Companies LLC
MDCentric Technologies
United Tobacco Company

**Litigation Parties:**

California Department of Justice
City of New York
U.S. Food and Drug Administration

**Non-Debtor Affiliates:**

A.C. Monk and Company, Inc.
Adams International Limited
Alliance One (Beijing) Enterprise Management and Consulting Services Co. Ltd.
Alliance One Brasil Exportadora de Tabacos Ltda.
Alliance One Industries India Pvt Ltd.
Alliance One International GmbH f/k/a Alliance One International AG
Alliance One International Holdings, Ltd.
Alliance One International Services Ltd.
Alliance One International Services, Inc.
Alliance One International Singapore Pte. Ltd.
Alliance One International Tabak B.V.
Alliance One Macedonia AD
Alliance One Myanmar Company Limited
Alliance One Rotag AG
Alliance One Services (Thailand) Ltd.
Alliance One Tabaco Guatemala, S. A.
Alliance One Tobacco (Malawi) Limited
Alliance One Tobacco (Uganda) Limited
Alliance One Tobacco Argentina S.A.
Alliance One Tobacco Bulgaria EOOD
Alliance One Tobacco Canada, Inc.
Alliance One Tobacco d.o.o. (Serbia)
Alliance One Tobacco Kenya Limited
Alliance One Tobacco Tanzania Ltd
Alliance One Tutun Anonim Sirketi
Alliance One Zambia Limited
Anthos Botanical DOOEL
AOI Relief Fund
AOSP Investments, LLC
Association of Tanzania Tobacco Traders
Austin-Carolina Company
British Leaf Tobacco Company of Canada, Inc.
Canada's Island Garden Inc. a/k/a FIGR East
Carolina Leaf Tobacco Co., Inc.
Carrington & Michaux A.G.
Chiengmai Commercial Co., Ltd.
China American Tobacco Company
China Brasil Tabacos Exportadora S.A.
Criticality, LLC
Dibrell Brothers, Incorporated
DIMON Hellas Tobacco S.A.
Dimon International AG
Dimon International, Inc.
DIMON South Africa (PTY) Ltd.
Dimon Tanzania Limited
Eastern Carolina Packaging, LLC
FIGR Canada Holding ULC f/k/a FIGR Canada Holding, Inc. f/k/a FIGR Inc. f/k/a FIGR Cannabis Inc. f/k/a Canadian Cultivated Products Ltd.
FIGR Norfolk Inc. f/k/a Goldleaf Pharm Inc.
Gadora Tobacco P.S.C.
Global Leaf Services Hong Kong Limited
Global Leaf Trading FZE
Global Specialty Products, LLC
Humble Juice Co. LLC
Humble Specialty Products, LLC f/k/a Humble CBD Company, LLC
Impala Farming Company
Intabex AG
Intabex Netherlands B.V.
Kaypacha SAU
Kingolwira Tobacco Company Limited
Leaf Trading Company, Ltd.
Li Fu Heng Lian (Beijing) Consulting Co., Limited
Mashonaland Tobacco Company (Private) Limited
Mashonaland Tobacco Holdings (Private) Limited
Mauritius Tobacco Investments Limited
Monk-Austin International, Inc.
Nicotine River, LLC
Oryantal Tütün Paketleme Sanayi ve Ticaret A.Ş.
PT. Alliance One Indonesia
PT. Indonesia Tri Sembilan
PureAG-NC, LLC
Purilum, LLC
Pyxus Agriculture Canada, Ltd.

Pyxus Agriculture Holdings Limited [UK]
Pyxus Agriculture Ltd. [Malawi]
Pyxus Agriculture Tanzania Limited
Pyxus Agriculture USA, LLC
Rio Grande Tabacos Ltda.
Sena Investments (Private) Limited
Siam Tobacco Export Corporation Limited
Sinovest Enterprises Limited
Southerton Holdings Limited
Stancom Tobacco (Private) Limited
Stancom Tobacco (Private) Ltd.
Standard Commercial SA
Standard Commercial Tobacco Company (UK) Limited
Standard Commercial Tobacco Services (U.K.) Limited
Stanfrie (Private) Limited
Tabagri (2003) Limited
Tabmarc Limited
The Austin Tobacco Company, Incorporated
Tobacco Processors Association Limited
Trans-Continental Leaf Tobacco Corporation Limited [Liechtenstein]
Trans-Continental Leaf Tobacco Corporation Ltd./SA/AG [Switzerland]
Twelfth State Brands, LLC d/b/a Bantam Vape, LLC
W.A. Adams Company
WA Adams International AG
World Leaf Trading Cayman
World Leaf Trading FZE
Worldleaf Trading (WLT) Africa
Zip Fulfillment, LLC

