IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                                       :   Chapter 11
                                                             :
                                                             :   Case No. 20-11570-LSS
PYXUS INTERNATIONAL, INC., *et al.*,[1]                      :
                                                             :   (Jointly Administered)
                Debtors.                                     :
                                                             :   **RE: D.I. 342**
------------------------------------------------------------ X

**NOTICE OF FILING OF PROPOSED REDACTED
VERSION OF THE SUPPLEMENTAL DECLARATION OF
<u>CHRISTOPHER GREGORY</u>**

**PLEASE TAKE NOTICE** that, on August 17, 2020, the Official Committee of Equity Security Holders (the "<u>Equity Committee</u>") of Pyxus International, Inc., *et al.*, appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession filed the *Declaration of Christopher Gregory* [D.I. 342] (the "<u>Supplemental Declaration</u>") under seal.

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2020, the Equity Committee filed the *Emergency Motion of the Official Committee of Equity Security Holders for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Fed. R. Bankr. P. 9018 and Del. Bankr. L.R. 9018-1 Authorizing the Filing under Seal of the Supplemental Declaration of Christopher Gregory* (the "<u>Motion to Seal</u>").

**PLEASE TAKE FURTHER NOTICE** that, consistent with the relief requested in the Motion to Seal and pursuant to Rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Equity

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

Committee hereby files the attached proposed redacted version of the Supplemental Declaration of Christopher Gregory, attached hereto as **Exhibit 1**.

Dated:  August 20, 2020                              **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
Marc J. Phillips (No. 4445)
1105 N. Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 504-7823
Email: gdonilon@mmwr.com
            mphillips@mmwr.com

-and-

Edward Schnitzer, Esq.
David M. Banker, Esq.
437 Madison Avenue
New York, NY  10022
Telephone:  (212) 867-9500
E-mail:  eschnitzer@mmwr.com
E-mail:  dbanker@mmwr.com

-and-

Richard J. Corbi, Esq.
THE LAW OFFICES OF RICHARD J. CORBI PLLC
1501 Broadway, 12th Floor
New York, NY  10036
Telephone:  (646) 571-2033
Email:  rcorbi@corbilaw.com

*Proposed Counsel to Official Committee of Equity Security Holders*