**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-11570 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |

**NOTICE OF HEARING ON AUGUST 21, 2020 at 3:30 P.M. (ET)**

      **PLEASE TAKE NOTICE** that the Court has scheduled a hearing for **August 21, 2020 at 3:30 p.m. (ET)** regarding an oral ruling with respect to Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Pyxus International, Inc. and Its Affiliated Debtors [Docket No. 301].

      **PLEASE TAKE FURTHER NOTICE** that this hearing will be held telephonically and by video.  All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 **no later than August 21 at 2:30 p.m.** to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

      **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**

Topic: Pyxus - Ruling
Time: Aug 21, 2020 03:30 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1606733977

Meeting ID: 160 673 3977
Passcode: 279841

Join by SIP
1606733977@sip.zoomgov.com

---

[1]  The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603).  The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

Dated:   August 21, 2020            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
          Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:       pmorgan@ycst.com
             kcoyle@ycst.com
             ajacobs@ycst.com
             tpakrouh@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Sandeep Qusba (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Daniel L. Biller (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502

*Counsel to the Debtors and Debtors in Possession*

26935928.1