**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § § § | Case No. 20-11570 (LSS) |
| Debtors. | § § § | (Jointly Administered) |
| | § § | **Objection Deadline: September 4, 2020 at 4:00 p.m. ET**) |

**NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL**
**DECLARATION WILEY REIN LLP**

**PLEASE TAKE NOTICE** that, in accordance with the procedures set forth in the

*Order (I) Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course*

*of Business, and (II) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket

No. 221] (the "***OCP Order***"), the above-captioned debtors and debtors in possession (the

"***Debtors***") hereby file the ordinary course professional retention declaration (the "***Retention***

***Declaration***") of Wiley Rein LLP (the "***Ordinary Course Professional***") attached hereto as

Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that objections to the Retention

Declaration, if any, must be filed in accordance with the OCP Order on or before September 4,

2020 at 4:00 p.m. (ET) (the "***Objection Deadline***") with the United States Bankruptcy Court for

the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the

same time, you must also serve a copy of any objection upon the Ordinary Course Professional

and (i) the Debtors, Pyxus International, Inc., 8001 Aerial Center Parkway, Morrisville, NC 27560-

---

[1]  The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603).  The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

8417 (Attn: William O'Quinn, Esq. (woquinn@pyxus.com)); (ii) counsel to the Debtors, (a) Simpson Thatcher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Sandeep Qusba, Esq. (squsba@stblaw.com), Michael Torkin, Esq. (michael.torkin@stblaw.com), and Nicholas Baker, Esq. (nbaker@stblaw.com)), and (b) Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Tara Pakrouh, Esq. (tpakrouh@ycst.com)); (iii) counsel to the Equity Committee (a) The Law Offices of  Richard J. Corbi PLLC, 1501 Broadway, 12th Floor, New York, New York 10036 (Attn: Richard J. Corbi, Esq. (rcorbi@corbilaw.com)), and (b) Montgomery McCracken Walker & Rhoads LLP, 1105 N. Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Marc J. Phillips, Esq. (mphillips@mmwr.com)), (iv) counsel to the Ad Hoc First Lien Group, (a) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 100138 (Attn: Kristopher Hansen, Esq. (khansen@stroock.com) and Jonathan Canfield, Esq. (jcanfield@stroock.com)), and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com) and James E. O'Neill, Esq. (joneill@pszjlaw.com)); (v) counsel to the Ad Hoc Crossholder Group and DIP Agent, (a) Wachtell Lipton Rosen & Katz, 51 West 52nd Street, New York, New York 10019 (Attn: Joshua Feltman (jfeltman@WLRK.com)) and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801 (Attn: Derek C. Abbott, Esq. (dabbott@mnat.com)); (vi) counsel to the ABL Agent, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: Justin Wagstaff (jwagstaff@whitecase.com)); and (vii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: David L. Buchbinder, Esq. (david.l.buchbinder@usdoj.gov)), so as to be actually received on or before the Objection Deadline.

26938542.1

**PLEASE TAKE FURTHER NOTICE** that, if no objections are filed in accordance with this Notice, then the Ordinary Course Professional shall be deemed to be an Ordinary Course Professional within the purview of the OCP Order without the necessity of a hearing or further notice, at which time the Debtors shall be authorized to compensate the Ordinary Course Professional consistent with the terms of the OCP Order.

Dated:    August 21, 2020
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Tara C. Pakrouh*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    pmorgan@ycst.com
    kcoyle@ycst.com
    ajacobs@ycst.com
    tpakrouh@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Sandeep Qusba (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Daniel L. Biller (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502

*Counsel to the Debtors and Debtors in Possession*

26938542.1

# EXHIBIT A

## Declaration of Disinterestedness

26938542.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*,[1] | § § § | |
| Debtors. | § § § | Case No.  20-11570 (LSS) |
| | § § | (Jointly Administered) |
| | § § | |

**DECLARATION OF TODD A. BROMBERG ON BEHALF OF WILEY REIN LLP IN
SUPPORT OF EMPLOYMENT AS PROFESSIONAL UTILIZED IN THE ORDINARY
COURSE OF BUSINESS**

I, Todd A. Bromberg, declare that the following is true to the best of my knowledge, information and belief:

1.       I am a Partner of Wiley Rein LLP, located at 1776 K Street NW, Washington DC 20006  (the "***Firm***"), which has been employed by the debtors and debtors in possession (collectively, the "***Debtors***") in the above-captioned cases (the "***Chapter 11 Cases***") in the ordinary course of the Debtors' business.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* (the "***Ordinary Course Professionals Order***").

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

2.      The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to these Chapter 11 Cases for persons that are parties in interest in these Chapter 11 Cases.  The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

3.      The Debtors have requested that the Firm provide FCC regulatory advice to the Debtors, and the Firm has consented to provide such services.

4.      The Firm has provided services to the Debtors prior to the commencement of these Chapter 11 Cases.

5.      The Firm does keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

6.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in these Chapter 11 Cases.

7.      Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.      Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest

adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.[2]

9.      The Debtors owe the Firm $8,925.00 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "***Petition Date***"), the payment of which is subject to the limitations contained in the Bankruptcy Code.  The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedules of liabilities and is not designated therein as contingent, unliquidated or disputed.

10.     As of the Petition Date, the Firm was not a party to an agreement for indemnification with the Debtors.

11.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

[*Signature page follows*]

---

[2] From time to time, Firm partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  The Firm has a longstanding policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work. Attorneys and employees are barred from trading in securities with respect to which they possess material, non-public information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: _August 21, 2020____


_____
Todd A. Bromberg
General Counsel
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
202.719.7357
tbromberg@wiley.law