**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PYXUS INTERNATIONAL INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11570 (LSS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Brandy A. Sargent, Esq. of the law firm of K&L Gates LLP, One SW Columbia Street, Suite 1900, Portland, OR 97204, to represent Industrial and Commercial Bank of China Limited, Dubai (DIFC) Branch in this action.

Dated: August 21, 2020

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Telephone: (302) 416-7080
Email: steven.caponi@klgates.com
         matthew.goeller@klgates.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, Idaho, Illinois and Oregon and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 21, 2020

*/s/ Brandy A. Sargent*
Brandy A. Sargent, Esq.
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Email: brandy.sargent@klgates.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.