OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Old Holdco, Inc., *Reorganized Debtor* [1]

Bank: See attached list

Bankruptcy Number: 20-11570 (LSS)

Account Number: See attached list

Date of Confirmation: August 21, 2020

Account Type: See attached list

Reporting Period (month/year): August 21, 2020 - September 11, 2020 [1]

| | |
|---|---|
| Beginning Cash Balance: | $ 72,259,203 |

All receipts received by the debtor:

| | |
|---|---|
| Collection of Accounts Receivable: | $ 51,303,046 |
| Intercompany Transfers: | $ 71,740,830 |
| Revolver Draws: | $ 64,360,890 |
| Total of cash received: | $ 187,404,766 |
| Total of cash available: | $ 259,663,969 |

Less all disbursements (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 47,777,888 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 21,500,000 |
| All other disbursements made in the ordinary course: | $ 131,484,288 |
| Total Disbursements | $ 200,762,176 |
| Ending Cash Balance | $ 58,901,793 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

October 20, 2020
Date

*[signature]* Executive Vice President - CFO
Name/Title

Debtor: Old Holdco, Inc., *Reorganized Debtor*
Case Number: 20-11570 (LSS)

---

[1] The chapter 11 cases of: GSP Properties (20-11569); Alliance One International, LLC (20-11571); Alliance One North America (20-11572); and Alliance One Specialty Products, LLC (20-11573) were closed as of 9/11/2020. The remaining Debtor, Pyxus International, Inc. (20-11570), has been renamed Old Holdco, Inc.

## Old Holdco, Inc.

| Bank | Last Four Digits of account # | Account Description |
|---|---|---|
| American National Bank | 3501 | Unused legacy account |
| American National Bank | 5701 | Unused legacy account |
| BB&T | 6033 | Unused relationship account |
| BB&T | 2992 | Unused relationship account |
| BB&T | 3231 | Flexible spending account |
| Credit Suisse | 2001 | Unused relationship account |
| Credit Suisse | 2000 | Unused relationship account |

## Alliance One International, LLC

| Bank | Last Four Digits of account # | Account Description |
|---|---|---|
| Bank of America | 6587 | Concentration account |
| Bank of America | 2058 | Disbursement account |
| Bank of America | 6012 | Unused legacy account |
| Bank of America | 6038 | Unused legacy account |
| Bank of America | 6020 | Unused legacy account |
| Bank of America | 6090 | TDB Lockbox |
| Bank of America | 6929 | TDB Lockbox |
| Bank of America | 6924 | TDB Lockbox |
| Bank of America | 6905 | TDB Lockbox |
| Bank of America | 6887 | TDB Lockbox |
| Credit Suisse | 2000 | Unused relationship account |
| Credit Suisse | 2001 | Unused relationship account |
| Credit Suisse | 2002 | Unused relationship account |

## Alliance One North America, LLC

| Bank | Last Four Digits of account # | Account Description |
|---|---|---|
| Bank of America | 6600 | Concentration account |
| Bank of America | 2072 | Disbursement account |
| BB&T | 9621 | Unused relationship account |
| Credit Suisse | 2000 | Unused legacy account |

## Alliance One Specialty Products, LLC

| Bank | Last Four Digits of account # | Account Description |
|---|---|---|
| Bank of America | 9419 | Concentration account |
| Bank of America | 7620 | Disbursement account |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Old Holdco, Inc., *Reorganized Debtor* [1]

Bank: See attached list

Bankruptcy Number: 20-11570 (LSS)

Account Number: See attached list

Date of Confirmation: August 21, 2020

Account Type: See attached list

Reporting Period (month/year): September 12, 2020 - September 30, 2020 [1]

| | |
|---|---|
| Beginning Cash Balance: | $ - |

All receipts received by the debtor:

| | |
|---|---|
| Collection of Accounts Receivable: | $ - |
| Intercompany Transfers: | $ - |
| Revolver Draws: | $ - |
| Total of cash received: | $ - |
| Total of cash available: | $ - |

Less all disbursements (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ - |
| Total Disbursements | $ - |
| Ending Cash Balance | $ - |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

October 20, 2020
Date

*[signature]* Executive Vice President, CFO
Name/Title

Debtor: Old Holdco, Inc., *Reorganized Debtor*
Case Number: 20-11570 (LSS)

---

[1] The chapter 11 cases of: GSP Properties (20-11569); Alliance One International, LLC (20-11571); Alliance One North America (20-11572); and Alliance One Specialty Products, LLC (20-11573) were closed as of 9/11/2020. The remaining Debtor, Pyxus International, Inc. (20-11570), has been renamed Old Holdco, Inc.

**Old Holdco, Inc.**

| Bank | Last Four Digits of account # | Account Description |
|---|---|---|
| American National Bank | 3501 | Unused legacy account |
| American National Bank | 5701 | Unused legacy account |
| BB&T | 6033 | Unused relationship account |
| BB&T | 2992 | Unused relationship account |
| BB&T | 3231 | Flexible spending account |
| Credit Suisse | 2001 | Unused relationship account |
| Credit Suisse | 2000 | Unused relationship account |

**Old Holdco, Inc.**

| | 9/30/2020 |
|---|---|
| **CURRENT ASSETS** | |
| Cash | $ - |
| Restricted Cash | - |
| Accounts Receivable Trade | - |
| Accounts Receivable Intercompany | - |
| Accounts Receivable Other | - |
| Inventory | - |
| Short Term Advances to Tobacco Farmers | - |
| Advances & Deposits Intercompany | - |
| Prepaid Expenses | - |
| Other Current Assets | - |
| *TOTAL CURRENT ASSETS* | $ - |
| **NON CURRENT ASSETS** | |
| Capital Stocks | $ - |
| Intangible Assets | - |
| Deferred Assets | - |
| Notes Receivable Long Term Intercompany | - |
| Other noncurrent assets | - |
| Lease Assets | - |
| Property, plant, and equipment, net | - |
| *TOTAL NON CURRENT ASSETS* | $ - |
| **TOTAL ASSETS** | $ - |

| | |
|---|---|
| **LIABILITIES AND OWNERS EQUITY** | |
| *LIABILITIES NOT SUBJECT TO COMPROMISE* | |
| Notes Payable Banks | $ - |
| Accounts Payble Trade | - |
| Accounts Payable Intercompany | - |
| Accounts Payable Others | - |
| Advances Customers | - |
| Advances Intercompany | - |
| Accrued Expenses | - |
| Income Taxes Payable | - |
| Leases Payble | - |
| *TOTAL CURRENT LIABILITIES* | $ - |
| Long Term Income Tax Payable | $ - |
| Long Term Debt | - |
| Deferred Income Tax | - |
| Liability for Unrecognized Tax Benefits | - |
| Long Term Leases | - |
| Deferred Compensation and Other Reserves | - |
| *TOTAL NON CURRENT LIABILITIES* | $ - |
| *LIABILITIES SUBJECT TO COMPROMISE* | |
| Secured Debt | $ - |
| Secured Debt Interest | - |
| Secured Debt OID | - |
| Secured Debt Debt Issuance Costs | - |
| *LIABILITIES SUBJECT TO COMPROMISE* | $ - |
| **OWNERS EQUITY** | |
| Paid in Capital | $ - |
| Retained Earnings | - |
| Other Comprehensive Income | - |
| *NET OWNERS EQUITY* | $ - |
| **TOTAL LIABILITIES AND OWNERS EQUITY** | $ - |