**Ordinary Course Professionals:**

Adams and Reese LLP
Bar & Karrer
Bennet Jones LLP
Bowman Gilfillan Inc
Boyanov and Company
Brooks, Pierce, McLendon, Humphrey & Leonard
Brownstein Hyatt Farber Schreck LLP
C. Papacostopoulos and Associates
Clifford Chance Europe LLP
Clifford Chance LLP
Clifford Chance LLP Beijing Office
Clifford Chance PTE Ltd
Clifford Chance US LLP
Crowell & Moring LLP
Dryllerakis & Associates
Etude Badri et Salim El Meouchi
Farella Braun + Martel LLP
Gibson Dunn & Crutcher LLP
Hope, Duggan & Silva
Hunton Andrews Kurth LLP
Hutchison PLLC
Jenner & Block LLP

Kilpatrick Townsend
Kleinfeld Kaplan & Becker LLP
Lorenz LLC
Millbank LLP
Myers Bigel & Sibley P A
Paris Smith LLP
SGS Consulting Aon Consulting Inc
Soewito Suhardiman Eddymurthy Kardono a/k/a SSEK
Trilegal
Wilhelm & Buchel Rechtsanwalte
Womble Bond Dickinson (US) LLP
Wood, Rogers PLC
Wyrick Robbins Yates & Ponton

**US Trustees:**

Andrew Vara
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Edith A Serrano
Hannah M. Mccollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Shepacarter
Robert Agarwal
Rose Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr

**Pensions and Employment-Related:**

Branch Banking & Trust Company
Debbie's Staffing Services Inc
Delta Dental Plan of NC
McGriff Insurance Services Inc
Mercer (US) Inc
Mercer Human Resource
Oppenheimer & Co Inc
Oppenheimer Asset Manager
Pitt County United Way
Poyner & Spruill LLP

Robert Half International Inc
T Rowe Price Agency Account
The Action Group-HR
United Way of Wilson Co

**Other Lienholders:**

Citibank Europe PLC
De Lage Landen Financial Services, Inc.
DZ Bank AG Deutsche Zentral-Genossenschaftsbank
Finacity Receivables 2006-2, LLC
HYG Financial Services, Inc.
J & M Executive Leasing, LLC
Toyota Motor Credit Corporation
U.S. Bank Equipment Finance

**Taxing Authorities:**

California Department of Tax & Fee Administration
California Franchise Tax Board
City of Danville Division of Customer Accounts
Colorado Department of Revenue
Comptroller of Maryland
Florida Department of Revenue
Forsyth County Tax Collector
Georgia Department of Revenue
Internal Revenue Service
Kentucky Department of Revenue
Kentucky State Treasurer
Lenoir County Tax Collector
Massachusetts Department of Revenue
Minnesota Department of Revenue
New Jersey Department of Treasury - Division of Revenue and Enterprise Services
North Carolina Department of Revenue
North Carolina Department of Revenue
North Carolina Department of State Treasurer
Ohio Department of Taxation
Pennsylvania Department of Revenue
Pitt County Tax Collector
South Carolina Dept of Revenue
Town of Farmville Tax Collector
United States Treasury
Utah State Tax Commission
Virginia Department of Taxation
Wake County Revenue Department
Wilson County Tax Collector

**Unions**

AFL CIO
BCTGM Local #270T

**Utilities:**

AT&T
AT&T Mobility
BT Americas Inc
CenturyLink
City of Danville
City of King
City of Kinston
Comcast
Continuant Inc
Dominion Energy North Carolina
Duke Energy Progress
Duke Power
Eastern Electrical Rocky Mount
Greenlight
Piedmont Natural Gas
Piedmont Natural Gas
Pitt & Greene Electric
Republic Serv of Winston Salem
Spectrum Business
Texican Horizon Energy
Time Warner Cable
Town Of Farmville - Utilities
Town of Robersonville
Truphone Inc
U.S. Cellular
Verizon
Verizon Business
Verizon Communications
Verizon UK Ltd
Verizon Wireless
Wilson Energy
Windstream

**Significant Vendors:**

363 Advisors LLC
A Cerny Inc
ADBAC Limited
AKIJ Tobacco Company
Andromeda
Aott - Morogoro Plant
Aquila Soulutions LLC Artec IT Solutions LP Atlantic-Orient Tobacco, Inc. BASF Corporation
Battelle Memorial Institute
BCW LLC
Beleaf Limited
Cardno Chemrisk LLC
Capgemini America Inc
Castle Brand Group LLC
Central Line (HK) Limited
Central Marketing Inc

Ceridian
Ceridian HCM Inc
Challenger Motor Freight Inc
China TOB Heilongjiang IMP EXP
China Tobacco Guangdong
China Tobacco Henan
China Tobacco Intl Group Limited
Clear Bridge LLC
Connection
Continental Leaf Tobacco (Phil) Inc
Craven AG Services, Inc.
Customs Advisory Services (Ach
CV International Inc
Delta Technology Services
Eastern Instrument Laboratories Inc
ECOMETRICA
Electric Supply & Equipment Company
Eurofins Dr. Specht
Evergrowing Trading FZCO
Fielder Electric Motor Repair Inc
Fishburne Div of Menzel, LP
Fleetway Transport Inc
Focus Search Partners LLC
France Tabac U.S.C.A F
Frank's Designs for Peanuts LLC
GDM Enterprises LLC
Golden Leaf Tobacco Co Inc
Griffis Development, Inc.
GTL Transport Company Inc
Hoaviet Joint Stock Company
Independent Leaf Tobacco Company
International Paper
International SOS Assistance, Inc.
IOTO Int'l Industria E Comercio
ITC Limited
Itelligence Inc
ITSAVVY LLC
J Walter Thompson Chicago
John & Company Ltd.
Johnson Industrial Machinery
Jones Day
JV Adams Thai Royalties
K.R.& Co.
Kaman Industrial Technologies
Karpas Kooperatif Tutun Satis STI
Kroll Cyber Security
KT&G Corporation
La Clinical Trials LLC
Lewis Systems & Service Co
Loftware, Inc.
LOGISTICON INC
Long Ha Company Ltd
M/S Bommidala Brothers
Machine Tool Products Inc
Maze Consulting LLC

Microsoft Licensing, GP
Microsoft Services
Milbank Tweed Hadley and McCloy LLP
Minh Tam (Cambodia) Imex Co., Ltd.
Mohammed Enterprises Private
Montrose Environmental Group Inc
Monument Strategies LLC
Moody's Investors Service
Nasir Leaf Tobacco Industries Ltd.
Perkins Warehouse Inc
Philitab N.V.
PHILITAB SERVICES BV
Polychem Corporation
Premium Tobacco International Dmcc
Protiviti
PT. VOTOB PRIMA
QLIKTECH INC
C Commodities Inc
Representations International Pte Ltd.
Richloam Tobacco Co.
Safetychain Software Inc
Sap America, Inc.
Sefco Finance Inc SAL (OFFSHORE)
Service Roofing & Sheet Metal
Shaanxi Tobacco Import
Shenzhen Tobacco Imp/Exp Co Ltd
Skillsoft Corporation
Software One Inc
Standard and Poor's Wire
Standard Commercial Logistics, LLC
Synchrogenix Information
Rowe Price Agency Account
T. Akiyama & Co.
Tabacos DE Wilson Inc
The Distillery Group
Tobacco Processing Services
Top Shelf Tobacco LLC
Tri-Steel Fabricators Inc
Triune Electric Inc
Trust Tobacco Industry Import
U. S. Customs Service
Verizon Business
VST Industries Limited
W M Stone Logistics LLC
Whereoware LLC
WW Electric LLC
Zhangzhou Hongyan Import

**Schedule 2**

Engagements with Interested Parties/Potentially Interested Parties

- International Paper
- Deutsche Bank AG
- Wells Fargo
- Blackrock Inc.
- Deutsche Bank Securities Inc.
- FGL Holdings